DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
51 West 52nd Street
New York, New York 10019
(212) 415-9200

Attorneys for Defendant
The Institute of Electrical and Electronics Engineers, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ X
RAJESH KUMAR,

      Plaintiff,

– v. –

THE INSTITUTE OF ELECTRICAL AND
ELECTRONICS ENGINEERS, INC.,

      Defendant.
------------------------------------------------------------ X

Case No. 2:12-cv-06870-KSH-PS

**NOTICE OF MOTION**

Motion Date: February 4, 2013

  PLEASE TAKE NOTICE that, on February 4, 2013, at 10:00 o'clock in the forenoon, or as soon thereafter as counsel may be heard, counsel for defendant The Institute of Electrical and Electronics Engineers, Inc. shall move before the Honorable Katharine S. Hayden, United States District Judge, United States District Court, District of New Jersey, located at the Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing with prejudice the November 5, 2012 Complaint filed on behalf of plaintiff in the within action.

  Counsel for defendant The Institute of Electrical and Electronics Engineers, Inc. relies on the attached Memorandum of Law and the materials attached to the accompanying Declaration of Bruce R. Ewing in support of this Motion.

  Oral argument is requested.

-2-

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>January 11, 2013 | DORSEY & WHITNEY LLP |
|  | By:  S/<br>Bruce R. Ewing (BE-0724)<br>51 West 52nd Street<br>New York, New York 10019<br>(212) 415-9200 |
|  | Attorneys for Defendant<br>The Institute of Electrical and<br>Electronics Engineers, Inc. |

TO:

BIENSTOCK & MICHAEL, P.C.
Brent M. Davis (BMD3139)
Continental Plaza
411 Hackensack Avenue, 7th Fl.
Hackensack, New Jersey 07601
(201) 525-0300

DAVIS WRIGHT & TREMAINE
Eric M. Stahl (*pro hac vice*)
Suite 2200
1201 Third Avenue
Seattle, Washington 98101-3045
(206) 757-8148

Attorneys for Plaintiff
Rajesh Kumar