

BRUCE R. EWING
Partner
(212) 415-9206
Ewing.bruce@dorsey.com

February 6, 2013

**VIA ECF**

The Honorable Patty Shwartz
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

    Re: Rajesh Kumar v. The Institute of Electrical and
       Electronics Engineers, Inc., Case No. 2:12-cv-6870-KSH-PS

Dear Magistrate Judge Shwartz:

  We are counsel for defendant The Institute of Electrical and Electronics Engineers, Inc. In compliance with paragraph 7 of the Scheduling Order issued January 28, 2013 [Dkt. No. 16], we write to advise the Court that defendant has filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss plaintiff's complaint. That motion is in the process of being briefed and will be submitted on February 19, 2013.

  In light of the pending motion, defendant respectfully requests that the scheduling conference set for March 27, 2013 in the Court's aforementioned Order be adjourned to April 29, 2013, in order for the Court to have additional time to decide the motion. Counsel for plaintiff has consented to this request.

          Respectfully Submitted,

          Bruce R. Ewing

BRE/tt
Cc: Brent M. Davis, Esq. (via ECF)
   Eric M. Stahl, Esq. (via ECF)

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
51 WEST 52ND STREET • NEW YORK, NEW YORK 10019-6119
USA   CANADA   EUROPE   ASIA PACIFIC