# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

RAJESH KUMAR,

                *Plaintiff*,

v.

THE INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC.,

                *Defendant*.

Civ. Action No. 12-6870 (KSH) (CLW)

**ORDER**

    Upon consideration of the motion to dismiss the complaint brought by defendant the Institute of Electrical and Electronics Engineers, Inc. [D.E. 13]; for the reasons expressed in the Court's opinion filed herewith,

    **IT IS,** on this 30th day of September, 2013,

    **ORDERED** that defendant's motion to dismiss is DENIED.

                                         /s/ Katharine S. Hayden
                                         Katharine S. Hayden, U.S.D.J.