

**REGERINGSKANSLIET**

**Ministry of Justice Sweden**

*Division for Criminal Cases and*
*International Judicial Co-operation*
*Desk Officer*
*Harriet Birkeland*
*Telephone +46 8 405 50 46*
*Fax +46 8 405 46 76*
*E-mail harriet.birkeland@gov.se*

JuBC2013/3185/BIRS

**RECEIVED**

JUN 30 2014

Stockholm, 23 June 2014

AT 8:30
WILLIAM T. WALSH, CLERK

United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50, Walnut Street
Newark, NJ 07101
United States of America

**Supplemental request for legal assistance in a civil matter**
Your reference No. 2:12-cv-06870-KSH-CLW

Dear Madam Sir,

Reference is made to your supplemental request for international judicial assistance, dated January 13, 2014, requesting a deposition with Dr Danica Kragic, Royal Institute of Technology, Stockholm, Sweden.

A deposition has taken place at the City Court of Stockholm on June 9, 2014 with Ms Danica Kragic.

I have the honour to forward herewith a copy of the court record together with a CD recorded at the hearing.

Yours faithfully,

*Harriet Birkeland*
Harriet Birkeland
Desk Officer

Postal address
SE-103 33 Stockholm
SWEDEN

Visitors' address
Jakobsgatan 24

Telephone
+46 8 405 10 00

Fax
+46 8 405 46 76

E-mail: ju.birs@gov.se

Telex
178 20 PREMIER S



| | | | Sid 1 (3) |
|---|---|---|---|
| STOCKHOLMS TINGSRÄTT<br>Avdelning 4 | **PROTOKOLL**<br>2014-06-09<br>bevisupptagning i<br>Stockholm | Aktbilaga 28<br>Mål nr<br>T 14085-13 | |

Tid: 09.30 – 16.10

**RÄTTEN**
Rådmannen Anne Wartin (ordförande)

**PROTOKOLLFÖRARE**
Tingsnotarien Kajsa Åkesson

**PARTER**

**Sökande**
United States District Court of New Jersey
c/o Hon. Katherine S. Hayden
M L King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101
USA
*Inte närvarande*

**ÖVRIGA NÄRVARANDE**

**Ombud för käranden i det amerikanska målet**
Mr. Eric Stahl

**Ombud för svaranden i det amerikanska målet**
Mr. Bruce R. Ewing

**Tolk**
Sara Nilsson (engelska)

**Stenograf från engelsk domstol**

**SAKEN**
Bevisupptagning åt utländsk domstol

---

Sammanträdet ropas på och närvaron kontrolleras.

Bevisupptagningen sker på begäran av distriktdomstolen i New Jersey, USA (den amerikanska domstolen) inom ett civilrättsligt mål mellan Rajesh Kumar och Institutionen för ingenjörer inom elektronik (det amerikanska målet). Målet rör

Dok.Id 1347601

| Postadress | Besöksadress | Telefon | Telefax | Expeditionstid |
|---|---|---|---|---|
| Box 8307<br>104 20 Stockholm | Scheelegatan 7 | 08-561 654 10<br>E-post:<br>stockholms.tingsratt.avdelning4@dom.se<br>www.stockholmstingsratt.se | 08-561 650 04 | måndag – fredag<br>08:00-16:00 |

| | | Sid 2 |
|---|---|---|
| STOCKHOLMS TINGSRÄTT | **PROTOKOLL** | T 14085-13 |
| Avdelning 4 | 2014-06-09 | |

upphovsrättsliga frågor och förhöret med Danica Kragic rör en vetenskaplig artikel hon författat.

Ordföranden redogör för hur dagens bevisupptagning kommer gå till och att ljudupptagningen av förhöret med Danica Kragic kommer tillsändas den amerikanska domstolen.

Båda ombuden uppger att de önskar ta del av domstolens bildupptagning av förhöret med Danica Kragic såväl som ljudupptagningen.

Danica Kragic uppger att hon inte har något emot att bildupptagningen av förhöret ses av parterna i det amerikanska målet men att hon inte vill att materialet sprids vidare.

Båda ombuden uppger att det finns förutsättningar att sekretessmarkera bildupptagningen med hjälp av en "protectiv order" som den amerikanska domstolen godkänt, aktbil. 29. Det innebär att parterna har möjlighet att komma överens om i vilken mån materialet i processen ska vara offentligt, enbart för parterna eller enbart för ombuden. Ombuden överenskommer att bildupptagningen ska sekretessmarkeras och göras tillgänglig enbart för parterna och domstolen. Bildupptagningen kommer därmed inte bli en offentlig handling efter att den förevisats i domstolen och den kommer inte ges ut till tredje part. Bryter någon av parterna mot denna överenskommelse kan den amerikanska domstolen utdöma vite eller fängelsestraff.

Danica Kragic medger att bildupptagningen lämnas ut under dessa förutsättningar.

Ordföranden meddelar att bildupptagningen kommer att redovisas till den amerikanska domstolen.

Enligt den amerikanska domstolens begäran hålls vittnesförhör med Danica Kragic. Hon avlägger vittnesed och erinras om edens vikt och betydelse. Förhöret spelas in med elektronisk ljud- och bildupptagning i Vera.

| | | Sid 3 |
|---|---|---|
| STOCKHOLMS TINGSRÄTT | **PROTOKOLL** | T 14085-13 |
| Avdelning 4 | 2014-06-09 | |

På vittnets och båda ombudens begäran tillåts förhöret ske på engelska så länge inga åskådare finns i salen.

Stenografen åtar sig att skicka transkriptet från förhöret med Danica Kragic till ombuden.

Ordföranden upplyser parterna om att protokoll över sammanträdet samt ljud- och bildupptagningen av förhöret kommer redovisas till Justitiedepartementet i enlighet med tingsrättens instruktioner. Justitiedepartementet kommer skicka materialet vidare till den amerikanska domstolen.

Det antecknas att ombuden önskar bli meddelade via mail när ljud- och bildupptagningen av förhöret skickas från Justitiedepartementet till den amerikanska domstolen.

Sammanträdet förklaras avslutat.

Tolken inger tolkrekvisition.

_____

Som ovan

Kajsa Åkesson

protokollet uppvisat/



REGERINGSKANSLIET

**Justitiedepartementet**
SE-103 33 Stockholm
SWEDEN

**PRIORITAIRE**
1:a-klassbrev

**SVERIGE**
Porto betalt
Port pa

United States of America

RECEIVED

JUN 30 2014

AT 8:30 _____ M
WILLIAM T WALSH, CLERK



20344283