Bienstock & Michael, LLC
Brent M. Davis, Esq. (BMD3139)
411 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
Tel:  (201) 525-0300 Ext. 208
Fax:  (201) 525-0133
Email: bdavis@musicesq.com

Davis Wright Tremaine LLP
Eric M. Stahl, Esq. (*Pro Hac Vice*)
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: ericstahl@dwt.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAJESH KUMAR,<br><br>                              Plaintiff,<br><br>        v.<br><br>THE INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC., a New York corporation<br><br>                              Defendant. | Civil Action No.: 12-cv-06870-KSH-CLW<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on March 15, 2015 at 9 AM, or as soon as

the Court may hear, plaintiff Rajesh Kumar ("Plaintiff") shall move before the

Honorable Katharine S. Hayden, U.S.D.J, United States District Court for the

District of New Jersey for an Order granting summary judgment in favor of

Plaintiff.

PLEASE TAKE FURTHER NOTICE that in support of his motion, Plaintiff will rely on the Memorandum of Law, the Declaration of Rajesh Kumar and exhibits thereto, the Declaration of Eric M. Stahl, Esq. and exhibits thereto, and the Expert Declaration of J. Kenneth Salisbury, Jr. submitted herewith.

Dated: February 20, 2015

/s/ Brent M. Davis
Brent M. Davis, Esq.
Bienstock & Michael, LLC
411 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601

Eric M. Stahl, Esq. (*Pro Hac Vice*)
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

Attorneys for Plaintiff