**EXHIBIT A**

# INFORMATION TO USERS

This manuscript has been reproduced from the microfilm master. UMI films the text directly from the original or copy submitted. Thus, some thesis and dissertation copies are in typewriter face, while others may be from any type of computer printer.

**The quality of this reproduction is dependent upon the quality of the copy submitted.** Broken or indistinct print, colored or poor quality illustrations and photographs, print bleedthrough, substandard margins, and improper alignment can adversely affect reproduction.

In the unlikely event that the author did not send UMI a complete manuscript and there are missing pages, these will be noted. Also, if unauthorized copyright material had to be removed, a note will indicate the deletion.

Oversize materials (e.g., maps, drawings, charts) are reproduced by sectioning the original, beginning at the upper left-hand corner and continuing from left to right in equal sections with small overlaps.

Photographs included in the original manuscript have been reproduced xerographically in this copy. Higher quality 6" x 9" black and white photographic prints are available for any photographs or illustrations appearing in this copy for an additional charge. Contact UMI directly to order.

Bell & Howell Information and Learning
300 North Zeeb Road, Ann Arbor, MI 48106-1346 USA
800-521-0600





DEPOSITION
EXHIBIT
3
Taylor 10/15/13

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000250

# AN AUGMENTED STEADY HAND SYSTEM FOR PRECISE MICROMANIPULATION

by

## Rajesh Kumar

A dissertation submitted to The Johns Hopkins University in conformity with the requirements for the degree of Doctor of Philosophy.

Baltimore, Maryland

April, 2001

© Rajesh Kumar 2001

All rights reserved

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000251

UMI Number: 3006288

Copyright 2001 by
Kumar, Rajesh

All rights reserved.

# UMI®

UMI Microform 3006288
Copyright 2001 by Bell & Howell Information and Learning Company.
All rights reserved. This microform edition is protected against
unauthorized copying under Title 17, United States Code.

Bell & Howell Information and Learning Company
300 North Zeeb Road
P.O. Box 1346
Ann Arbor, MI 48106-1346

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000252

# Abstract

Steady Hand cooperative manipulation is a hands-on approach that integrates seamlessly in the surgical practice. In steady hand manipulation, the tool is held simultaneously by the user and the robot and the robot complies to forces applied by the user. Steady hand manipulation promises significant improvements in safety, accuracy over conventional practice at minimal cost and training to the user. It also offers a way around the difficult problem of encoding human intelligence, and preserves the benefits from experience and training.

We explore the possibility of encoding/utilizing task descriptions to improve transparency and performance of a steady hand manipulation task. This is done by constructing state space representations of the task. The user's interaction with the robot, tool-tissue interactions, and other sensory and planning inputs can be used to identify the task state and modify the behavior of the robot by using using optimized task and control parameters. Validation experiments for several cooperative tasks with and without augmentation are presented.

**Advisor:**
Dr. Russell H. Taylor,
Professor, Department of Computer Science

ii

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000253

# Acknowledgements

I consider myself fortunate to have been a member of the the Computer Integrated Surgery Lab and then the Engineering Research Center for Computer Assisted Surgical Systems and Technology. My association with the computer integrated surgery (CIS) research at Johns Hopkins has allowed me unlimited access to all aspects of CIS systems, providing a rich experience that is almost impossible to duplicate.

In particular, I would like to thank my advisor Dr. Russell H. Taylor for his support, encouragement patience, guidance and availability. His advice and helpful suggestions made this work possible.

My other advisors Greg Hager, Pat Jensen, and Louis Whitcomb were also sources of constant encouragement. I thank them for their help. My research also benefited from Dan Stoianovici's RCM module for the steady hand robot. I thank him for his help.

I was lucky to be surrounded by so many energetic and intelligent graduate students. Andy Bzostek helped me think through many research problems. And working with him has been a pleasure. Aaron Barnes built the steady hand robot that this work was based on. I also acknowledge his help with the experiments. I also thank Puneet Gupta, Jon Lazarus, Randy Goldberg, Adam Morris, Jianhua Yao, Alessandro Bettini, Samuel Lang and others for their help.

This work was funded in part by National Science Foundation, and in part by Johns Hopkins University. I thank them for their support.

iii

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000254

# Contents

**Abstract** ii

**Acknowledgements** iii

**List of Tables** vi

**List of Figures** vii

**1 Introduction** 1
 1.1 Surgical and Interventional Robotics . . . . . . . . . . . . . . . . 2
 1.2 Supervisory Control . . . . . . . . . . . . . . . . . . . . . . . . . 4
 1.3 Problem Statement . . . . . . . . . . . . . . . . . . . . . . . . . . 6
 1.4 Organization of this document . . . . . . . . . . . . . . . . . . . . 7

**2 Overview** 9
 2.1 Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
 2.2 Our Approach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
 2.3 Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

**3 System Description** 21
 3.1 Hardware And Equipment . . . . . . . . . . . . . . . . . . . . . . 21
  3.1.1 The JHU Steady Hand Robot . . . . . . . . . . . . . . . . 22
  3.1.2 Robot Control Hardware And Electronics . . . . . . . . . . 24
 3.2 Robot Models . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
 3.3 Kinematics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
  3.3.1 Forward kinematics . . . . . . . . . . . . . . . . . . . . . . 25
  3.3.2 Inverse Kinematics . . . . . . . . . . . . . . . . . . . . . . 27
  3.3.3 Cartesian Control . . . . . . . . . . . . . . . . . . . . . . . 29
  3.3.4 Force Control: A Simple Controller . . . . . . . . . . . . . 29
 3.4 Software Architecture . . . . . . . . . . . . . . . . . . . . . . . . . 33
  3.4.1 Kinematics Issues . . . . . . . . . . . . . . . . . . . . . . . 34

iv

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000255

|  |  | 3.4.2 | Joint Control . . . . . . . . . . . . . . . . . . . . . . | 35 |

| **4** | **Task Architectures** | | | **36** |
|  | 4.1 | Task graphs . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 |
|  | 4.2 | Task Graph Construction . . . . . . . . . . . . . . . . . . . | 40 |
|  | 4.3 | Analysis of task graphs . . . . . . . . . . . . . . . . . . . | 46 |
|  | 4.4 | Safety and Error Recovery Issues . . . . . . . . . . . . . . | 48 |
|  | 4.5 | Implementing Task Graphs . . . . . . . . . . . . . . . . . | 50 |

| **5** | **Experiments** | | | **51** |
|  | 5.1 | Classification Of Suitable Tasks . . . . . . . . . . . . . . | 51 |
|  | 5.2 | Performance Measures . . . . . . . . . . . . . . . . . . . | 53 |
|  | 5.3 | Experimental Tasks . . . . . . . . . . . . . . . . . . . . | 54 |
|  |  | 5.3.1 | Peg in Hole tasks . . . . . . . . . . . . . . . . . . | 54 |
|  |  | 5.3.2 | Constrained Motion Tasks . . . . . . . . . . . . . . | 59 |
|  |  | 5.3.3 | Dexterous manipulation tasks . . . . . . . . . . . . | 68 |
|  | 5.4 | More tasks . . . . . . . . . . . . . . . . . . . . . . . . . | 77 |

| **6** | **Conclusions and Discussion** | | | **78** |
|  | 6.1 | Augmented Steady Hand Manipulation . . . . . . . . . . | 79 |
|  | 6.2 | Task Modeling and Analysis . . . . . . . . . . . . . . . . | 80 |
|  | 6.3 | Specification language and execution environment . . . . . . . . | 80 |
|  | 6.4 | Experiments . . . . . . . . . . . . . . . . . . . . . . . . | 80 |

| **7** | **Extensions And Scope For Work** | | | **82** |

| **A** | **A specification language** | | | **86** |
|  | A.1 | Basic Data Types . . . . . . . . . . . . . . . . . . . . . | 87 |
|  | A.2 | Language Constructs . . . . . . . . . . . . . . . . . . . . | 88 |
|  | A.3 | System Variables . . . . . . . . . . . . . . . . . . . . . | 90 |
|  | A.4 | Motion Routines . . . . . . . . . . . . . . . . . . . . . | 91 |
|  | A.5 | Run-Time Environment . . . . . . . . . . . . . . . . . . | 92 |

| **B** | **Implementation of Task Graphs** | | | **94** |

| **Bibliography** | | | | **100** |

| **Vita** | | | | **109** |

v

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000256

# List of Tables

5.1   Success rates for peg in hole task . . . . . . . . . . . . . . . . . . .   57

5.2   Average number of erroneous attempt for a peg in hole task . . . . .   58

5.3   Average and maximum errors for tracking a line . . . . . . . . . . . .   67

vi

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000257

# List of Figures

1.1   Tremor reduction by a cooperative paradigm . . . . . . . . . . . . .   3

2.1   A task model of augmented tasks for a cooperative paradigm . . . . .   10

3.1   The "Steady Hand" manipulator  . . . . . . . . . . . . . . . . . . .   22
3.2   Closed form kinematics for the steady hand robot . . . . . . . . . .   27
3.3   Block diagram of a simple force-proportional velocity controller . . .   30
3.4   A 1-DOF position controlled manipulator in contact with compliant
      environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   31
3.5   Hierarchical organization of robot control software  . . . . . . . . .   34

4.1   Common Manipulation Modes For The Steady Hand Robot . . . . .   39
4.2   Task graph with basic steady hand operation modes. . . . . . . . .   40
4.3   A finite state machine model for an augmented task . . . . . . . . .   41
4.4   System model for task graph execution . . . . . . . . . . . . . . . .   45

5.1   The data surface for peg in hole experiments . . . . . . . . . . . . .   55
5.2   Task graph for a peg in hole task  . . . . . . . . . . . . . . . . . .   56
5.3   The GRIN lens endoscope (Insight IE 3000).  . . . . . . . . . . . .   59
5.4   Experimental Setup for mosaicing experiments . . . . . . . . . . . .   60
5.5   Augmentation strategies for creating retinal mosaics . . . . . . . . .   61
5.6   5 GRIN endoscope porcine retina images and the composite image . .   62
5.7   Task graph for creating retinal mosaics. . . . . . . . . . . . . . . .   63
5.8   A larger collection of porcine retina images, and the composite image   64
5.9   Experiment setup for tracking lines and curves . . . . . . . . . . . .   65
5.10  Experiment setup for tracking vessels with the GRIN lens endoscope .   65
5.11  A Strategy for guiding along a simple curve  . . . . . . . . . . . . .   66
5.12  A constrained peg-in-hole task simulating vein cannulation in the eye   69
5.13  Task graph for retinal vein cannulation. . . . . . . . . . . . . . . .   70
5.14  Augmented gain profiles for a puncture task . . . . . . . . . . . . .   71
5.15  Experimental Setup for retinal vein cannulation . . . . . . . . . . .   73

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000258

5.16  Axial Forces on a microneedle during the puncture of a retinal vessel   74
5.17  Results for constrained peg-in-hole task . . . . . . . . . . . . . . . .   75
5.18  Robotic puncture of a plastic tube and a retinal vessel   . . . . . . . .   76
5.19  Modifications to the cannulation task graph   . . . . . . . . . . . . . .   77

6.1  A retinal mosaic constructed using minimally invasive strategy . . . .   81

7.1  A Closed loop supervisory system . . . . . . . . . . . . . . . . . . .   82

A.1  Possible declaration and usage of basic types . . . . . . . . . . . . .   87
A.2  The run-time environment. . . . . . . . . . . . . . . . . . . . . . . .   92
A.3  Execution flow for the interpreter after initialization.   . . . . . . . . .   92

viii

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000259

# Chapter 1

# Introduction

As robotic augmentation of surgical tasks role becomes common, its role is being compared with the role of automation in manufacturing. Just as automation helped improve efficiency, lower costs, and improve product quality in manufacturing, augmentation of surgery is predicted to reduce trauma, cost, time, and improve outcomes. This integration of technology is likely to lead to procedures being safer, more widely available, and to introduce new surgical procedures. These modern tools will also provide avenues for quick post-operative evaluation of each procedure, and statistical and comparative analysis of procedures by processing the data generated. Apart from providing better interfaces for training and evaluation of students, this will also allow iterative improvement (process learning), and quality management in surgical procedures.

The realization of this vision will require introduction of augmentation devices and systems in the operating room. These devices will integrate manipulation elements (e.g. active robots, passive braking systems, and other navigational aids), sensing elements (e.g. imagers, localizers and trackers), and visualization devices (e.g. displays, and projectors). They will provide high precision minimally invasive manipulation capability guided by multi-modality sensing and visualization. As the "intelligence" in these devices increases, they are likely to assume roles (what has been termed a "surgical assistant" [Taylor, 1999]) played by humans today.

1

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

However, as human integration of dexterity, perception, experience and judgment is currently irreplaceable these highly integrated systems are likely to be preceded by simpler systems performing only some functions. These devices are becoming common now. Robots are being used increasingly to improve accuracy, provide minimally invasive access, and as navigational aids. Examples of these systems include ROBODOC$^{TM}$ ([Paul $et$ $al.$, 1992] [Taylor $et$ $al.$, 1996, Taylor $et$ $al.$, 1994]), NEUROMATE$^{TM}$ (Integrated Surgical Systems, CA), MRT Robot (Brigham and Women's Hospital), JHU Steady Hand robot [Taylor $et$ $al.$, 1999a]), JHU RCM/PAKY robot modules [Stoianovici $et$ $al.$, 1998], JHU/IBM LARS System [Taylor $et$ $al.$, 1996], Zeus$^{TM}$ System (Computer Motion Inc, CA), da Vinci$^{TM}$ (Intuitive Surgical Inc, CA), and PINPOINT$^{TM}$ arm (Picker Gmbh.). They represent the next generation of surgical tools, and are not replacements for surgeons.

## 1.1  Surgical and Interventional Robotics

Robotic assistants are an attractive means of extending human capabilities and removing natural limitations. These limitations are most visible in fine, or dexterous manipulation tasks. Fine manipulation tasks involve high precision micrometer-level positioning accuracy, but only small ranges of manipulation forces and even smaller tool tip forces. Typically, these tasks will be performed by a human operator looking through a microscope while grasping a handle on the instrument or tool being used to perform the task. Performance of these tasks such as microsurgery is seriously affected by the limitations imposed by physical attributes of the sensory motor, muscular and skeletal systems on manual dexterity, precision and perception. These limitations affect the ability to hold an object steady (figure 1.1), the precision and smoothness with which a motion may be made and the scale of forces and textures which may be discerned [Gupta $et$ $al.$, 1999, Cleeves & Findley, 1989, Bolles & Paul, 1973]. Natural factors such as physiologic tremor which occurs in all normal, active muscle, and drift (voluntary hunting and seeking motion of instruments about the desired point)

2

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000261



Figure 1.1: Tremor reduction by a cooperative paradigm. A common microsurgical tool is held by a user, and by a user and the steady hand robot together. Tremor is significantly reduced even though no filtering is used.

are some of the factors in establishing these limitations. Tremor further increases with stress, anxiety and following physical exertion. Robotic systems are inherently unaffected by these factors.

Most prior work on robotic micro-manipulation systems has emphasized traditional master-slave [Charles *et al.*, 1989, Hunter *et al.*, 1993] and tele-robotic manipulation [Jensen *et al.*, 1997]. These systems consist of two separate subsystems, a master manipulator at the task site, and a slave manipulator removed from the task site. The slave robot tries to faithfully reproduce the actions of the master, often scaled to suit the application. Combinations of position/velocity/force control are used depending upon the requirements of the task. Bilateral control approaches have also been explored.

The alternative, hand held or steady-hand[Taylor *et al.*, 1999a] manipulation, is a

3

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

hands-on approach. In steady hand manipulation, the tool is held jointly by human user and the robot. The robot is equipped with a sensor for user interaction and moves in compliance to user forces. It still acts a slave to user motions but because the user is manipulating the robot as he would the tool, there is no scaling of motion. The sensory input driving the motion can be scaled appropriately instead. Various position/velocity/force based controllers can be used depending upon the task requirements.

There are advantages and drawbacks of both approaches discussed above. The advantages of teleoperation approach include a better, more comfortable operating field for the surgeon, and scaling of sensory information, motion commands. The disadvantages include cost and complexity involved due to two manipulators, loss of kinesthetics and changes to existing practice, extra training etc.

The advocates of steady hand manipulation approach cite the simplicity, closeness to conventional procedures and therefore ease of use, reduced cost (due to a single manipulator), and improved kinesthetics among the advantages. The drawbacks include lack of ability to scale motion, and lack of remote operation.

For micro-manipulation, the benefits of steady hand far outweigh the disadvantages. The drawbacks are certainly important abilities but they are not crucial (or even not applicable) in micromanipulation tasks. Further, in applications like microsurgery, surgeon acceptance is crucial and approaches that do not require a complete re-engineering of the surgical workstation are much easier to introduce into practice.

## 1.2   Supervisory Control

In both approaches discussed above, the operator has direct control of the manipulator and its motion. This is desired, since autonomy of a robot is often seen as reducing safety by surgeons (e.g. What if the patient sneezes?). However, there are actions in any augmented task that are better performed by robots alone, or by robots under limited guidance from the user. This calls for a hybrid system, where the human maintains overall control, and monitors the execution of some portions of

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000263

the task performed by the robot autonomously.

The degree of autonomy given to the robotic system can be dynamic and decided by the human expert. This paradigm is referred to as supervisory control by Sheridan [Sheridan, 1988, Sheridan, 1998] and can form the basis of augmenting surgery. He describes supervisory control to mean one or more human operators setting initial conditions for, intermittently adjusting, and receiving information from a computer that itself closes a control loop in a well defined process through artificial sensor and effectors.

How does a supervisory control framework deal with augmented surgical tasks? Surgical tasks impose stringent requirements on an augmentation system. Goals for designing a good system include:

- Safety: includes identification of critical portions of the controlled task, ability to identify and/or correct faults, and redundancy to some extent. In medical procedures, the criticality of the task puts safety as the most important design consideration.

- Stability: performance meeting specifications over time, state/condition and over the range of inputs possible

- Efficacy/Accuracy/Functionality: ability to perform useful function identified by users, and to perform the function without significantly modifying existing processes.

- Ease of Interaction: ability to interact with the user with conventional tools used in the process and without imposing significant training or restrictions on existing practice.

Interaction with the planning process, possibility of learning/teaching, and accounting/process learning are other desirable attributes. It is difficult to design an optimal solution for tasks in such a dynamic environment and the flexibility of the system to allow tuning of its performance is also important.

5

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000264

## 1.3   Problem Statement

Steady hand manipulation is very well suited for supervisory control. Just as in conventional manipulation, the tool held by the manipulator performs a single function at any time, and the sequence of these actions defines the surgical task. However implementation of other requirements of supervisory control requires augmentation of compliant control with additional sensory information.

The core issues in this problem are

1. understanding the motions being made (or specifying them in some way)

2. designing task strategies and control strategies for efficient augmentation,

3. integrating non-sensory information (planning information, constraints etc.),

4. evaluating human performance with and without augmentation.

Each of these problems is large in its general form and beyond the scope of this work. A more time bound and tractable formulation of the problem is the following:

> *Generate a set of generic robust primitives, and ways to combine them to transparently implement explicit specifications for simple manipulation tasks.*

This reduces the core issues to:

1. creating robust primitives for common motions ( and ways to compose them),

2. *implementing* control strategies for augmented tasks,

3. integrating *explicit representations* of non-sensory information,

4. evaluating human performance with and without augmentation for *implemented tasks.*

6

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000265

The domain of this problem is motions made by a surgical robot under direct surgeon guidance. A subset of motions made during surgery are similar to assembly analogues, such as positioning a tool to the surgical site (to the peg in hole problem) thus some inferences could be drawn from work in assembly environments. However, due to complex interactions with the environment and increased safety requirements only limited help is available from assembly tasks where the problem may be a little easier due to limited cost of an error and constrained environments.

Further, we are primarily interested in manipulation tasks with a degree of contact compliance between the tool and the environment being manipulated. Usually, these are relatively low information bandwidth tasks with moderately small force ranges. The environment interaction (i.e. tool tip) forces require special instrumentation, but this is available as part of the experimental platform.

We develop a system for executing explicit task level specifications of microsugical tasks, and validate them with experiments. Section 2.3 lists the contributions from this work in greater detail.

## 1.4   Organization of this document

This section provides an introduction to interventional robotics and discusses the importance of task level augmentation in computer-integrated surgery. A supervisory approach to task level augmentation is discussed and finally a workable problem statement is presented.

The **overview** section provides context to the problem of task level augmentation. A large body of research is available for task level programming and this is briefly outlined. The tasks under consideration are broadly classified into groups. This section also provides a basic definitions and overview of our approach. Finally we point out the contributions from this work and its applications.

The **system description** section details the organization and parts of the experimental environment. Both hardware and software components are described. The steady hand robot on which the experimental platform is based is described in de-

7

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000266

tail. The software controlling the robot is overviewed. A simple controller and its implementation are discussed.

Our **task architecture** is described in the next section. A complete description of the task graphs is provided. We discuss advantages of using composition of simpler skeletons to represent these tasks and compare them with other possible representations. We discuss task graph construction and usage with example tasks.

The **experiments** section discusses several example tasks. The experimental protocol is presented. The experimental setup, and the task requirements for each task are discussed. Performance parameters are identified and means of measuring them are discussed. Task graphs are constructed for these tasks, and analyzed. Results of each experiment are presented and discussed.

The **conclusions** section presents a summary of the work and provides a discussion on the results. Finally we include the scope and possible extensions to this work.

8

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000267

# Chapter 2

# Overview

Recently, sophisticated systems have been developed to assist, and augment human actions in medicine. However, they are often used to replace or reduce the number of people involved in a task (i.e. to act as tool or camera holder or perform a similar routine task) more than for their superior manipulation abilities. This is similar to the industrial environment where most of the initial automation consisted of teleoperated devices handling simple tasks or reproduced explicitly taught motions repeatedly. It has been realized that precision, efficiency, and consistency of human performance limit the current practice in several fields of surgery. This is very evident in fields that require high dexterity, long durations, or high precision of motion. But due to the complex nature of surgical manipulation and difficulty in modeling the environment augmented systems perform few augmented, automated or "intelligent" functions.

Most prior work on task level automation research has used structured assembly environments for experiments. This has partly been due to lack of availability of an experimental paradigm and platform suitable for unstructured environments. Our steady hand system provides us such a platform. The system meets the requirements of simple fine manipulation tasks common in surgery. This allows us to apply and extend the research in task level automation to surgical environments.

Most microsurgical tasks involve hand held tools operated under visual control.

9

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000268



Figure 2.1: A task model of augmented tasks for a cooperative paradigm. The user interacts with the robot, by imparting forces on the tool, the tool in turn interacts with the environment. The robot simulates forces for the user based on forces imparted by the user, and those sensed from the environment. A visual channel (commonly a high-power microscope for microsurgery) is used to provide vision, and other augmented visualization.

In gross manipulation tasks forces from the tools are available, whereas fine manipulation is almost completely visual [Gupta *et al.*, 1999]. The user imparts forces on the tool causing it to move and senses the reaction (visual and forces) due to interaction with the environment. While Visual feedback maintains stability and improves performance, it is particularly important in fine and dexterous tasks and in minimally invasive tasks where there is little or no force feedback. Surgical practice emphasizes training, and kinesthetics of a surgical procedure is extremely important to the performance of a trained user.

Teleoperated task execution involves separation of the user from the work site. Some teleoperated systems seek to overcome this shortcoming by co-locating the slave and the master [Charles *et al.*, 1989], but significant kinesthetics and training issues remain unresolved. On the other hand, a steady hand task involves manipulating the shared tool operation under visual control. The user still imparts forces on the tool and causes the robot to respond accordingly. Augmented (figure 2.1), steady hand provides force feedback for all tasks, reducing the difficulty of fine tasks by restoring tactile feedback. Augmentation from other sensors enhances safety of the operation.

10

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000269

## 2.1   Background

This work relates to many areas of research in robotics and computer integrated surgery. This includes surgical manipulator systems, manipulation paradigms, high-level and low-level robot control, and representation, analysis and execution of augmented and automated tasks.

**Surgical Robots**

Surgical robotic systems relevant to this work include a master-slave system developed by Hunter [Hunter *et al.*, 1993], based on parallel manipulators. It was designed for experiments in eye surgery, manipulation of micro scale objects in surgery and tissue mechanical testing. The system has bi-directional force and motion feedback. Force scaling and motion scaling were also implemented. Audio and visual information was also exchanged between the slave and the master system with the surgeon using a helmet to control a stereo camera system.

The JPL Robot Assisted Microsurgery (RAMS) [Schenker *et al.*, 1995] master and slave system was a very sophisticated system designed for microsurgery. This system consisted of 6 degrees of freedom position scaling micro-telemanipulator with bi-directional force reflection and some tremor compensation.

Misuishi et al [Misuishi *et al.*, 1997] developed a master-slave system consisting of a vision system, a remote centered slave manipulator, and a master manipulator without force feedback. This system was designed for micro-drilling and micro-sawing experiments.

Another teleoperated parallel manipulator with micro-precision was designed by Grace et al[Jensen *et al.*, 1997]. This system was controlled by an open loop master controlling the position-velocity served slave. The goal of this joystick operated manipulator was to perform retinal vein annulations.

A prototype master-slave system was developed by Kwon et al. [Woo *et al.*, 1998] composed of a 6 DOF parallel slave micromanipulator and a 6DOF parallel haptic master manipulator. The slave robot is composed of a commercial industrial robot for

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000270

macro motion, and a micro-positioning robot equipped with interchangeable surgical instruments. Both master and slave are co-located in the operating room.

Some surgical robotic systems, though not designed for micro-scale operations are relevant as they have use some level of task information for constrained control. Davies [Davies *et al.*, 1997b] designed 3 DOF and 4 DOF manipulators with cutter end-effectors for orthopedic surgery applications. A PC is used for control in conjunction with a motion controller. The motion controller independently controls the motors. This system uses motion constraints to enhance safety. Constraints are stored as a lookup table to restrict compliant motion. Troccaz [Troccaz & Delnondedieu, 1996] designed a passive breaking system, that allows dynamic constraints to be applied on the users workspace. The system disables or enables motion dynamically thereby imposing geometric constraints on the workspace.

### Other robotic systems

Industrial robot system have also been designed for applications at micro-scale. One of the leading goals for such systems is the assembly of micro electro mechanical systems (MEMS) devices [Codourey *et al.*, 1997, Muller *et al.*, 1996].

### Manipulator Control

Control of robot systems operating in tandem with humans has been an active area of research for several decades. Most of the previous work has been in the industrial environments or using industrial manipulators. The equivalent of a power steering has been proposed for robots by Kazerooni et al [Kazerooni, 1989a, Kazerooni, 1989b] for applications to exoskeletons worn by humans [Kazerooni & Jenhwa, 1993].

A large body of literature is available on compliant control. This includes work on impedance control (e.g. [Hogan, 1985], [Whitney, 1977]), and stiffness control (e.g. [Salisbury, 1980]). Mason [Mason, 1982] formalized the use of geometric constraints in compliance specifications.

Kosuge et al [Kosuge *et al.*, 1993b, Kosuge *et al.*, 1993a, Kosuge & Kazamura, 1997,

12

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000271

Kosuge *et al.*, 1993c] have also looked at executing cooperative tasks, and extracting control information by using vision techniques.

## Guarded Moves

Robotic systems have been applied to automation of industrial assembly tasks for a longer period and consequently the development of efficient user interaction methods has been a focus of research. The earliest work in performing a task as a sequence of steps is perhaps by Paul [Bolles & Paul, 1973], who introduced the notion of a guarded move and applied it to produce a centering grasp primitive. Guarded moves were motions that terminated on force or position thresholds. Bolles and Paul presented an application of guarded moves for assembling a model T Ford water pump. Branching control was used to deal with errors. Extra sensing was provided by an early vision system and free uncontrolled joints were used for compliance. Guarded moves have their limitations as they are limits on a single sensor input, and therefore not powerful enough to deal with an unstructured environment, where a combination of sensors may cause an undesirable state.

## Manipulator Programming

Several authors have investigated planning sequences and high-level manipulator programming for automated assembly tasks. Early systems include [Taylor, 1976, Lozano-Pérez, 1976, Sanderson *et al.*, 1990] The work of Taylor [Taylor, 1976] is particularly relevant to this work because he introduced the specification of task skeletons built upon a library of primitives [Taylor, 1976]. These skeletons provided nominal values for the control parameters. The actual values were updated during the execution. Taylor also investigated numerical propagation of error and uncertainty through these skeletons. The skeletons provided the strategy for the task, and were written explicitly in the syntax of the language used (e.g. the Stanford AI manipulator programming system [Finkel *et al.*, 1975]).

13

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000272

## Flexible Automation Systems And Task-Level Control

Flexible automation has a wide body of relevant work. Taylor et al [Taylor *et al.*, 1985] proposed a general purpose architecture for programmable automation research that uses task level programming. In this system, a multi-processor real time system performs all critical functions. The real time system shares some memory space with an interactive programming system. The programming system executes programs in an enhanced version of AML [Taylor *et al.*, 1982], talking to the real-time system by sending it high-level commands or *verbs*. The *verbs* may be simple motion specifications or termination conditions or compound *reflex graphs* composed of the verbs. The entire process is specified as *data flow graphs* using computational functions and shared state variables.

The user interacts with this system using a menu and pendant driven interface, common to most manufacturing applications. These interfaces drive an underlying programming language layer. The programming language allows specification and composition of *verbs* required. An underlying layer also allows extension of the system by constructing new *verbs* from real-time subroutines that perform device i/o, control law, trajectory planning and such.

A verb process in this system may consist of a number of cooperating real time tasks for various parts such as path interpolation, kinematics, dynamics and such. These are defined in terms of data flow graphs on the real-time subroutines and the shared state variables. The execution of a program is based on an *action sequence*, a list of subroutines generated by processing the data flow graph. This sequence is executed strictly sequentially on a single processor. Taylor envisions interrupts triggering the execution of a sequence.

Another system, proposed by Sanderson and Perry [Sanderson & Perry, 1983] describes multiple levels of descriptions for an assembly task. The highest level is an assembly algorithm, a sequence of operations performed on a physical part. This algorithm is described in a configuration-specific implementation using a sensing-representation-manipulation (SRM) description. A SRM description describes the

14

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

system elements, as well as task description. The environment is also described in form of both physical representation mapping sensor and control information to cartesian levels, as well as feature space representations mapping control and sensor information to sensed features. The task representation consists of both the This high level description is then translated to machine-level description for execution.

An implementation of this system also consists of multiple processors controlling individual manipulators, and sharing information with a supervisory system over ethernet network. A simple implementation with a single computer controlling a XY table, a vision system, and a manipulator and interacting with a supervisory system is also envisioned. The supervisory system interacts with a CAD design system to obtain information about the part to be assembled.

Taylor [Taylor, 1976] also analyzed automatic generation and analysis of task sequences, and task level planning in position space. Mason [Mason, 1982, Mason, 1978] analyses robot control strategies, and the effects of constraints on such planning in velocity space.

### Other Approaches

Brooks put forward the idea of using behaviors for robot control. Behaviors are feedback loops connecting sensors to manipulation [Brooks, 1985, Brooks, 1990]. Behavior approaches seek to exploit context specific controllers to improve performance. Such an approach might use multiple controllers to perform various portions of a task, instead of a single controller.

Recent work in task-level control includes feature based programming, where a nominal path is used to plan, ignoring any uncertainty. The robot is commanded as if there was no error, and a set of local feedback controllers is used to keep the robot on its path. Eberman [Eberman, 1995] extends this idea by using sensor measurements to compute the location of the robot in the task configuration space. A search through the task graph provides this location, and also a decision process by which an event driven system could operate. On the other hand, Pook [Pook, 1995] looked at diectic

15

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000274

strategies for specification of events. She used a simple sign language to provide the context for execution of autonomous routines, thereby avoiding the search problem completely.

## 2.2   Our Approach

Finite state transducers and discrete event systems have been common in several areas, for example manufacturing systems, robotics and such unrelated areas as linguistics, natural language processing. Supervisory control of discrete event systems [Cassandras *et al.*, 1995] is also an area of research. Ramadge and Wonham [Ramadge & Wonham, 1989] give a broad overview of automata and formal language models for discrete event systems.

Event driven task level programming has often modeled tasks as a graph connecting discrete control strategies. The transitions between these control strategies were driven by measurements from sensors. Simple techniques [Howe & Cutkosky, 1991] have used collections of thresholds as a decision processes. More complex approaches [Hannaford & Lee, 1991, Eberman, 1995] use more powerful statistical tools to drive the transitions. All of these approaches, stress sensing from the environment as the driving force for the algorithm. By contrast, in cooperative manipulation the major driving signals are the forces applied to the tools and other discrete events created by the human user.

Cooperative tasks involving hand-held tools can be abstracted as controlled interaction of the tool/end-effector with the environment. Further, in steady-hand manipulation each of the manipulation steps is a compliant motion (or some other basic control primitive) with some termination predicate. The sequencing of these steps depends upon human control and effects of the interaction. There can be multiple outcomes in any given interaction and therefore multiple state transitions from the current state.

The idea is to impose a set of decision processes on the basic closed loop control. These decision processes use sensing and measurement to modify the control strategy

16

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

and effect state transitions. The decision processes are generated from an explicit task representation provided by the user for a specific task including planning inputs, safety considerations, and performance parameters. The system generates a representation for the corresponding finite state machine (FSM). Each state of this FSM represents a step in the task, and each transition a termination predicate. We detail the composition of states and transitions in detail below.

A standard approach in task level specification for manipulation has been to use well-defined implemented sensing and manipulation subroutines as the basis for composition. These subroutines (or just routines from here) form the building blocks of the system, and are coded in a programming language of choice. They perform basic sensing and manipulation, planning, or accounting functions. Manipulation subroutines such as move to specified position, move relative distance, move with specified velocity, and sensing subroutines such as get current value, filter raw values, bias values, and resolve values with respect to a given Cartesian frame are examples of routines.

Routines are the vocabulary for creation of states and transitions. They are used to compose primitives. Primitives are constructed by choosing inputs, and nominal parameters for sensing and manipulation routines. The primary manipulation primitives in steady hand manipulation are those that support compliant motion. A "move in compliance to forces" primitive is composed of a sensing routine to obtain resolve value of a sensor, a control law (e.g. velocity proportional to force error), and manipulation routine that receive the output of the control law. Geometric information can be passed using planning primitives, and safety primitives can be used to monitor abnormal conditions. Sensing predicates include both automatic sensing (e.g. contact detection) and explicit user input (e.g. input from buttons or a foot pedal).

Actions are distinctly identifiable portions of a task. An action may involve one or more manipulation routines. Events form the conditions that must be met before the action is executed and guards that cause the manipulation primitive to yield control.

The user provides explicit representation of the task as a sequence of actions. This is essentially a task skeleton. It is composed of actions (e.g. for peg in hole, actions

17

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000276

for positioning over the hole, inserting, and detecting contact etc.). The parameters for the routines are specified nominally by the user and appropriate parameters are then generated by the system for a particular task.

Our approach relies on the assumption that one skeleton may be sufficient for specifying a task strategy. Given that cooperative manipulation imposes a sequential ordering on planned task execution (user only performs one manipulation action at a time with the manipulator), a task skeleton is a simple and sufficient mechanism for representing task strategies. The skeletons need to be robust to geometric and environmental changes (some of which are expected and specified by the user as planning primitives) for this to be true.

The skeleton sequence is parsed and used to construct the task graph. The task graph is a finite state machine, with action completion predicates deciding state transition. For example, a simple surgical task of placing a micropipette in a blocked vessel in the eye is composed of several actions: a) positioning the tool at the port, b) orienting it such that it can be inserted, c) insertion of the tool, d) adjusting the orientation of the tool for placement at site viewing through the visual feedback device (usually a high power microscope), e) approaching the site, and f) achieving contact. This task has both coarse manipulation (positioning and orientation leading to the port) and fine manipulation inside the organ. Each of these parts can be implemented as an action. The conditions that need to be met before each action are identified. They form the predicates for that action. If the actions are composed of several primitives, the process of identifying primitives is repeated for the actions. Finally the user identifies safety requirements, such as limits on motion, sensory values etc for each action. A Task representation is generated using these actions. This serves as a skeleton for the task graph. The task graph is then executed in a training environment. During execution the user may identify redundant or additional actions, predicates that modify the task graph.

The System maintains a basic set of states, and predicates. These include initialization and cleanup, a manipulation set, data collection set, and safety and error checking predicates.

18

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000277

## 2.3   Contributions

Steady hand paradigm holds the promise of significant improvement in surgical practice. This work explores useful augmentation of the steady hand manipulation paradigm to include task level descriptions, and additional sensing and planning inputs.

- *Framework for task specification*: A simple framework was designed and implemented for using task-level specifications for surgical manipulation tasks. Task level descriptions are an attractive means of encoding task specific information in this paradigm. We investigate task level descriptions for simple manipulation tasks. The basis will be a limited set of robust but flexible primitives. These will be composed to create actions based on explicit user specifications. Actions create system states and transition predicates which are added to the existing set of states ( safety, sensor input and simplest manipulation states). State transitions may be triggered by user input or sensory input due to interaction. Execution of tasks is sequential but state transitions are not sequential or synchronized. This creates a useful flexible system for performing simple manipulation tasks in environments with detectable interactions.

- *Modeling and analysis of suitable tasks*: Several simple surgical tasks were considered as experimental tasks. Suitable strategies for these tasks were identified and analyzed. Simple tasks involving tool positioning, or guiding, and more complex tasks involving a combination of simpler tasks were considered.

- *Comparative performance measurement*: Performance criteria were identified for each task. Some of the selected tasks were then performed in conventional modes and with a variety of augmentation modes. Comparison of these measures provides baseline data for evaluating the performance of augmentation.

19

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000278

## A Modular Architecture for Robot Control: Design and Implementation

Abstraction of device interfaces is a standard paradigm in software engineering. We have used this approach for modeling our robots. A modular architecture was designed for controlling the steady hand robots. This architecture is also suitable for several other surgical robot applications (e.g. percutaneous therapy). This architecture was implemented in C++. This has resulted in a large library for robots and sensors. The programming interfaces can be easily extended include additional manipulators and allows high level control independent of the robotic platform actually implementing the commands. The modular robot control (MRC) structure abstracts interfaces in layers. The lowest layers wrap hardware implementations (vendor specific sensor implementations, servo control for robots etc). This functionality is then used by logical abstractions ( joints for robots, sensor interface for all sensors). The higher layers contain functionality for Cartesian control, command scheduling, and network support. This layering allows new robots and new configurations of existing robots to be quickly supported, often requiring only a change in run-time loadable configuration. The library provides Cartesian control, forward and inverse kinematics, and joint control interfaces for our robots. It also includes implementations of force sensor, and digital and analog i/o device interfaces.

20

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000279

# Chapter 3

# System Description

Hands-on guiding of surgical robots has been used by several groups, for example, Davies knee surgery system [Davies *et al.*, 1997b, Davies *et al.*, 1997a], RO-BODOC hip replacement surgery system [Paul *et al.*, 1992, Taylor *et al.*, 1994], and the JHU/IBM LARS system for endoscopic surgery [Taylor *et al.*, 1996]. And other surgical microsurgical mechanical systems of interest, though not employing hands-on guiding include those developed using telerobotic principles [Charles *et al.*, 1989, Hunter *et al.*, 1993], systems with force reflecting configurations [Charles *et al.*, 1989], and systems using passive input devices [Jensen *et al.*, 1997].

## 3.1   Hardware And Equipment

This work used a robot specifically designed for steady hand manipulation. This steady hand robot [Taylor *et al.*, 1999a] is a new modular test bed for microsurgical applications and is ideally suited to meet the task requirements. Simple stable control algorithms for this robot exist for most tasks, and more complex control and end-effector instrumentation [Gupta *et al.*, 1999, Berkelman *et al.*, 2000] is subject of independent research. Further the robot has a well-developed software foundation. The robot was first reported in [Taylor *et al.*, 1999a, Taylor *et al.*, 1999b], and a brief description and specifications appear below. Any specialized instrumentation needed

21

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000280



Figure 3.1: The "Steady Hand" manipulator

as part of the experimental apparatus is described where it was used.

The software used for this work was developed following standard paradigms, and some of it has proved useful for a wide range of unrelated research. The basis of the software system is a layered architecture of logical devices. These devices have abstract interfaces, and shield hardware specific details from the applications developed using them.

### 3.1.1   The JHU Steady Hand Robot

The steady hand robot is a 7-degree-of-freedom manipulator with XYZ translation at the base for coarse positioning, two rotational degrees of freedom at the shoulder (the RCM linkage [Stoianovici *et al.*, 1998]), an instrument insertion and rotation stages. A force sensor is built in the ergonomic end-effector. This robot has a remote

22

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000281

center of motion and an overall positional accuracy of less than 10 micrometers. A brief description of these module follows.

### Base Translation Module

This three-axis base translation module is comprised of off-the-shelf motorized micrometer stages. The XYZ translation assembly is constructed by mounting a single axis Z-stage orthogonal to a X-Y table. Each axis has 100 mm of travel, can travel at speeds >40 mm/sec and has a positioning resolution ~2.5 $\mu$m (0.5 $\mu$m encoder resolution).

### RCM: Remote-Center of Motion Module

The RCM module [Stoianovici *et al.*, 1998] is a novel compact and light robot for surgical applications that implements a fulcrum point located distal to the mechanism. It can precisely orient an end-effector (i.e. surgical instrument) in space while maintaining the location a point fixed in its workspace. For our purposes this module allows most tools to be oriented with a resolution of less then 0.01 degrees. RCM accommodates various end-effectors. This module has been successfully used at the Johns Hopkins Medical Institutions for several surgical procedures.

### Rotation/Insertion End-Effector Module

The rotation and insertion end-effector[Barnes, 1999] provides linear displacement along the tool axis passing through the RCM point. The insertion stage has high stiffness, provides 150 mm of travel, can travel at speeds of ~ 30 mm/sec and has a positioning resolution of ~ 5-10 $\mu$m (1.5 $\mu$m encoder resolution). The rotation end-effector provides 360 degree continuous rotation about the tool axis and the mounting surface for the force sensor with guiding handle. It can travel at speeds of ~ 120-180 degrees/sec with a positioning resolution of ~ 0.05-0.10 degree (0.01 degree encoder resolution).

23

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000282

**End-Effector Force-Sensing Module**

This module uses a small commercially available force sensor (ATI Industrial Automation, NC) to capture user forces. The transducer has a resolution of 0.025N, 0.0625N-mm along the Z-axis and 0.0125N, 0.0625N-mm in the X-Y axes. Force ranges of $\pm$ 22.5N in the Z-axis and $\pm$ 12.5N in the X-Y axes can be measured. The torque range is $\pm$ 125N-mm. The force sensor is mounted on the instrument rotation stage with its z-axis parallel to the instrument insertion stage of the robot.

**Tool Tip Force Sensors**

Several tool tip force sensing devices are available. These include strain-gauge instrumented tools such as vireo retinal picks. Good single axis force sensing can be achieved by bonding a strain gauge pair in a half bridge configuration on a flat surface close to the tip of the microsurgical tool.

For prototyping purposes, small commercially available 3 axis force sensors ( DX440 series, Bokam Engineering Inc.) are also available. These solid stainless steel sensors contain full bridge configurations, and provide X,Y,Z force sensing ability. The integrated signal conditioning electronics provides a linear proportional signal, that can be resolved to 10s mN with careful calibration.

Berkelman [Berkelman *et al.*, 2000] designed a new 3 axis force sensor for measuring tool tip forces. The force sensor has resolution $\sim$0.05mN, a force range of 1N, and maximum range of 5.0N. The force sensor is based on a double cross design and is a cylinder 12.5mm in diameter and 12.25mm in height. The signal from the force sensor is amplified using a signal amplifier (Vishay Instruments Division, 2210A signal conditioning amplifier) with suitable gains and read using a 16 bit digital to analog converter.

### 3.1.2   Robot Control Hardware And Electronics

The robot hardware control runs on a Pentium-II 450MHz PC with Windows NT operating system. An 8-axis DSP series controller card (PCX/DSP, Motion Engi-

24

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

neering Inc, CA) is used to control the robot. The card provides servo control using a 40MHZ Analog Devices ADSP-2105 processor. It also has support for user digital and analog input, output lines. The PC also houses the ISA force sensor controller. The robot hardware control runs on a Pentium-II 450MHz PC with Windows NT operating system. A Matrox Meteor II video capture card is also housed in the PC to digitize the video signal from imaging devices.

## 3.2   Robot Models

The steady hand robot is a serial manipulator. Further, the mechanical configuration of the robot ensures that end-effector motions of the robot decouple about the remote center of motion point. This considerably simplifies modeling the kinematics of the robot.

## 3.3   Kinematics

The steady hand robot appears in figure 3.1. It uses only serial linkages. Both the forward and inverse kinematics of the robot can be computed in closed form.

### 3.3.1   Forward kinematics

The forward kinematics of the robot is easily computed. The kinematics equation of the steady hand robot is:

$$^fT_t = {}^fT_b \cdot {}^bT_a \cdot {}^aT_e \cdot {}^eT_t \qquad (3.1)$$

where $f$ is the fixed frame, $b$ is the base frame(at the end of the base translation module), $a$ is the arm frame(at the end of the RCM module), $e$ is the end-effector frame, and $t$ is the tool frame.

The base frame of the robot is placed at the end of the Cartesian base translation module. It has three orthogonal translation stages, which give:

25

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000284

$$^fT_b = P_{x,d_0} \cdot P_{y,d_1} \cdot P_{z,d_2} \qquad (3.2)$$

where P is a pure translation about the axis specified (i.e. a frame with identity rotation) and $d_0, d_1, d_2$ are the joint variables.

The arm frame contains the remote center of motion rotational module. This module consists of a rotation linkage about the X axis, followed by a constant offset about the Z axis, followed by a rotation about Y axis, and a constant offset about the Y axis. Using $R(i, \phi)$ to represent a rotation about axis $i$ by angle $\phi$, the arm frame can be computed as:

$$^bT_a = R_{x,\theta_3} \cdot R_{z,\phi} \cdot R_{y,\theta_4} \cdot R_{y,\psi} \cdot T_c \qquad (3.3)$$

where $\theta_3, \theta_4$ are the joint variables. The constant offset rotations about the Z, Y axes $\phi, \psi$ are dependent upon configuration of the RCM module. $T_c$ is a constant offset transformation that is identity for our end-effector when the RCM point is properly configured. The arm frame then is given by:

$$^bT_a = R_{x,\theta_3} \cdot R_{z,\phi} \cdot R_{y,\theta'_4} \qquad (3.4)$$

where $\theta'_4 = \theta_4 + \psi$.

The two DOF end-effector module provides rotation and translation about the tool axis. The end-effector frame therefore is given by:

$$^aT_e = P_{z,d_5} \cdot R_{z,\theta_6} \qquad (3.5)$$

where $d_5, \theta_6$ are the joint variables.

This gives the complete forward kinematics as:

$$^fT_e = P_{x,d_0} \cdot P_{y,d_1} \cdot P_{z,d_2} \cdot R_{x,\theta_3} \cdot R_{z,\phi} \cdot R_{y,\theta'_4} \cdot P_{z,d_5} \cdot R_{z,\theta_6} \qquad (3.6)$$

26

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000285

$$\begin{pmatrix} c_6c_4c_\phi + s_6s_\phi & c_4s_6c_\phi - c_6s_\phi & s_4c_\phi & d_0 + d_5(s_4c_\phi) \\[2ex] \begin{matrix}c_3c_4c_6s_\phi \\ +s_3s_4c_6 - c_3s_6c_\phi\end{matrix} & \begin{matrix}c_3c_4s_6s_\phi \\ +s_3s_4s_6 + c_3c_6c_\phi\end{matrix} & c_3s_4s_\phi - s_3c_4 & \begin{matrix}d_1 \\ +d_5(c_3s_4s_\phi - s_3c_4)\end{matrix} \\[2ex] \begin{matrix}s_3c_4c_6s_\phi \\ -c_3s_4c_6 - s_3s_6c_\phi\end{matrix} & \begin{matrix}s_3c_4s_6s_\phi \\ -c_3s_4s_6 + s_3c_6c_\phi\end{matrix} & s_3s_{4s\phi} + c_3c_4 & \begin{matrix}d_2 \\ +d_5(s_3s_4s_\phi + c_3c_4)\end{matrix} \\[2ex] 0 & 0 & 0 & 1 \end{pmatrix}$$

Figure 3.2: Closed form kinematics for the steady hand robot . $c_i, s_i$ stand for $\cos(\theta_i)$, $\sin(\theta_i)$ respectively and $d_i, \theta_i$ are the joint variables. $\theta_4$ is assumed to include the constant rotation offset about y after the RCM module, and $\phi$ is the constant offset after the rotation about $x$ in the RCM module.

A given tool may have its own constant offset frame, and a tool frame is customarily added at the end:

$$^eT_t = Frame(Rotation(\theta_x, \theta_y, \theta_z), Vec(t_x, \ t_y, \ t_z)) \qquad (3.7)$$

where $\theta_i, t_i$ are constants offsets for a particular tool.

For a properly configured remote center of motion point closed form this can be computed to a matrix in figure 3.2 in closed form.

### 3.3.2  Inverse Kinematics

The steady hand robot has redundant degrees of freedom. However, the inverse kinematics can be computed in closed form given user by imposing constraints on the redundant degrees of freedom (instrument insertion, and gross positioning are rarely used together). Establishing a coordinate frame at the RCM point further simplifies computation.

Given a target frame $F = Frame(R(\theta), Vec(P))$ in the fixed coordinate system and

27

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000286

assuming user has applied constraints on the instrument insertion, the Cartesian positions are extracted as joint variables:

$$d_0 = P_x, \qquad d_1 = P_y, \qquad d_2 = P_z \tag{3.8}$$

where $Vec(P) = (P_x, P_y, P_z)$. Using the rotational part of forward kinematics, we obtain:

$$\theta_4 = sin^{-1} Rz_x / cos(\phi) \tag{3.9}$$

and using $\theta_4$ we can compute $\alpha = s_4 s_\phi$, $\beta = c_4$

$$c_3 = \frac{\alpha Rz_y + \beta Rz_z}{\alpha^2 + \beta^2}$$

$$s_3 = \frac{\alpha Rz_z - \beta Rz_y}{\alpha^2 + \beta^2}$$

$$\theta_3 = atan2(s_3, c_3) \tag{3.10}$$

and similarly $\alpha = c_4 c_\phi$, $\beta = s_\phi$ gives

$$c_6 = \frac{\alpha Rx_x - \beta Ry_x}{\alpha^2 + \beta^2}$$

$$s_6 = \frac{\alpha Ry_x + \beta Rx_x}{\alpha^2 + \beta^2}$$

$$\theta_6 = atan2(s_6, c_6) \tag{3.11}$$

where the rotation matrix $R(\theta) = Rotation(\theta_x, \theta_y, \theta_z) = [R_x, R_y, R_z]$ and each of $R_x, R_y, R_z$ are 3 vectors $(x, y, z)$. The joint variable $d_5$ for instrument insertion remains unchanged. Similar other inverse kinematics Similar computations for other constrained cases can be performed. Since for most of the work the redundant degrees are not used together, these are very useful in practice.

28

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000287

### 3.3.3   Cartesian Control

For moving to a specified frame, Cartesian control simply involves performing inverse kinematics on the given frame and moving with obtained joint parameters. For computing the current Cartesian frame the process is the reverse. Obtain current joint parameters, and perform forward kinematics to get current frame.

### 3.3.4   Force Control: A Simple Controller

There is a large body of literature concerning provably stable control techniques for robots. The work most relevant to this is perhaps that of Kazerooni [Kazerooni, 1989a, Kazerooni, 1989b] for exoskeletons worn by a human operator [Kazerooni & Jenhwa, 1993] to amplify his strength. Kazerooni reports a linear systems analysis of the stability and robustness of the exoskeleton control systems where the manipulator magnifies the operator's forces by a scale of 10 or more. The stability analysis of such system is complicated by imperfect models for hydraulically actuated robots, and the operators arm. As a consequence it is necessary to accommodate variations in both human and robot arm dynamics.

We are interested in cooperative force control where the robot and the human manipulate a single tool in contact with a compliant environment. The steady hand paradigm *scales-down* the human operator's force input by a factor of 0.1 to 0.01. Further, micro-surgical manipulation tasks only require precision low-speed low-acceleration motion. These performance requirements allow us to use a simple position controlled manipulator model. The steady hand system described in section 3.1.1 is a compact and stiff manipulator actuated by highly geared electric actuators, attenuating arm dynamics terms. Each joint is individually controlled by a PID controller and joint velocities are limited for safety considerations. In normal operation, no unmodeled dynamic effects have been observed. So the plant model of a *position controlled manipulator* whose control is "desired position" is sufficiently accurate for present robot, performance requirements, and applications.

Below, we describe stable one-DOF force control law for the force control problem.

29

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000288



Figure 3.3: Block diagram of a simple force-proportional velocity controller

This approach was detailed in [Kumar *et al.*, 2000], and has also been extended for multi-DOF force control.

Consider the 1-DOF position controlled system in figure 3.4, with position $x(t)$, and velocity $\dot{x}(t)$. The force exerted by the tool tip on a compliant environment is $f(t)$N. The force exerted by a user on the rigid force handle on the robot is $F(t)$N. The robot's end effector and tool has a collective linear compliance of $k_r$ N/m, and the compliant environment in contact with the tool tip has linear compliance $k_e$N/m. The tool and environment combination then has a compliance $1/k = 1/k_r + 1/k_e$.

The tool tip will be in equilibrium if $f(t) = kx(t)$. The system is position controlled, with the control input $x(t)$ (or $\dot{x}(t)$, where $\dot{x}(t)$ is the time derivative of $x(t)$ ) with the PID control for each axis ensuring the position and velocities track. So, $x(t) = x_d(t)$ and $\dot{x}(t) = \dot{x}_d(t)$.

where $x_d(t)$ and $\dot{x}_d(t)$ are the desired position and velocities respectively. Given a constant desired tool tip force $f_d(t)$, the force error $\delta f(t) = f(t) - f_d(t)$ converges asymptotically to zero, i.e. $\lim_{t\to 0} \delta f = 0$, and $\delta\dot{f}(t) = \dot{f}(t)$ since $f_d(t)$ is a constant.

It is easy to show that the control law $x_d(t) = -k_f \int_0^t \delta f(t)d(t)$ results in exponentially stable first order force dynamics of $\delta\dot{f}(t) = -k_f k\delta f(t)$.

A block diagram for this controller appears in figure 3.3. Force scaling can be accomplished by appropriately scaling down the force applied by the user force to obtain the desired force. More complex control laws are required for time varying forces, and when the robot or environment compliances are not known. Roy et al [Roy & Whitcomb, 2001] have worked on more sophisticated adaptive control strate-

30

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000289



Figure 3.4: A 1-DOF position controlled manipulator in contact with compliant environment

gies, which could replace this controller if needed.

For our purposes, this simple control should suffice. This simple controller works as follows. User forces are sensed from the six degree of freedom force sensor attached axially to the handle held by the user. The axes of the tip force sensor are aligned with the end-effector frame of the robot. The axes of the handle force sensor are also aligned with the end-effector when the robot is in its home position. The force sensors are calibrated by computing a bias force with no external forces on the sensor. This bias force is stored in the robot base coordinate frame. During compliant motion, the system samples the current handle forces, and resolves them to the robot base frame. These resolved forces are offset by the bias and filtered using a simple high pass filter ($W_f$ above). This biased signal is then amplified by gains $k_f$. The velocities computed are limited by user provided limits and the fed to the joints selected by the user (mode).

$fh(t)$: sampled force data from the handle sensor, a three tuple ($fh_x, fh_y, fh_z$),

$fr(t)$: sampled force data from the tip force sensor, also a three tuple ($fr_x, fr_y, fr_z$),

$F(t)$: forces resolved in the robot base frame,

$F_B(t)$: filtered and biased handle force values obtained from resolved forces,

$f_B(t)$: filtered and biased tip force values,

31

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000290

$F_b$: bias force for handle sensor($Fb_x, Fb_y, Fb_z$) in the robot base frame,

$f_b$: bias force for the tip sensor,

$T(t)$: transformation from handle force sensor frame to robot base frame,

$mode$: Base X,Y,Z joints (1), or RCM rotation joints and insertion joints (2),

$k_v(mode)$: joint velocity proportional gains, based on user selected mode,

$\dot{x}(t)$: joint velocities for selected joints.

A windowing function for small errors:

$$W(f_x, f_y, f_z) = \begin{cases} <0, f_y, f_z> & if - w_x < f_x < w_x, \\ <f_x, 0, f_z> & if - w_y < f_y < w_y, \\ <f_x, f_y, 0> & if - w_z < f_z < w_z, \\ <f_x, f_y, f_z> & otherwise \end{cases}$$

A limiting function for joint velocities:

$$L_v(\dot{x}) = \begin{cases} \dot{x}, & if\ L_l < \dot{x} < L_u \\ L_l, & \dot{x} \leq L_l \\ L_u; & \dot{x} \geq L_u \end{cases}$$

And a limiting function for forces:

$$L(f) = \begin{cases} f, & if\ F_l < f < F_u \\ F_l, & F \leq F_l \\ F_u; & F \geq F_u \end{cases}$$

The controller can be formulated as:

$$F(t) = T(t) \cdot L(fh(t)),$$
$$f(t) = W(L(fr(t))),$$
$$F_B(t) = F(t) - F_b,$$
$$f_B(t) = f(t) - f_b,$$
$$\dot{x}(t) = k_v(mode) \cdot (F_B(t) - f_B(t)), \text{ and}$$
$$\dot{x}(t) = L_v(\dot{x}(t)).$$

32

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000291

This controller has been implemented easily using hardware described above and performs satisfactorily.

## 3.4   Software Architecture

A library of C++ classes has been developed to implement the interfaces for our robots. This modular robot control (MRC) library provides Cartesian level control. The library is a set of portable C++ classes. It provides Cartesian level control for serial manipulators. It includes classes for kinematics, joint level control, command and command table management, sensor and peripheral support, network support. Some exception and error handling is also built in. An array of sensors including serial and parallel ports, $ATI^{TM}$ force sensors, joysticks, digital buttons and foot pedals are supported.

Unrelated to this work, support is available for the proprietary LARS servo controller. Applications using this library can manage both local and remote hardware with minimum configuration and little coding. Some of the functionality is limited to WIN32 operating systems but most of the approach is platform independent and distributed. The library allows applications to use of any serial manipulator by adding minimal functionality to the joint level API and kinematics. Since most computer integrated surgery (CIS) applications are written while the hardware is yet to be constructed, it allows software development by using a simulator included in the library and easy replacement of the actual hardware API when the hardware is ready.

The MRC structure abstracts interfaces in layers (see figure 3.5). The lowest layers wrap hardware implementations (vendor specific sensor implementations, servo control for robots etc). This functionality is then used by logical abstractions (joints for robots, sensor interface for all sensors). The higher layers contain functionality for Cartesian control, command scheduling, and network support. This layering allows new robots and new configurations of existing robots to be quickly supported, often requiring only a change in run-time loadable configuration.

Control algorithms have been implemented based on the MRC library. For ex-

33

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000292



Figure 3.5: Hierarchical organization of robot control software

ample, for simple force proportional velocity control discussed above has been implemented using the MRC library. The base joints and the upper joints can be controlled independently by using a foot pedal. Control rates of over 1000Hz can be achieved using this controller.

## 3.4.1   Kinematics Issues

The kinematics interface consists of two parts forward kinematics, and inverse kinematics. For serial manipulators, D-H parameters provide a straightforward and simple means of constructing forward kinematics of the robot. We use a scheme based on D-H parameters to specify the forward kinematics of any robot. Even though we limit ourselves to only serial linkages, the inverse kinematics is better implemented explicitly for each configuration. This allows applications to specify preferences on joints where any redundant joints exist, and also limits on each individual module.

34

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000293

We are also looking at including simple geometric descriptions of the robot in the configuration file for visualization purposes.

## 3.4.2   Joint Control

The abstract joint control interface is based on the hardware specific board and axis layers (see figure 3.5). The board and axis layers abstract vendor-specific implementations. Depending upon the functionality of the motion control board being used (such has the MEI controller board) by the current configuration, additional functionality may be available to the joint control API (such as coordinated moves). The board and axis interfaces are constructed to take advantages of this. The joint interface wraps all commonly available pre-emptive and non-pre-emptive position, and velocity control.

35

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000294

# Chapter 4

# Task Architectures

The standard approach in task-level planning with robots has been to first construct an accurate representation of the world. Any tasks are then specified in terms of this world representation and sensing is used to update this representation to maintain its accuracy. The task to be executed is then typically partitioned into parts that can be executed/monitored simultaneously. Strategies for these parts are developed individually and means for coordinating between them are defined. Often these parts are prioritized to simply the process.

The above approach suffers from several drawbacks. It is difficult to maintain a complete and correct representation of the world at all times. This is due to difficulties in sensing, and interpreting sensed signals for any dynamic environment. Some approaches (e.g. [Brooks, 1985]) have avoided this problem by using only current or very recent information for decision purposes. However, it is very difficult to integrate planning information in such representations. This makes these approaches rather unsuitable for complex planned tasks.

It is a hard problem to decompose a task into several sub-parts that can be monitored and executed simultaneously. It is often difficult to identify portions that can be simultaneously executed. However, multi-step strategies have been common in task level assembly planning [Taylor, 1976, Lozano-Pérez et al., 1984, Taylor et al., 1985, Sanderson & Perry, 1983]. A peg in hole is analogous to assembly operations for

36

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000295

mating parts, and inserting screws to fasten parts together and is probably the most common task analyzed for task strategies. For example, a common strategy is to bring the peg in contact with the hole, then align the peg with the hole using a contact search strategy, before using an insertion motion to place it in the hole. The insertion motion could be made more robust to uncertainty by using a compliant insertion motion. Another common example is strategies for grasping objects.

Multi-step strategies have also been combined together with sensor driven frameworks for event based programming. Brooks' [Brooks, 1985] subsumption architecture is a good example. Grasping strategies by Howe and Cutkosky and other systems for assembly programming have used event driven systems for assembly.

Combination of robot supervisory control with event driven programming has also been an area of research. Most previous research has focused on autonomous strategies. Learning by demonstration by has been explored by several authors [Kosuge et al., 1993b, Kang & Ikeuchi, 1997, Morrow & Khosla, 1997, Iba et al., 1999]. But most robotic tasks in assembly are planned to be autonomous, and cooperative strategies are rarely needed. An exception is pick and place operations, where a robot could cooperate with a human in moving heavy loads, that a human alone can not move.

A combination of supervisory control and event driven programming becomes very attractive as the scale of tasks being considered is reduced to a micro-scale. It is even more attractive for complex, practical tasks for which autonomous strategies are unsuitable. Microsurgical tasks are a good example. While it is challenging for even a trained surgeon to remove an epiretinal membrane, the difficulty is reduced when the same task is executed as a constrained motion task augmented with a robot. Autonomous strategies for surgical manipulation are also harder to implement due to variations in anatomy, the dynamic nature of the task, and for reasons of safety. An augmented execution mode provides benefits of human experience as well as superior accuracy of the robot.

In single tool hand-held surgical tasks, the user makes only one motion at a time with the single tool. This provides a natural ordering in which parts of the task are

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000296

to be performed. Further, in augmented steady hand manipulation the tool is held jointly by the user and the robot. This provides a continuous user input for driving the system. Interpreting this comparatively low bandwidth force signal for detecting task state is a simpler problem. It can be made easier if the user provides additional inputs to guide transition between some parts of the task.

The problem then reduces from automating a task to augmenting it. Augmented tasks are easier to specify as well. Planned execution provides a skeleton for task execution, and actual parameters for task portions can be optimized by training.

Further, this allows for additional sensing and planning inputs to be incorporated in the task skeleton. The effect of these inputs is decided by the user explicitly during the task skeleton description, and can range from completely impeding motion (to prevent a specified limit being crossed), and reducing degrees of freedom for manipulation (constraint or virtual fixture) to magnifying response in certain areas of the workspace. This essentially involves binding "good" parameter values on the detected task context.

## 4.1   Task graphs

A task graph represents an actual task. States of the task graph, or actions are constructed by breaking down the task into parts where detectable discontinuities require a change in the behavior of the robot. For example, moving from a portion of the task that involved positioning the tool to that requires orienting the tool or from an interactive part to a small monitored automated portion. The execution of these steps is decided by human control and effects of the interaction. There can be multiple outcomes in any given interaction and therefore multiple state transitions from the current state. The task skeleton provides planned/allowed state transitions from each state. In each state, sensing and measurement modify the control strategy and effect state transitions. The explicit task representation provided by the user for a specific task includes inputs, safety considerations, and performance parameters.

In a steady hand cooperative task, the user applies forces on the tool held jointly by

38

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000297

  

Figure 4.1: Common Manipulation modes for the Steady Hand Robot. The translational joints (left) in the base are used to position the tool in the workspace. The rotational joints, and the end-effector joints (center) are then used for dexterous manipulation. These modes are particularly useful, when the robot is used for a minimally invasive task(right), requiring that the remote center of motion be kept fixed at the port through which the tool is inserted.

the robot. The robot complies to the forces appropriately. The most basic cooperative task graph is one describing this steady hand manipulation. There are two distinct modes in which the steady hand robot is often used. The first (*translate*) is one that uses the translational base (see figure 4.1) to reposition the remote center of motion (RCM) point in the fine manipulation workspace. The second mode (*orient*) uses rotational and end-effector joints and is suitable for performing fine manipulation while keeping the RCM point fixed. The user may switch between the two modes, by using buttons on the foot pedal. The user signals completion of the task execution by pressing a third button on the pedal.

This simple three state task graph appears in figure 4.2. The two manipulation states in the task graph represent control strategies discussed above. The third (*done*) represents completion of task execution. There are several other modes of operation for the steady hand robot. The two modes of operation discussed above, involve three degrees of freedom each. Other modes may require more or fewer degrees of motion, such as one degree of freedom modes for insertion of a tool or rotation about the tool axis, to six degrees of freedom for simultaneously orienting and positioning the tool. In additional, when the forces applied by the environment on the tool tip are also used for control purposes, each of these modes has a variant where the scaled force

39

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



Figure 4.2: A simple task graph for control of the steady hand robot implementing basic control modes shown in figure 4.1. The user can chooses between the two modes by pressing buttons on a foot pedal.

error is used as the controlling input. The task graph in figure 4.2 can be modified to add actions for these modes.

The above task is navigated by the user by pressing a foot pedal. However, it is easy to imaging transitions being caused by interactions with the environment. For example, moving from a portion of the task with no contact to one in contact with the environment. Contact or impact can be reliably sensed automatically, and can be used for navigating the task.

## 4.2   Task Graph Construction

A simple model for these augmented tasks is a finite state machine(FSM) that contains a set of states corresponding to the actions for the task and the means to navigate these states. Pook [Pook, 1995] constructs similar finite state machines and uses discrete hand signs to direct the robot through the execution of such tasks as flipping eggs in a pan. She uses trained hidden markov models (HMM) to recognize the gestures made by the user. Here, we use discrete signals provided by the user such as buttons on a foot pedal, or simple thresholding of continuous signals to navigate

40

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000299



Figure 4.3: A finite state machine model for an augmented task similar to figure 4.2. Each distinct part of the task is a state of the FSM.

our task graphs.

The language described by the FSM (and consequently the task that can be specified using it) is restricted first by requiring that the primitives - actions (nodes in the state graph) and events (transitions) are composed entirely of a fixed grammar of *routines*. These routines are individually required to meet safety requirements of the tasks under consideration. Routines are the basic defined elements. They are used to compose primitives. Primitives are constructed by composing routines, and choosing inputs and nominal parameters for sensing and manipulation routines used.

**Definition 4.1 (Routine)** *An implementation of a sensing or manipulation function (with a known interface). These implementations perform clearly defined tasks. They form the lowest level of abstraction in the composition process.*

Routines operate on the manipulator, sensors, discrete input and outputs, imaging and planning information. Some Examples of commonly used routines are:

- manipulation routines -

    - Compliant motion routines: move in response to user forces. Several versions of these routines are possible depending upon the joint configuration selected,

41

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

– Constrained compliant motion routines: move in response to user forces, subject to applied constraints, for example ComplyToForcesInPlane, ComplyToForcesAlongLine, and versions of guarded move etc.

– Repositioning routines: Move the robot to supplied position. The supplied position could be a relative distance, or absolute frame.

– Velocity commands: Move the tool with supplied velocity, again the velocity could be a joint velocity, or tool velocity.

- sensing routines –

  – sensor thresholding routines - apply a threshold or a set of thresholds to detect a discontinuit such as contact or breakthrough.

  – profile detection routines - monitor the sensor values to check for a predetermined profile. For example a puncture profile contains a monotonic increase in contact forces, a sharp drop, and settling effects. Given nominal maximum forces

- planning routines -

  – workspace limits - limit the active workspace of the robot, add minimum and maximum velocity, acceleration limits etc.

  – constraints - restrict the motion of the tool based on planning information, modify compliance gains to favor the goal direction etc.

Routines are used as library functions to compose higher level primitives called actions and events. A complete list of implemented routines appears as part of the description of the specification language in appendix A. In the following discussion, we will illustrate the use of this specification language to implement a task graph specification.

Actions are distinctly identifiable portions of a task. An action may involve one or more manipulation routines.

42

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000301

**Definition 4.2 (Action)** *An explicit specification of a high level sensing, manipulation, planning, for parameters used by the routines, which may then optimized during execution.*

Actions are states of the task's finite state machine. For the manipulation task discussed above, each action consists of a call to a single routine. The *translate* action calls the routine to move base joints *ComplyBaseJoints*, and the *orient* action calls the routine to move upper joints *ComplyArmJoints*. A simple implementation of these actions could be:

```
#action to move base joints
action translate{
        #move the base joints in response to user forces
        ComplyBaseJoints;
} # end of action


#action to move upper joints
action orient{
        #move the RCM/End-effector joints in response to user forces
        ComplyArmJoints;
} # end of action
```

Events form the conditions that must be met before the action is executed and guards that cause the manipulation primitive to yield control.

**Definition 4.3 (Event)** *A composition of sensing, planning, or safety routines that monitors a detectable change and might effect a change in the manipulation behavior.*

For the above task, three events are needed, two that transfer control between the two actions, and one that allows the user to halt execution. Every action defines its events in an event map, which is monitored while the action is being executed.

43

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000302

Here, these events are *translate2orient* and *orient2translate*. When these routines are simply monitoring the buttons on the foot pedal, they can be defined as:

```
#event map for translate action
events{
        on translate2orient orient;
} #pass control to orient if event detected
#event map for orient action
events{
        on orient2translate translate;
} # back to translate mode
```

This sets up the two state FSM, allowing us to move between *translate* and *orient*. The event to halt execution is monitored in both states, and can be inserted in the global event map, to be monitored at all times.

```
#global event map
events{
        on event2quit done;
} #halt execution
```

The user provides a task skeleton in form of a composition of actions (e.g. for peg in hole, actions for positioning over the hole, inserting, and detecting contact etc.). For cooperative manipulation this task skeleton is a simple and sufficient mechanism for representing task strategies.

**Definition 4.4 (Task)** *A composition of actions that performs designed to achieve a specific manipulation or sensing goal.*

The skeleton sequence is parsed and used to construct the task graph. A task skeleton contains forward declarations of its actions and events, a task initialization section, and a global event map, and definitions of actions and their event maps, and events. For the above task, this task skeleton looks like:

44

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000303



Figure 4.4: System model for executing task graph specifications. The basic function-ality of the system allows the user to manipulate the robot. The task states represent the task graph for the current task. The user can choose to execute the task graph or halt execution. During the task graph execution, completion of the task returns control to basic system states.

```
action translate, orient;        # task and event definition
event translate2orient, orient2translate, event2quit;
task simpletask{        # task initialization section
        #initialize the user force sensor:  assume hands-off position
        BiasUserForces;
        #and set default limits on it
        EnableForceLimits;
        #setup the robot to receive motion commands
        Enable;
} #end of task init
```

The event definitions are similar to the defection of the actions. The System

45

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

also maintains a basic set of states, and events. These include additional actions for initialization and cleanup, basic steady hand manipulation, data collection, and some safety and error checking. A sketch of the overall system organization appears in figure 4.4.

## 4.3   Analysis of task graphs

As with discrete event systems in other areas such as models of feature interactions in telecommunication networks, the task graphs can be analyzed for graphs properties. For task graphs under consideration, some analysis of the corresponding state machine as a deterministic finite automaton is straightforward. The analysis below follows the notation used by Lafortune at al [Cassandras $et$ $al.$, 1995]. For other work in control and supervisory control of discrete event systems see [Ramadge & Wonham, 1989, Charbonnier $et$ $al.$, 1999, Chen $et$ $al.$, 2000].

Consider a finite state machine or deterministic finite automaton (DFA) $G$. It is a six tuple $G = (X, \Sigma, f, \Sigma_g, x_0, X_m)$. where

$X$ is the set of states of $G$, or actions in our task graph;

$\Sigma$ is the set of events associated with the transitions in $G$;

$f : X \times; \Sigma \mapsto X$ is the partial transition function of $G$,

   i.e. $G : f(x, e) = x'$ relates the actions and transitions;

$\Sigma_g : X \mapsto 2^{\Sigma}$ is the feasible event function.

   $\Sigma_g(x)$ is the set of transitions possible in state $x$;

$x_0$ is the start state;

$X_m$ is the set of final states.

If this DFA models a task graph, we would be interesting in finding out if

- Are there any states in the task graph that do not lead to a successful completion?

46

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000305

- Are there any states in the task graph for which there are no events leading to their execution?

- Is there any state(s) that never yield control to other states?

Since we would like our task graphs to always lead to a final state, these are cases we would like to avoid. The first case, can be formalized as:

**Definition 4.5 (Trim)** *A FSM G is said to be trim if all states of G are on a path ending in a terminal (success or error) state.*

The language generated by $G$ is defined by $L(G) = \{s \in \Sigma^*; f(x_0, s) \text{ is defined}\}$, and the language accepted by $G$ is defined by $L_a(G) = \{s \in L(G); f(x_0, s) \in X_m\}$. The specification language for our task graphs restricts states that are unreachable or that don't have a way to termination, the FSM for any parsed task graph (and so any accepted language) is trim. So we are ensured a path to completion.

The other cases involve states that that have no path leading to them, or from these states to a terminal states. These conditions are classically identified as deadlock, or livelock.

**Definition 4.6 (Deadlock)** *A FSM G is said be in a state of deadlock if there are no transitions from the current state.*

**Definition 4.7 (Livelock)** *A FSM G enters a state of livelock if there is no path to a terminal state from the current state. This could be due to a cycle in the state-graph that does not contain a terminal state.*

To ensure that the task graphs avoid livelock and deadlock, the task graphs are analyzed to ensure,

- Each state has at least one incoming transition, and a path from the start state.

- Each state, except for the terminal states have at least one path to a terminal state. A task specification with a state that has no incoming transitions, or an incoming transition but no way to transition to a terminal state is not accepted.

47

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000306

- The system automatically adds transitions to error states if none is specified.

The accepted language therefore, requires that each state must have a way of getting executed and the planned execution have at least one way of terminating in success or error.

### Task analysis of Basic steady hand control task graph

The task graph for basic steady hand operation in figure 4.3 can be analyzed using the above principles. Consider a deterministic finite automaton (DFA) $G_b$. It is a six tuple $G_b = (X, \Sigma, f, \Sigma_g, x_0, X_m)$.

where $X = \{ \text{translate}(t), \text{orient}(o), \text{done}(d) \}$

$\Sigma$ is the set of events

These events are $\{ \text{translate2orient}(e_0), \text{orient2translate}(e_1), \text{event2quit}(e_2) \}$.

$f : X \times \Sigma \mapsto X$ is defined completely by $\{ f(t, e_0) = d, f(o, e_0) = d,$

$\qquad f(t, e_1) = o, f(o, e_2) = t \}$;

$\Sigma_g : X \mapsto 2^\Sigma$ contains $\Sigma_g(t) = \{ e_0, e_1 \}, \Sigma_g(o) = \{ e_0, e_2 \}, \Sigma_g(d) = \{ \}$.

$x_0 = t$ is the start state; and

$X_m = d$ is the final state.

Clearly, there is always a transition to the terminal state on all the paths possible from the start machine. This simple three state machine is non-blocking, and deadlock or livelock is not possible.

## 4.4    Safety and Error Recovery Issues

The above task graph does not contain any error handling. There is a well defined set of events that addresses basic software and hardware error handling issues that can be easily added to the above task graph.

48

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000307

## Common Error Events

The robot is a mechanical device, it may experience faults. Fortunately most of these are well studied. These can be categorized:

- Hardware Errors: this includes motor and encoder failure, amplifier faults and cable failures. These faults usually require manual attention for the hardware and it is common to go to a terminal error state if these occur.

- System Errors: timeouts, and watchdog timers, servo loop errors for the robot etc. These errors occur primarily due to the software malfunction. A good way to deal with these is to reset the error and reinitialize the device causing the error a fixed number of time, but go to a terminal error state if the error keeps reoccurring.

- Task and configuration errors: these are usually dealt with in the task description itself. For example if a task limit is encountered, a common response is to prevent the robot from moving beyond the limit, but if the robot moves away from the limit the event is automatically cancelled.

## Dealing with Error Events

Some error events are common to all tasks, these fall in the first two categories of errors and are part of the basic system behavior. These events are monitored in all states, and the transition to the error state are automatically defined as part of the system initialization process.

A task defines its error events in its event map, just as it defines transition events. The error event can be an event defined by the task or a system error (in which case it overrides the system policy), and the error action may be the terminal or non-terminal error action defined by the system, or an error action defined by the task.

49

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000308

## 4.5   Implementing Task Graphs

A simple specification language was developed for specification of task graphs for augmented tasks. This specification language allows construction and execution of graphs on available or composed routines. A program consists of forward declaration of its actions and events, a task section, and action and event definitions. The body of the task section contains global initializations. The task is followed by a global event map for events that might cause state transition throughout the program. Each action is next given a body. Each action could have its own event map. Events are also given a body.

The specification language supports common basic types, as well as types needed for linear algebra. Most common algebraic and linear algebra operators and mathematical and trigonometric functions are also supported. The robot and several additional sensors are part of the specification language and are tracked as system variables. A detailed description of the specification language and execution environment appears in appendix A.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000309

# Chapter 5

# Experiments

In this chapter we describe experiments which use task-level augmentation for practical extensions of surgical tasks and to evaluate the effectiveness of using steady hand task-level augmentation in comparison to simpler augmentation methods and unaugmented free hand performance.

## 5.1   Classification Of Suitable Tasks

Not all tasks are suitable for augmentation. This is due to limitations of computational and mechanical hardware, incomplete understanding of environmental dynamics and a lack of ways to efficiently integrate human expert knowledge in a machine.

However, there are many generic tasks in surgical procedures that may be augmented by a single surgical assistant. Microsurgical tasks such as camera holding, tool guidance and positioning, constrained and guarded motions (force constraints are especially hard to implement without augmentation and very common in practice)are good candidates for simple augmentation. Some of these tasks have well studied analogues in industrial automation. However, there are significant differences between assembly and surgical environments.

A broad classification of simple surgical manipulation tasks is as follows:

- Positioning tasks: primarily require a tool to be positioned/held in a certain

51

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000310

position. For example: holding an endoscope, holding a micro-pipette inside a vessel, moving an endoscope, moving the tool out of the workspace.

- Path following tasks: require a tool to be manipulated along a path either defined from sensory/user input or from a supplied definition. For example: tracking a blood vessel from imaging information, guiding a drill along a constrained path, guide a cut/drilling motion, inserting a needle/micro-pipette/other tools to desired position.

- Compliant motion tasks: move the tool in response to dynamic sensory input. For example, maintaining constant contact forces (e.g. ultrasound imaging), pulling or pushing the tissue with constant forces.

- Tasks unrelated to motion: require sensory input to be interpreted for detection of events. For example: puncture detection, contact detection, computation of distance traveled, control of tool forces.

These tasks can also be classified using the degree of freedom required to implement them ( single vs. multiple degree of freedom tasks) or the technology they relate to (manipulation, sensing, computation, planning, registration etc.).

Each selected task can be performed conventionally, cooperatively with the robot and ( where applicable ) by the robot alone. Cooperatively, several modes of augmentation are possible. The simplest of these modes is the robot acting as a compliant tool. Various complex augmentation schemes using task graphs and user selected parameters can also be used. If these augmentation schemes are considered as a single mode, then each experiment can be performed in the following modes:

- **Unassisted**: only the conventional techniques are used to perform the task.

- **Assisted**: the robot is used to assist the user, but only as a compliant tool holder, with no knowledge of the task.

52

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000311

- **Augmented**: a task graph is used to actively augments the user in performing the task, and where required the robot performs some parts autonomously at the users command.

- **Autonomous**: the robot performs the task without user input.

In all experiments, the users are allowed unlimited training time until they are comfortable with the experimental setup. Each user then performs the task several times. For both robotic and free hand experiments , a blind data collection system is used to evaluate the performance. However, in some cases visual observation by the user or an observer becomes necessary.

## 5.2   Performance Measures

The goal of these experiments is to analyze human performance for a range of common motions that form parts of surgical tasks. A measure of completion without error forms the main criterion for evaluating the performance. This could also be measured in terms of the number of tasks completed in the given time period.

A comparison of the number of errors to the number of attempts gives a measure of accuracy. Comparing the successful attempts to the number of total attempts gives a measure of effectiveness of the augmentation and the ease of use. Comparative performance for longer periods of time measures stress and user fatigue.

From a surgical perspective, other performance criteria should be measured. Tool positioning tasks have certain accuracy requirements. Performance in both absolute tool positioning and constrained tool motion are good measures of the performance of these tasks. These can be measured either in terms of the average error in positioning, or the largest error over a period of time for a positioning tasks. Similar measures of performance can be applied to path following and constrained motion tasks, along with a measure of difficulty of the constraints used.

Tasks that do not relate to motion can be measured in time. This includes comparison of the average time of detection. Minimum and maximum times of detection

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000312

gives bounds for such a task.

Many surgical tasks combine positioning, guidance, and parts that do not relate to motion. In these tasks, each portion can be compared individually along with measures of success and times of completion.

Subjective evaluations by the user provide indication on the acceptability of the system. Most performance studies include subjective evaluations for ease of use, comparison to clinical settings, amount of training required etc. In our experiments, each user also evaluates the experimental setup subjectively on ease of operation, seating comfort, and ease of viewing the target.

Individual experiments may allow other performance criteria.

## 5.3   Experimental Tasks

We have selected a range of common manipulation tasks below. The first example is a peg in hole task. It is used often, e.g. [Salcudean *et al.*, 1997], [Das *et al.*, 1999] to compare positioning performance. We have also used this task [Kumar *et al.*, 1999] in past experiments. It is also a good vehicle for explaining the experimental concepts. More complex tasks involving constrained positioning, virtual fixtures, and force scaling are examined in later sections to illustrate the board scope of application.

### 5.3.1   Peg in Hole tasks

In this experiment, we compared the accuracy and reliability of performing a highly precise positioning task. The goal was placement of a microsurgical probe into holes of various sizes under magnified vision. In surgery this task is similar to performing a precise biopsy or positioning a needle for suturing a small vessel.

54

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000313



Figure 5.1: The data surface for peg in hole experiments. The top error surface and the bottom success surface are separated by 50$\mu$m insulation, with the total depth of the hole being about 150 $\mu$m. A grid of holes with 2mm spacing is interleaved with a grid of 8mm spacing for 250$\mu$m, 200$\mu$m, 150$\mu$m hole sizes.

### Experimental apparatus

A 10-0 microsurgical suture needle held with the help of a needle holder was used as the probe and a datum surface provided the holes. The operating microscope used as a visual aid provided with up to 40 fold magnification. The datum surface consisted of a sandwich of two metallic sheets separated by an insulating surface. This sandwich contained grid patterns of holes of the same size placed 8 and 2mm apart in interleaved fashion. These were duplicated for the three different sizes of the holes (250$\mu$m, 200$\mu$m, 150$\mu$m). The thickness of the upper (error plate) was 100$\mu$m, and the insulating surface was 50$\mu$m thick. This made the holes 150$\mu$m deep (figure 5.1).

The lower surface was the success surface, and the upper the error surface. Both surfaces were connected to I/O lines as was the microsurgical needle. Any closure of circuit generated a success or error event which was accounted automatically.

### Augmentation Strategies

The peg in hole task is perhaps the most studied task in robotics. Several detailed analyses are available in the literature that guarantee successful insertion once the

55

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



Figure 5.2: A Peg in hole task graph. The user uses the base stages of the robot to roughly position the robot, then uses the rotational degrees of freedom to orient the probe before inserting in the hole. In this version of the task, the user signals the transition by using the foot pedal.

peg is partly in the hole. Most of these analyses deal with uncertainty in the position and size of the hole. Lozano-Pérez et al [Lozano-Pérez *et al.*, 1984] suggest a variety of strategies. These include chamfers, tilting the peg, a surface search by sliding the peg on the surface, or a biased search with a bias into the initial position.

These strategies assume contact with the surface is allowed at points other than the target hole. They also assume that the hole is located at an estimated or approximately known initial position. These assumptions do not hold for most surgical manipulation tasks. The user decides where he wants the tool to go during execution, and it is an error to make contact with the tissue at any other place. Further minimally invasive tasks constrain the tool to move while keeping the insertion point on the skin surface or port fixed.

Analysis of the peg in hole task suggests a simple heuristic strategy for augmentation. Let us first ignore the minimally invasive constraints. The users move the

56

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000315

| Hole size | Experiment Mode | | |
|---|---|---|---|
| | Unassisted | Assisted | Autonomous |
| 250 $\mu$ m | 48.8% | 77.8% | 98.4% |
| 200 $\mu$ m | 46.3% | 77.6% | 97.7% |
| 150 $\mu$ m | 43.0% | 79.0% | 96.5% |

Table 5.1: Augmented modes improve performance significantly for a precise positioning task.

probe close to the hole, once near they carefully align the probe above the hole before inserting it in the hole. This suggests a three action task. The first action (*position*) has little possibility of error, and users comfortably position the probe over the hole. The second action (*align*) requires they move at much slower velocities to align the probe with the hole and avoid errors. The third action (*insert*) is almost pure insertion with some adjustment to the alignment of the probe. This simple task graph appears in the figure 5.2.

The other strategies for a peg in hole task can be used if more information, e.g. the position or spacing of holes (desired distance between suture holes), is known. Further, guiding the user towards the hole would also be possible. Strategies relying on contact sensing are not appropriate here. A simple contact search strategy could be moving the probe towards the hole till it is in contact with the surface and then slide it in the hole. However, for a microsurgical task since making a contact with tissue in any place other than the target would be an error.

Minimally invasive constraints would require constraints on the RCM point to remain fixed at all points when the tool tip is below the RCM point (i.e. inside the body). This modified task graph is discussed along with experiments for vein cannulation in section 5.3.2.

57

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000316

| Hole size | Experiment Mode | | |
|---|---|---|---|
| | Unassisted | Assisted | Autonomous |
| 250 $\mu$ m | 65.0 | 29.6 | 5.0 |
| 200 $\mu$ m | 76.8 | 27.0 | 7.0 |
| 150 $\mu$ m | 66.8 | 25.0 | 11.0 |

Table 5.2: Average number of erroneous attempt for a peg in hole task over 10 minutes for six users. The assisted mode reduces the number of errors significantly, Autonomously, the robot makes very few errors. These errors may be due to errors in registration and fabrication of the data surface.

## Results

From the current data, the number of errors per successful try improve significantly with the robot. The total time for the task also decreases when the robot is used.

Data from six users appears in table 5.1. It compares the success rates (percent of success in total attempts) for the experiment. The average *unassisted* success percentages were 48.8, 46.3, and 43 percent for the three hole sizes (single factor ANOVA, p<0.0001). When *assisted* by the robot the success rate improved to 77.8, 77.6, and 79.0 percent successes. In this case, the size of holes did not significantly influence the performance. [1]

The number of attempts, and success percentage remained approximately constant for the augmented modes. Because of superior accuracy of the robot, the decreasing size of holes did not pose a significant problem.

The robot was registered to the data surface for the autonomous mode, and outperformed cooperative modes. Better performance however, is not unexpected. A precise robot is likely to outperform any cooperative mode, if the task is completely specified in the robot space.

---

[1]The same experiment with the LARS robot, a laparoscopic assistant, with positioning accuracy of about 0.1mm resulted in 56, 50.8, and 46 percent successes (Single factor ANOVA, p<0.02) and reduced the errors significantly (paired t-test, p<0.01). Size of holes did not significantly influence the result.

58

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



Figure 5.3: The GRIN lens endoscope (Insight IE 3000).

## 5.3.2   Constrained Motion Tasks

In several surgical tasks, especially those involving a port access, motion constraints are automatically imposed by the anatomy. Laparascopy, and endoscopy are two easy examples. Laparascope's and endoscopes only visualize a small part of the area of interest at any time, and need to be moved to view the entire region of interest. This task becomes harder when good images can only be obtained by locating the imaging device at a small distance from the anatomy.

### Application: Retinal Image Mosaicing

Diagnostic retinal imaging presents a very good application of our system. Retinal fundus images are a common mode of diagnostic imaging for the eye. Endoscopic imaging using small probes (e.g. GRIN lens endoscope, Insight Instruments Inc. , figure 5.3) can be used to provide higher resolution imaging of small regions of interest. However, these probes only image a very small region (few $mm^2$) and need to be held at similarly small distance from the retina. Creating a compound image of the anatomy without robotic assistance is nearly impossible. Using robotic augmentation, this is a constrained guidance task. Further, irregular regions of interest can be selected.

59

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000318



Figure 5.4: The GRIN lens endoscope (Insight IE 3000) experimental Setup for mosaicing experiments. The force sensor and ergonomic handle used for manipulating the robot are mounted at an offset and appear at the top.

60

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000319



Figure 5.5: Augmentation strategies for creating retinal mosaics. A spiral movement centers the collected images about the region of interest, whereas a grid pattern may be more suitable if a long and thin region, such as a single vessel is to be imaged. The task graph allows the user to interactively move the robot to the next image position.

### Experimental Apparatus

For this experiment, the GRIN lens endoscope (figure 5.3 Insight IE 3000, Insight Instruments Inc.) was mounted on the insertion stage of the steady hand robot. The ergonomic handle used for sensing the manipulation forces was mounted at an offset using an adapter. This configuration can also be used to mount endoscopes of a larger size for neurosurgical tasks.

A porcine eye was positioned naturally in a phantom head, and a port was created in the eye for positioning the endoscope such that the RCM point was at the port. In some cases, the eye's lens was removed to expose the retina and provide better access. The experimental setup appears in figure 5.4.

### Augmentation Strategies

The goal of the task is to completely image the selected portion of the retina in an efficient way. If the region of interest is a block region (figure 5.5), a simple strategy could be a spiral movement starting with the center of the region of interest. On the other hand, if we consider imaging along a retinal vessel only, then moving in a grid fashion to capture long strips is a possibility. In either case, the user selects

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000320



Figure 5.6: A collection of 5 GRIN endoscope porcine retina images (top) taken in a series and the composite image(bottom).

the amount of motion between the consecutive images to ensure properly overlapping images.

A task graph for the mosaicing task appears in figure 5.7. The scope is first positioned in the eye and one of the above augmentation strategies is activated. The user then moves the robot to the next step, images the region and repeats the process until the entire region is imaged. The scope is then retracted to finish the task.

The user navigates the spiral or grid, using the ergonomic handle by applying forces on it. The action *increment* implements the following algorithm;

```
if(force-applied)
      while(position < next_step)ComplyToUserForce;
      next_step = next_step + increment;
```

The increment vector is set to the width of the image at either end of the grid for one image, and changes sign at either end of the grid. For a spiral, it alternates between the width and height for an equal incrementing number of images.

62

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000321



Figure 5.7: Task graph for creating retinal mosaics. The action *increment* implements one of the augmentation strategies discussed above. The user begins by positioning the endoscope in the region of interest and then moves the robot and signals for image capture until the region of interest is imaged.

## Results

The images and the robot position at which they are taken are then used to construct the composite image. Because of the accuracy of the robot, even a simple reconstruction procedure provides good high resolution montages. An example of a line of 5 images and the corresponding composite image appear in figure 5.6. A larger grid of images and the composite image appear in figure 5.8. In these case, the eye lens was removed and translation stages were used for motion.

## Application: Retinal Vessel tracking

If an endoscopic instrument is used to locate a blood clot in retinal vessel or otherwise diagnose the state of blood vessels on the retina, the user needs to move along the blood vessel. The blood vessel can be modeled as a simple curve and this is also a constrained motion task. Retinal vessels can be tracked in the images produced by the endoscope to restrict the motion along the vessel.

## Experimental Apparatus

In an initial experiment for tracking simple curves and lines, a neuroendoscope was used with the steady hand robot, and the ergonomic handle was attached at an

63

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000322



Figure 5.8: A larger collection of porcine retina images, and the corresponding composite image. These images were taken using a gird of overlapping images.

64

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000323



Figure 5.9: A simple experiment setup for tracking lines and curves. A neuroendoscope is used with the steady hand robot to capture images, and the force handle is mounted at an offset.



Figure 5.10: The GRIN lens endoscope used for vessel tracking. The porcine eye is mounted in a foam face phantom with its lens is removed for better access. The robot is then guided to position the endoscope appropriately.

65

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000324



Figure 5.11: A projection of the user forces on the normal to the curve is added to the scaled normal distance of the curve to guide the user along the curve. The robot moves to center the curve in the image and constrains the user to move only along the vessel.

offset for capturing user forces (figure 5.9).

The second experimental setup was the same as the mosaicing experiment. The images from the GRIN lens are used to track the position and orientation of the blood vessel, the robot then restricts the motion to position the vessel in the center of the screen. The user selects a blood vessel and then starts tracking by pressing the foot pedal. The user is then restricted to move only along the blood vessel.

## Augmentation Strategies

Consider the vessel to be modeled as a straight line. If the user is constrained to move only up and down the line. The direction of motion ($v$) is the sum of the normalized tangent vector ($\vec{t}$) to the line, and scaled normal distance ($k \cdot \vec{e}$) of the line to the center of image (figure 5.11). By moving in this direction ($\vec{v} = \vec{t} + k \cdot \vec{e}$) the user centers the line in the image, and then moves along it.

If the update rates from the image processing are slow, instability is possible. However for a range of velocities, and $k$ stable tracking can be achieved.

The task then can be broken down into the following actions. The user positions

66

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000325

| Robot Joints Used | Experiment Mode | | |
|---|---|---|---|
| | Assisted | Augmented | Autonomous |
| Translation | 1.1mm, 1.6mm | 0.95mm,1.75mm | 0.03mm,0.22mm |
| Orientation | 0.61mm,1.04mm | 0.37, 1.12mm | 0.26mm, 0.47mm |

Table 5.3: Average, maximum errors for tracking a line. Automatic tracking of a line results in very small errors. Augmentation with the scheme in figure 5.11 also results in smaller errors than a compliant motion mode, but does not compare with automatic tracking if the user is still allowed to deviate from the curve. Augmented performance compares with automated execution if the user is not allowed to deviate from the curve.

the endoscope to a port in the porcine eye (*position*), and then orients it to be able to insert it through the port (*orient*). He then inserts the endoscope to the appropriate distance above retina and moves it so that the target vessel is in view (*adjust*). Once the vessel is in view, the direction of motion and down the vessel is preferred (*constraint*) using the technique in figure 5.11. This task graph is similar to the task graph to the task graph for creating mosaics in figure 5.7.

## Results

For the experiment in figure ??, lines and curves drawn on paper were tracked. Since there is no minimally invasive constraint, both translation and rotation joints can be used. Starting with the line centered in the display, results from tracking a 1mm wide line by looking at the video display and moving along it appear in table 5.3. Two modes of the robot were used separately, the base translation joints (*translation*) and the upper rotation and end-effector joints (*rotation*). Again, the robot outperforms other modes automatically. Augmented mode, where the robot assists the user by applying directional gains in figure 5.11, but with a large $k$ still allowing the users to deviate from the line has smaller average errors than a compliant motion *assisted* mode.

Augmented strategies achieve acceptable results for lines and simple curves. The

67

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

robot *autonomously* is able to perform better tracking than other modes. It is more difficult to for users to traverse these curves using simple compliant motion and larger maximum errors are noticed. Augmented versions reduces the error.

Virtual fixtures are an attractive means of guiding a user using planning information, and information extracted from the sensors. Bettini et al [Bettini *et al.*, 2001] have further investigated using virtual fixtures with the steady hand approach. They track lines and simple known curves drawn on a paper, with a camera mounted in a similar configuration. Their work extends this work and provide other approaches for constrained direct manipulation.

### 5.3.3   Dexterous manipulation tasks

The above examples form portions of many complex tasks. A combination of the above strategies yields a strategy for performing a constrained precise positioning task such as puncturing a blood vessel in the eye (retinal vein cannulation).

**Retinal vein cannulation**

A retinal vein occlusion [Kohner *et al.*, (1983] is essentially a blockage of the portion of the circulation that drains the retina of blood. With blockage of any vein, there is back-up pressure in the capillaries, which leads to hemorrhages and also to leakage of fluid and other constituents of blood. The diagnosis of a retinal branch vein occlusion poses little difficulty to an ophthalmologist who will detect dilated blood vessels, hemorrhages, and swelling (edema). It appears that the more complete the blockage, the more intense the hemorrhages and the edema.

There is no known medical treatment for retinal vein occlusion. Anti-coagulants such as heparin, coumadin and aspirin have not been shown to be of value in preventing branch vein occlusion or managing its complications. Because anti-coagulants may be associated with systemic complications, they are prescribed only in specific clinical circumstances, for example for patients with known clotting abnormalities.

Local application of anti-coagulants has been investigated as a treatment. But

68

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000327



Figure 5.12: A constrained peg-in-hole task simulating vein cannulation in the eye. A ball is sliced to simulate the constraints in eye surgery, and a data surface is used to measure human ability to place a tool accurately in the simulated eye.

due to the small size of the retinal vessels, it has not been feasible to deliver anti-coagulants to the blocked vessels. It may be possible to use the steady hand robot to make local delivery of anti-coagulants possible.

### Experimental Setup

A setup for comparative performance experiments appears in figure 5.12. To construct the target a ball was sliced and ports constructed to reflect distances similar to the eye. This ball was attached to a data surface containing 100 micrometer holes separated by 2mm. An ergonomic tool handle was mounted with a 1 mm shaft and 50 micrometer tip wire for the tool. The goal of the experiment is to touch the bottom of the hole inside the "eye" without touching the sides. Automatic electrical contact sensing is employed to detect contact between the bottom of the holes *(success)* or the sides of the hole or elsewhere on the surface of the data surface *(error)*.

69

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000328



Figure 5.13: Task graph for retinal vein cannulation.

70

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000329



Figure 5.14: Gain profile for augmented constrained peg-in-hole experiments. If the distance to target is known then the gains for force control can be modified so as to assist the user in moving to the target. The user finds the robot stiffer as he approaches the target. Since the task requires higher accuracy at the target, this strategy is more suitable than one that allows higher gains at the target, and lower as he moves away.

## Augmentation Strategies

This is a constrained tool placement task that presents many of the fine manipulation difficulties encountered in eye surgery. It is also a modified (or minimally invasive) version of the peg-in-hole task. This task is also similar to several common invasive tasks. The task of placing a tool through a port (small incision or hole) at a surgical site is one of the most common tasks in laparoscopy. The task is composed of the following steps,

- positioning the tool at the port;

- re-orienting it such that it can be inserted;

- insertion of the tool;

- adjusting the orientation of the tool towards the placement site while viewing through the microscope;

- approaching the site;

71

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000330

- achieving contact;

- puncture;

- hold to deliver therapy, and

- retract the tool outside the eye.

This task has both coarse external manipulation (positioning and orientation leading to the port) and fine manipulation inside the organ. Further if the port is taught to the robot, a tracking scheme can be used to assist the user to guide the robot to the port. The gains for each action can be modified as a function of distance to the target for that action (figure 5.14). The target for coarse manipulation actions is the center of port on the ball, and for fine manipulation a selected hole. The port and target locations are taught to the robot by hand guiding it to both locations.

If the tool were instead used through the working channel of an endoscope, then the vessel could be identified, and augmentation can be used to help the user along the vessel.

A task graph for the task appears in figure 5.13.

## Results

From the current data (figure 5.17), the success rates for this experiment (number of errors per successful try) improve significantly with the robot, and augmentation adds to the improvement. The total time for the task also decreases when the robot is used. Data from three users appears as a graph below. User 1 had the maximum training time and experience with the system, and user 2 and 3 are familiar with the system. Training time clearly affects the performance, and further experimentation is needed for analysis and evaluation. These experiments are scheduled.

For feasibility studies, a porcine eye is mounted naturally in a foam face phantom and a MEMS needle (XACTIX Inc.)[2] is mounted on a 2mm shaft to be used as the

---

[2]XACTIX Inc. generously donated a set of microneedles to prototype this experiment, the author thanks them for the help.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000331



Figure 5.15: Feasibility experiment for retinal vein cannulation. A porcine eye is setup in a foam face. A microneedle is mounted on the ergonomic handle. The GRIN endoscope is used for visual verification. The microscope used by the user is visible at the top of the image.

73

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000332



Figure 5.16: A sharp microsurgical probe puncturing a retinal vessel experiences small axial forces. A distinctive peak was visible in our experiments but frictional forces on the needle were negligible.

probe (figure 5.15). The MEMS needle approximates, a micro-pipette used clinically to deliver anti-coagulants. Although the needle can not deliver therapy, it still allows evaluation of the augmentation strategies. The lens of the porcine eye is remove to improve access to the retina. The GRIN endoscope is positioned to image the target blood vessel. The goal of this experiment is to position the micro-needle in a retinal blood vessel.

## Vessel Puncture

The forces experienced by a needle as it punctures a hollow plastic tube approximate forces similar to the soft tissue punctures [Bzostek et al., 2000] because of the relatively high tensile strength of the plastic material. Porcine eye vessels (figure 5.18) on the other hand only show a single peak corresponding to the puncture and no hold or friction forces. This is likely due to the thin vessel wall, thin and sharp microneedle, and the hollow region beneath the vessel wall.

The single peak, in 10s mN is sufficient to detect puncture automatically by tracking the monotonous increase in force after the contact and waiting for the sharp drop

74

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000333



Figure 5.17: Initial results for constrained peg-in-hole task. The number of errors as well as total time decreases with the robot.

in the contact forces. This simple strategy works well in practice for automatic punctures.

The task graph in figure 5.13 was also used on a small hollow plastic tubing, essentially to verify contact, and puncture routines. These routines perform satisfactorily, and figure 5.18(left) shows the micro-needle positioned in the plastic tube. However, in vitro experiments with porcine retina proved harder. A typical targeted retinal vessel is 100s $\mu m$, and the lack of blood flow in the porcine eyes reduces the inner diameter to very small values. Further, it also reduces any resistance the passing blood would have provided to the needle. As a result, this first experiment only saw intermittent success in puncturing the outer vessel wall only, and not puncturing the retina. One of the reasons failure was the near vertical approach in these experiments. Surgeons use close to tangential approaches when inserting probes in blood vessels. Similarly, when the approach path of the robot is near tangential or at a small angle, higher success rates are observed. However, the lack of blood flow and partial collapse of the blood vessels remains a problem. These problems can be resolved if an animal model is used instead.

75

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000334



Figure 5.18: Robotic puncture of a plastic tube and retinal vessels. The plastic tube applies sufficient forces on the needle to approximate a force profile very similar to soft tissue organ punctures, where as retinal vessels exhibit only a single peak (figure 5.16).

Several additions can be made to the initial task graph, to improve it. The first improvement is an augmentation of the task graph to enable tracking blood vessels. The second is a change in the experimental setup that improves the success rate.

If the microneedle to be used was inserted through the visual channel of a visualization device (such as the GRIN endoscope), the additional augmentation can be added. Since blood vessels are simple curves, we can use tracking heuristics similar to section 5.3.2 to allow the user to move along a blood vessel once he has identified it. This augmentation appears in figure 5.19. The user is allowed to move between a tracking state, and exiting orientation and insertion states. In the tracking state, the user can both orient, and insert while the robot applies constraints to restrict the motion to only along the vessel. In either state, if the contact is detected motion is stopped to wait for user signal to puncture. This addition allows the user to select a vessel, and move along it. The user is still free to exit the tracking states, and go back to the previous graph if he wishes to select another blood vessel, or is unsatisfied with the tracking performance.

76

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000335



Figure 5.19: Adding a tracking state to the cannulation task graph. The remaining graph is same as figure 5.13. The user can activate a tracking strategy by going to the *track* state, or choose to perform the procedure as before.

## 5.4   More tasks

In ear surgery, the task of performing a fenestration in the stapes bone to place a piston like implant [Berkelman *et al.*, 2001] is an example. In spine surgery, drilling a hole in a lumbar vertebrae for pedicle screw placement is another example. Since the vertebrae can be registered accurately unlike the soft tissue, the location and the orientation of holes can be planned as well. There are scores of other single instrument surgical tasks that can be modeled similarly.

77

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000336

# Chapter 6

# Conclusions and Discussion

This dissertation explored task-level augmentation using a cooperative manipulation paradigm. An approach for augmenting cooperative tasks by using a graph based representation of the task was presented. The task graphs constructed using this approach were analyzed as discrete event systems. We used common surgical tasks to illustrate the large set of applications that can benefit from such simple augmentation. The tasks chosen themselves also extend what is currently possible. This work had the following goals:

1. *Create robust primitives for common motions and ways to compose them.*

    A large set of robust primitives for cooperative manipulation were created. These included primitives for compliant motion and force scaling. Sensory primitives for simple actions (e.g. contact, puncture) were also developed. A wide array of sensors including foot pedals, buttons, force sensors, vision sensors, and analog and digital inputs was used for sensory primitives. The information from the sensors could be resolved in relation with the robot. It could also be filtered, biased and scaled automatically. This sensor information was also used to construct virtual fixtures, safety primitives, as well as manipulation primitives. This library of primitives was then used to create a specification language. Sensors were integrated as tracked objects in the specification language. This simple specification language allowed composition of these primitives to create

78

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000337

executable representation of simple cooperative manipulation tasks.

2. *Implement augmentation strategies on these primitives.*

   Several common manipulation tasks were studied and augmentation strategies for these tasks were identified. These strategies were used to construct task graphs, and the equivalent programs were implemented in the specification language.

3. *Integrate explicit representations of non-sensory information.*

   Manipulation requirements of each task were identified and used in the implementation of the task graphs for the task. Virtual fixtures for guidance, and workspace limits were also explored.

4. *Evaluate human performance with and without augmentation for implemented tasks.*

   For some of the selected tasks, experiments were performed to evaluate human performance with varying degree of augmentation. Four modes for the experiments: *unassisted, assisted, augmented*, and *automated* were identified. The tasks were executed in these modes to compare human performance. The experiments show improved performance in both simple and dexterous tasks with augmentation.

## 6.1   Augmented Steady Hand Manipulation

Steady hand manipulation approach provides a safe, intuitive means of augmenting the manipulation capabilities of a surgeon. It is safe, as the surgeon has direct control of the manipulator, and so of their accustomed surgical tools. It is intuitive, as the surgeon not only directly manipulates those tools, but also receives direct force-feedback from the manipulator, thus restoring the tactile sense of manipulation much as one would during a larger-scale surgical intervention. Other benefits gained from the steady hand approach include its simplicity, straightforward integration into existing application environment and greater immediacy for the human operator.

79

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000338

## 6.2   Task Modeling and Analysis

There are a large set of simple surgical tasks, for which task models can be constructed easily. We have constructed task models for tasks in eye surgery. These tasks are simple extensions of currently used surgical tasks and practice. Similar tasks exist in other surgical areas. Pedicle screw placement in spine surgery, and drilling of the stapes bone in ENT surgery can be cited as examples.

Analysis of these task graphs using techniques in discrete event system is useful in determining unsafe conditions like deadlock and livelock. Further, work on supervisory control of these systems can be applied for control policies on these graphs as well. We discuss these extensions in more details in the next section.

## 6.3   Specification language and execution environment

We implemented a simple specification language that allowed us to specify and execute these task graphs. Basic linear algebra and other requirements of a high level robot programming language such as affixment were implemented. Other techniques specific to task graph analysis were also implemented.

Our approach provides several benefits apart from the inherent benefits of cooperative manipulation. It affords the benefits of high-level programming, including easy definition of a task strategy, improved and customized user interfaces, use of same strategy for different tasks, etc.

## 6.4   Experiments

A large mosaic created using a minimally invasive procedure appears in figure 6.1. The endoscope was inserted into a porcine eye with the RCM point at the port constructed in the eye, very similar to the current manual usage of the endoscope.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000339



Figure 6.1: A collection GRIN endoscope porcine retina composite image. The endoscope was inserted through a port with the remote center of motion constraint and the rotational and end-effector stages were used to manipulate the robot.

The rotation and insertion joints alone were then used to construct the mosaic. A procedure similar to this could be very useful in diagnostic imaging.

Our *in-vitro* experiments are very close to current surgical practice. The tools used in these experiments, are either used clinically such as the endoscope and the foot pedal, or simulate the surgical instruments closely. Therefore, extension of these experiments to *in-vivo* environment, and eventually clinical use should be easy.

81

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000340

# Chapter 7

# Extensions And Scope For Work

In this chapter we describe limitations and possible extensions of this work. Additions and modifications to this work could make it more practical and useful. Areas for these extensions include the modeling and analysis of surgical tasks, adding automated task state segmentation, and more experimental tasks.

### Task Modeling and Analysis

For any task graph, the set of events $\Sigma$ can be partitioned into two parts: $\Sigma_c$ the set of controllable events and $\Sigma_u$, the set of uncontrollable events. The uncontrollable events represents failure and other unpredictable/unmodeled events that a controller may not be able to prevent. We can then consider supervisory control policies, that can activate and deactivate some of the controllable events.



Figure 7.1: A Closed loop supervisory system

82

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000341

A supervisory policy and the associated state graph form a feedback control system. This closed loop supervisory system appears in figure 7.1. For every event produced by the state machine $G$ ($s \in L(G)$) the supervisory control policy $S$ has a set of enabled events ($S(s) \cap \Sigma_G(f(x_0, s))$) that $G$ is allowed to execute from the current state $f(x_0, s)$. So, the supervisor may disable some of the events of $G$.

For complex graphs, investigation of supervisory policies that keep the desired safety properties and analysis of the properties of the closed loop systems formed by them would be useful extensions of this work.

### Hidden Markov Modeling and Task Segmentation

Hidden Markov Models (HMM) and associated search algorithms can be used to integrate probabilistic determination of users intentions from the sensor input. Hannaford et al [Hannaford & Lee, 1991] among others have used HMMs extensively to model and analyze teleoperated tasks. For our purposes, a HMM is a finite state machine augmented with probability distributions for making transitions and observing state. The HMM could be initialized with the task graph. The probability distributions are initialized, with nominal values by observing the task. A set of trials are then performed for training the HMM. This trained HMM is then used for experimental purposes. This is a simple extension of our work. Pook [Pook, 1995] performed similar work for using a simple sign language to control a manipulator, and reports successful segmentation of user input.

### Execution Environment

A simple interpreted execution environment was built for the purposes of our experiments. The data collected is processed offline, and is not used by the next execution of the same task graph. User profiles for task parameters is another useful feature currently not implemented. The execution environment can be extended to include support for process learning. It also needs better visualization of the data collected.

83

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000342

### More Tasks

There is a wide range of applications for simple augmentation. We explored some applications in eye surgery. Similar applications in other surgical areas are also possible.

### Stapedotomy

One avenue for application is ENT surgery. Excess bone tissue growth (Ostosclerosis) can cause the stapes bone in the ear to become attached to the surrounding bone of the middle ear. This restricts the movement of the stapes which impedes sound transmission causing deafness. Hearing can be restored using a procedure involving bypassing the stapes with a piston connected to the incus, and passing through a hole in the stapes. The procedure for drilling the hole is called stapedotomy. Since the thickness of the stapes varies, detecting the breakthrough is crucial in drilling or punching the right size hole.

Surgically augmenting this task involves constraining the motion of the robot appropriately to the location of the stapes, detecting contact, and punching or drilling until a breakthrough is detected. This is very similar to the vein cannulation task, the task graphs for this task will be very similar to vein cannulation.

An automatic system for stapedotomoy was reported by Brett [Brett et al., 1995, Baker et al., 1996]. Force profiles reported by Brett suggest the robust detection of breakthrough is possible. Rothbaum et al [Berkelman et al., 2001] are independently exploring stapedotomy with the steady hand robot. Task level augmentation would likely increase transparency, safety, and improve performance.

### Spinal surgery and pedicle screw placement

Spine surgery presents another application. Pedicle screws are a common means of addressing fractures and loss of strength in the spine. The incorrect placement of pedicle screws can cause damage to the pedicle wall as well as adjacent nerve roots. Several systems have been designed for monitoring the tools during pedicle screw

84

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000343

placement. There are no robotic systems for performing pedicle screw placement, although this is a topic of current research. Pedicle screw placement is a constrained motion task, involving registration of the robot to the patient, and constraining the robot to move along the axis of the hole to the specified depth. A task graph for this task would involve locating the robot at the position of the hole, and transitioning to a drilling action, that monitors the forces sensed, as well as verifies the hole using fluoroscopic imaging.

## Other needle insertion tasks

Needle insertion tasks provide other opportunities. Prostate cancer treatment may involve delivering radiotherapy to selected portions of the prostate. Fine needle aspiration biopsy is often used to detect tuberculosis in the lungs. Jugular vein cannulation is commonly used to monitor blood flow. These, and other needle positioning tasks are also similar to the vein cannulation task, and could benefit from simple task augmentation.

85

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000344

# Appendix A

# A specification language

For describing simple manipulation tasks of interest using this paradigm a simple specification language was needed. Unlike a conventional programming language, most programs in this specification will construct and execute graphs on available or composed routines, instead of performing sequential computation.

A program consists of forward declaration of states of the graph (actions) and transitions (events), a task initialization section, definitions of the actions and events for each state(event map), and finally the events themselves.

```
action action1,action2;              # forward declarations
event event0, event1, event2 ;
# task global initialization section
task a_task{    ...        }
# global event map - transitions active from all states
events {     ...       }
# task-state (action) definitions
action action1{    ...       }
# event map for this state
events {    ...       }
# definition of the transitions
event event-name {     ...      }
```

86

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000345

```
int i; double j;

frame f; rotation r;

vector v, v1;

i = 1; j = 2.5;

f = frame(45,0,0,0,1,2,3);

r = rotation(0, 45, 0, 0);

v = vector(1,1,1);

v1 = (!f)*v;

v1 = r*v1;

j = j*i;
```

Figure A.1: Possible declaration and usage of basic types. Cartesian frame f is constructed with a rotation of 45 degrees about x axis, and 0 degrees about y, and z, using a rotation order of X,Y,Z, and a vector (1,2,3). Rotation r is constructed to be a 45 degrees rotation about y axis. vector v1 gets the vector v transformed by the inverse of the frame f and is then rotated by rotation r.

## A.1   Basic Data Types

The basic types needed include integers, double precision floating point numbers, and booleans. More important to manipulation and sensing programming are 2 and 3 dimensional vectors. Rotations and Cartesian frames are also essential basic types. Fixed length arrays are also supported.

The default origin for the frames is the fixed frame for the robot, and the rotation axes align with this coordinate frame as well. Mathematical operations on the basic types are defined. And most common algebraic and linear algebra operators are supported. Most commonly used mathematical and trigonometric functions are also supported.

87

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000346

## A.2   Language Constructs

A variety of control structures are supported as statements. They include conditional and iterative execution constructs essential for any specification and constructs specific to building a task graph around the defined composite entities.

Variables form an essential part of any language. The basic types of the language were describe in the previous section and some examples present in figure A.1. The syntax of a variable declaration is:

        typename var1 [,var2,..];

A variable can be initialized with a nominal value, expressions on the values of existing variables or values from the sensors. Nominal values, and expressions on other variables are assigned using the syntax:

        varname = expression;

where as sensor values are acquired using:

        acquire var;

Variables can also be read or written to the user interface. This input/output is performed by the syntax:

        read var, [var1,..];

        print var, [var1,..];

For accounting purposes, any variable, or expressions on variables can be monitored during the execution of a task. The syntax for recording a variable in the log files is:

        log var, [var1,..];


### Affixment

Often several variables track the value of a single sensor, or are defined with relation to each other. Affixment allows the value of a variable to be updated together with the value of the variable it is affixed to. The syntax for affixment is:

        fix var1, expr; ;

        Unfix var1, [var2..];

88

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000347

Affixed frames often track a single object. For example, for monitoring an offset frame from the tool, a frame variable can be affixed to the composition of the constant offset frame, and the tool frame. Any tool motion, results in the tool frame and consequently the affixed frame being updated automatically.

## Conditional Execution Statements

The `if-statement` tests an expression and executes the `if` statement-list if the test is true, and the `else` statement-list otherwise. Chained `else-if` statements are also supported. The syntax is:

```
if (expression) statement-list
[else if (expression) statement-list]
[else statement-list];
```

Loop statements allow repeated execution of statement lists. The `for`, `while`, and `-while` constructs are supported. The syntax is:

```
for (assignment; expression; assignment)
     statement-list;
while(expression)
     statement-list;
do
     statement-list;
while (expression);
```

## task graph construction

The construction of a task graph requires specification of its states (actions) and transitions (event maps), tests for the transitions (events), and initialization section for the task. The states and transitions of a task graphs are declared as forward

89

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

declarations. The syntax is:

```
action action-name, [action-name2,..];
event event-name, [event-name2,..];
```

To construct transitions, every action is provided with a list of events in its event map. The syntax for adding an event to the event map is:

```
On event-name action-name ;
```

Events return a value to invoke transitions. The return value is specified as:

```
return var;
```

### Statement Lists

A statement-list consists of a list of statements enclosed in ({,}) parentheses. statement lists are used to create actions, events, event maps, and task initialization sections.

### Composite Entities and Program Structure

The task initialization section describes the processing required before any manipulation can be performed. This includes setting up the workspace configuration and loading the required control parameters.

An action is a set of manipulation and sensing functions performing a part of the surgical task. An event evaluates expressions on sensed values to determine to control transition between actions.

An event map consists of on-statements on defined actions and events that constructs the possible transitions for an action.

All composite structures are specified as statement lists.

## A.3   System Variables

The experimental system consists of the steady hand robot and additional sensors. A high resolution 3DOF tool tip force sensor is mounted before the tool mount. A

90

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000349

foot switch with 4 buttons and a 2DOF analog pedal joystick is available. 4 digital inputs and 4 digital outputs can be connected anywhere in the system. In addition, a line and a blob tracker are built into the system, if a calibrated camera is looking on configured objects, the position, size, and motion of 2 blobs, and a line can be monitored. All of these sensors are tracked as system variables.

## A.4   Motion Routines

Cartesian level motions are issued by selecting a reference frame and providing a target frame to move. A move to a frame F is specified as follows:

```
targetframe= F;
MoveToFrame;
```

Utility cartesian level routines such as MoveBaseToFrame, MoveArmToFrame etc are also provided.

Joint level motions commands can be issued to move a set of joints to a particular position. A default list of joints contains all the joints of the robot. This can be reset to the required joints. Default lists for joint velocities and accelerations are also maintained and can be reset to required values. A simple motion for the first 5 joints to positions [p0..p5] could be specified as:

```
njoints=5;
jpos[0]=p1; ... jpos[5]=p5;
PosMove;
```

Displacement motions can be specified by replacing (PosMove), with displacement (PosDMove) and velocity moves by specifying the velocities in jvel and using (VelMove). Accelerations are specified in jaccel. Since the robot is the only active device in the system all motion routines relate to the robot.

Values of all sensors are tracked as system variables. Routines are provided to resolve, bias, and limit these values.

91

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000350



Figure A.2: The task program is preprocessed, and parsed to construct a parse tree. The interpreter uses the parse tree, and executes the task graph by calling appropriate robot and device control commands.

## A.5   Run-Time Environment

A sketch of the run time system appears in figure A.2. The source task program is given to a preprocessor that checks the program structure and strips the source of comments. This reduced source is then parsed to construct a parse tree. The parse tree is The interpreter uses the parse tree, and executes the task graph by calling appropriate robot and device control commands.



Figure A.3: Execution flow for the interpreter after initialization.

92

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000351

**The Interpreter**

An interpreter is used to execute these programs. A graphic user interface is provided to interact with the interpreter. An expression parser and evaluator is built into the debug system. Any sensing and manipulation routine can also be invoked in the interface. The main execution loop appears in figure A.3. A user interface thread is used to load programs and parse them. The initialization section (body of the task section) is then executed and control passed on to the first action.

93

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000352

# Appendix B

# Implementation of Task Graphs

This section details implementation of the task graphs used in the experiments section. This includes data collection for unassisted tasks, the peg in hole tasks, mosaicing tasks, and retinal vein cannulation tasks in chapter 5.

### Recording unassisted performance

For the peg in hole experiments, and constrained peg in hole experiments simulating vein cannulation the unassisted mode experiments employed electric contact to detect a success or error. Each contact was counted once (so sliding along a surface was only counted once, but users were advised not to use strategies that included sliding). The system has four digital inputs inp1 through inp4 and four digital outputs outp1 to outp4. For these experiments, the tool was connected to the first digital output, and the success and errors surfaces to the first two digital inputs. This simple task can be implemented with a single action that counts the successes and errors.

```
#--------------implementation of accounting task-----
action count;      #the only action
event event1;       # and an event allowing the user to quit
task account{        # task initialization section
    int success, error;
    bool intouch, intouch1;
```

94

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000353

```
        intouch=false;
        intouch1=false;
        success = 0;
        error = 0;
        outp1=true;
}
```

The variables success, error keep count of the numbers, where as intouch, intouch1 keep contact state. outp1, the first digital output line is attached to the tool, is set high during the initialization.

```
action count{
    if(inp2 && (!intouch1))
        { error = error + 1 ; intouch1=true;}
    else if(!inp2 ){intouch1=false;}
    if ( inp1 && (!intouch ) && (!inp2))
        { success = success + 1; intouch=true; }
    else if (!inp1){ intouch = false; }
    log time, success, error;
}
events { on event1 done;}
event event1{ return button1; }
```

The single action count checks the second digital input inp2, which is tied to the error surface and increments the number of errors if this is the first time an error has been noticed. Next, it checks the second digital input inp2, if this is the first time a contact has been noticed and there is no error contact, the number of successes is incremented.

95

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000354

**Peg in hole experiments**

The task graph used by assisted and augmented versions of the peg in hole experiments (figure 5.2) has robot modes very similar to the basic task graph in chapter 4 (figure 4.2). However, during different modes of the experiments the compliance gains for the robot are changed suitably.

The task has four actions. The actions position and orient are similar to actions translate and orient of the basic task graph. Insert and retract use gains that favor motion in the insertion direction. The task initialization section for the task is:

```
#-----------peg in hole task--------------------
action position, orient, insert, retract;  #forward declarations
event event1,event2,event3;


task peginhole{# task init.  section
    flower=vector(-500,-500,-500);  # limits on the user forces
    fupper=vector(500,500,500);
    fconv=vector(2,2,2);            # scale user forces
    BiasUserForces;                 #compute bias forces:hands off
    Enable;                         #accept motion commands
}
```

Event1 monitors button1, event2 monitors button2, and event3 monitors button4 on the footpedal. The vector fconv is used to scale the user forces before they are used by the compliance routines. The scaling factor fconv is set to vector(2,2,5) for insertion and retraction to favor the direction of insertion. The action implementations are:

96

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000355

```
action position{                    action insert{
    fconv=vector(2,2,2);                fconv=vector(2,2,5);
    ComplyBaseJoints;                   ComplyBaseJoints;
}                                   }
events {                            events {
    on event1 orient;                   on event2 orient;
    on event2 insert;                   on event1 retract;
}                                   }


action orient{                      action retract{
    fconv=vector(2,2,2);                fconv=vector(2,2,5);
    ComplyArmJoints;                    ComplyBaseJoints;
}                                   }
events {                            events {
    on event2 position;                 on event1 position;
    on event1 insert;                   on event2 insert;
}                                       on event3 done;
                                    }
```

## Creating retinal mosaics

The task graph for creating retinal mosaics (figure 5.7) has actions for positioning the endoscope where the images are to be taken, for taking images and moving the robot to the next position and finally retraction of the endoscope. The task initialization section is similar to the one above. The positioning and retraction actions are also similar. The actions increment and image implement a strategy for spiral or grid motion of the robot. For example, the strategy to image a grid region is implemented by the following code:

```
action increment{
    position=curframe;      #get the current position
```

97

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000356

```
        incremented=false;    #moved after next_step update
        # user can only move along x axis
        if((moveright (position<next_step))    #moving right
            ((!moveright)(position>next_step)))    # or moving left
                ComplyBaseJoints;
    }
action image{
    if(!incremented){  #if motion since last update
        if(moveright){   #if moving right
            fconv=vector(2,0,0);    #allow motion only along x axis
            next_step=next_step+vector(increment,0,0);
        }
        else{
            fconv=vector(2,0,0);
            next_step=next_step-vector(increment,0,0);    #moving left
        }
        if( moveright  (next_step[0]>size[0])){#moving right
            moveright=false; #move left after this
            next_step=next_step+vector(0,increment,0); #move down once
            fconv=vector(0,2,0); #allow only up/down motion
        }
        if((!moveright)  (next_step[0]<start[0])){#moving left
            moveright=true; #move left after this
            next_step=next_step+vector(0,increment,0); #move down
            fconv=vector(0,2,0); #allow only up/down motion
        }
    }
}
```

The action increment allows the user to move the robot to the next position, and

98

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

RK-IEEE000357

stops when the position is reached. The user then presses the foot pedal button to invoke the image action, and an image is captured (the images here were captured by a separate computer). The image action increments next_step appropriately. The user can then choose to either end the program, or go back to increment and move the robot to the next position.

### Retinal vein cannulation

The task initialization for vein cannulation (figure 5.13) is similar to earlier tasks. The task has seven task specific actions. These actions are implemented as:

```
action movetoport{
    fconv=vector(2,2,2);
    ComplyBaseJoints;
}
events {
    on event1 orient;
}
```

```
action insert{
    fconv=vector(2,2,5);
    ComplyArmJoints;
}
events {
    on event2 orient;
    on contactevent contact;
}
```

```
action orient{
    fconv=vector(2,2,2);
    ComplyArmJoints;
}
events {
    on event2 movetoport;
    on event1 insert;
}
```

```
action retract{
    fconv=vector(2,2,5);
    ComplyArmJoints;
}
events {
    on event1 done;
}
```

The actions hold, and contact are empty actions to allow the user to pause between contact and puncture and puncture and hold. The puncture action calls a puncture routine that uses the contact force profile to perform and automatic puncture.

99

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# Bibliography

[Baker *et al.*, 1996] Baker, D. A., Brett, P. N., Griffeth, M.V., & Reyes, L. 1996. Surgical Requirements for the stapedotomy tool: data and safety considerations. *Pages 214–215 of: 18th annual conference of the IEEE Engineering in Medicine and Biology Society.*

[Barnes, 1999] Barnes, A. C. 1999. *A Modular Robotic System For Precise Minimally Invasive Surgery.* M.Phil. thesis, The Johns Hopkins University.

[Berkelman *et al.*, 2000] Berkelman, P. J., Whitcomb, L. L., Taylor, R. H., & Jensen, P. S. 2000. A Miniature Instrument Tip Force Sensor for Robot/Human Cooperative Microsurgical Manipulation with Enhanced Force Feedback. *Pages 897–906 of: Medical Image Computing and Computer Assisted Surgery (MICCAI), Pittsburgh, PA, USA.* Lecture Notes In Computer Science, vol. 1935. Springer Verlag.

[Berkelman *et al.*, 2001] Berkelman, P.J., Rothbaum, D.L., Roy, J., Lang, S., Whitcomb, L.L., Hager, G., Jensen, P.S., deJuan, E., Taylor, R.H., & Niparko, J.K. 2001. Performance Evaluation of a Cooperative Manipulation Microsurgical Assistant Robot Applied to Stapedotomy. *Page submitted of: Medical Image Computing and Computer Assisted Surgery (MICCAI), Utrecht, Netherlands.*

[Bettini *et al.*, 2001] Bettini, A., Lang, S., Okamura, A., & Hager, G. 2001. Vision assisted control for manipulation using visual fixtures. *Page Submitted of: IEEE IROS.*

100

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000359

[Bolles & Paul, 1973] Bolles, R., & Paul, R. 1973. *The use of sensory feedback in a programmable assembly system.* Memo 220. Stanford AI Laboratory.

[Brett *et al.*, 1995] Brett, P. N., Baker, D. A., Reyes, L., & Blanshard, J. 1995. An automatic technique for micro-drilling a stapedotomy in the flexible stapes footplate. *Proc Instn Mech Engrs,* **209**(H), 255–262.

[Brooks, 1985] Brooks, R. A. 1985. A Robust Layered Control System for a Mobile Robot. *IEEE Transactions on Robotics and Automation,* **2**(1), 14–23.

[Brooks, 1990] Brooks, R. A. 1990. *The Behavior Language User's Guide.*

[Bzostek *et al.*, 2000] Bzostek, A., Kumar, R., Hata, N., Schorr, O., Kikinis, R., & Taylor, R.H. 2000. Distributed Modular Computer-Integrated Surgical Systems: Implementation using Modular Software and Networked Systems. *Pages 969–978 of:* Delp, S.L., DiGioia, A.M., & Jaramaz, B. (eds), *Medical Image Computing and Computer Assisted Surgery (MICCAI), Pittsburgh, PA, USA.* Lecture Notes In Computer Science, vol. 1935. Springer-Verlag.

[Cassandras *et al.*, 1995] Cassandras, C.G., Lafortune, S., & Olsder, G.J. 1995. Introduction to the modelling, control and optimization of discrete event systems. *Pages 217–291 of:* Isidori, A. (ed), *Trends in Control: A European Perspective.* Springer-Verlag.

[Charbonnier *et al.*, 1999] Charbonnier, F., Alla, H., & David, R. 1999. The Supervised Control of Discrete Event Dynamic Systems. *IEEE transactions on control systems technology,* **7**(2), 175–187.

[Charles *et al.*, 1989] Charles, S., Williams, R. E., & Hamel, B. 1989. Design of a Surgeon-Machine Interface for Teleoperated Microsurgery. *Proc. of the Annual Int'l Conf. of the IEEE Engineering in Medicine and Biology Society,* **11**, 883–884.

[Chen *et al.*, 2000] Chen, Y.-L., Lafortune, S., & Lin, F. 2000. Design of Non-blocking

101

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000360

modular supervisors using event priority functions. *IEEE transactions on automatic control*, **45**(3), 432–451.

[Cleeves & Findley, 1989] Cleeves, L., & Findley, L.J. 1989. Tremors. *Medical Clinics of North America*, **73**(6), 1307–1319.

[Codourey et al., 1997] Codourey, A., Rodriguez, M., & Pappas, I. 1997. A Task-oriented Teleoperation System for Assembly in the Microworld. *Pages 235–240 of: ICAR'97.*

[Das et al., 1999] Das, H., Zak, H., Johnson, J., Crouch, J., & Frambach, D. 1999. Evaluation of a Telerobotic System to Assist Surgeons in Microsurgery. *Computer Assisted Surgery*, **4**(15), 15–25.

[Davies et al., 1997a] Davies, B. L., Fan, K. L., Hibberd, R. D., Jakopec, M., & Harris, S. J. 1997a. ACROBOT - Using Robots and Surgeons Synergistically in Knee Surgery. *In: 8th International Conference on Advanced Robotics.*

[Davies et al., 1997b] Davies, B. L., Harris, S. J., Lin, W. J., Hibberd, R. D., Middleton, R., & Cobb, J. C. 1997b. Active Compliance in robotic surgery - the use of force control as a dynamic constraint. *Proc. Instn. Mech. Engrs.*, **211**(H), 285–292.

[Eberman, 1995] Eberman, B. 1995. *Contact Sensing: A Sequential Decision Approach to Sensing Manipulation Contact Features.* Ph.D. thesis, MIT.

[Finkel et al., 1975] Finkel, R., Taylor, R.H., Bolles, R., Paul, R., & Feldman, J. 1975. AL, A programming system for automation. *Pages 758–765 of: Proceedings of the 4th international joint conference on artificial intelligence.*

[Gupta et al., 1999] Gupta, P. K., Jensen, P.S., & de Juan, E. 1999. Surgical forces and tactile perception during retinal mi-crosurgery. *Pages 1218–1225 of:* Taylor, C, & Colchester, A (eds), *Medical Image Computing and Computer Assisted Surgery (MICCAI), Cambridge, UK.* Lecture Notes In Computer Science, vol. 1679. Springer-Verlag.

102

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000361

[Hannaford & Lee, 1991] Hannaford, B., & Lee, P. 1991. Hidden Markov Model analysis of force/torque information in telemanipulation. *International Journal of Robotics Research*, **10**(5), 528–539.

[Hogan, 1985] Hogan, N. 1985. Impedance control: An approach to manipulation. *ASME Journal of Dynamic Systems: Measurement and Control*, **107**, 1–7.

[Howe & Cutkosky, 1991] Howe, R. D., & Cutkosky, M.R. 1991. Touch sensing for robotic manipulation and recognition. *In:* Khatib, O., Craig, J., & Lozano-Pérez, T. (eds), *Robotics review 2*. MIT Press.

[Hunter *et al.*, 1993] Hunter, I. W., Jones, L.A., Sagar, M.A., Mallinson, G.D., & Hunter, P.J. 1993. A Teleoperated Microsurgical Robot and Assisted Virtual Environment for Eye Surgery. *Presence*, **2**(4), 265–280.

[Iba *et al.*, 1999] Iba, S., Weghe, M.V., Paredis, C.J.J., & Khosla, P.K. 1999. An architecture for gesture-based control of mobile robots. *Pages 851–857 of: IEEE International Conference on Intelligent Robots and Systems (IROS)*, vol. 2.

[Jensen *et al.*, 1997] Jensen, P. S., Grace, K. W., Attariwala, R., Colgate, J. E., & Glucksberg, M. R. 1997. Toward robot assisted vascular microsurgery in the retina. *Graefes Arch Clin Exp Ophthalmol*, **235**(11), 696–701.

[Kang & Ikeuchi, 1997] Kang, S. B., & Ikeuchi, K. 1997. Towards Automatic Robot Instruction from Perception: Mapping Human Grasps to Manipulator Grasps. *IEEE Transactions on Robotics and Automation*, **13**(1), 81–95.

[Kazerooni, 1989a] Kazerooni, H. 1989a. Human/robot interaction via the transfer of power and information signals - part i: Dynamics and control analysis. *Pages 1632–1640 of: IEEE International Conference on Robotics and Automation*, vol. 3.

[Kazerooni, 1989b] Kazerooni, H. 1989b. Human/robot interaction via the transfer of power and information signals - part ii: Dynamics and control analysis. *Pages 1641–1649 of: IEEE International Conference on Robotics and Automation*, vol. 3.

103

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000362

[Kazerooni & Jenhwa, 1993] Kazerooni, H., & Jenhwa, G. 1993. Human extenders. *ASME Journal of Dynamic Systems: Measurement and Control*, **115**(2B), 218–90.

[Kohner et al., (1983] Kohner, E. M., Laatikainen, L., & Oughton, J. (1983. The management of retinal vein occlusion. *American Academy of Ophthalmology*, **83**, 484–487.

[Kosuge & Kazamura, 1997] Kosuge, K., & Kazamura, N. 1997. Control of a robot handling an object in cooperation with a human. *Pages 142–146 of: IEEE international Workshop on Robot Human Communication*.

[Kosuge et al., 1993a] Kosuge, K, Fujisawa, Y., & Fukuda, T. 1993a. Control of man-machine system for dexterous manipulation. *Pages 249–256 of: Proceedings of the SPIE - The International Society for Optical Engineering*, vol. 2057.

[Kosuge et al., 1993b] Kosuge, K., Fujisava, Y., & Fukuda, T. 1993b. Control of Robot Directly Maneuvered by Operator. *Pages 49–54 of: IEEE International Conference on Robots and Systems*.

[Kosuge et al., 1993c] Kosuge, K., Yoshida, H., & Fukuda, T. 1993c. Dynamic Control for Robot-Human Collaboration. *Pages 398–401 of: IEEE International Workshop on Robot Human Cooperation*.

[Kumar et al., 1999] Kumar, R., Goradia, T. M., Barnes, A. C., Jensen, P., Whitcomb, L. L., Stoianovici, D., Auer, L. M., & Taylor, R. H. 1999. Performance of robotic augmentation in microsurgery scale motions. *Pages 1108–1115 of:* Taylor, C, & Colchester, A (eds), *Medical Image Computing and Computer Assisted Surgery (MICCAI), Cambridge, UK*. Lecture Notes In Computer Science, vol. 1679. Springer-Verlag.

[Kumar et al., 2000] Kumar, R., Hager, G.D., Barnes, A.C., Jensen, P.S., & Taylor, R.H. 2000. An Augmentation System for Fine Manipulation. *Pages 956–969 of:* Delp, S.L., DiGioia, A.M., & Jaramaz, B. (eds), *Medical Image Computing and*

104

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000363

*Computer Assisted Surgery (MICCAI), Pittsburgh, PA, USA.* Lecture Notes In Computer Science, vol. 1935. Springer-Verlag.

[Lozano-Pérez, 1976] Lozano-Pérez, T. 1976. *The design of a mechanical assembly system.* M.Phil. thesis, Massachustetts Institute of Technology.

[Lozano-Pérez et al., 1984] Lozano-Pérez, T, Mason, M.T, & Taylor, R.H. 1984. Automatic Synthesis of Fine Motion Strategies for Robots. *International Journal of Robotics Research*, 3(1), 3–24.

[Mason, 1978] Mason, M. T. 1978. *Compliance and force control for computer controlled manipulators.* M.Phil. thesis, MIT, Cambridge, MA.

[Mason, 1982] Mason, M. T. 1982. Compliance and force control for computer controlled manipulators. *Pages 373–404 of:* Brady, B., Hollerbach, J. M., Johnson, T. L., Lozano-Pérez, T., & Mason, M. T. (eds), *Robot Motion: Planning and Control.* Cambridge, MA: MIT Press.

[Misuishi et al., 1997] Misuishi, M., Watanabe, H., Nakanishi, H., Kubota, H., & IIzuka, Y. 1997. Dexterity enhancement for a tele-micro-surgery system with multiple macro-micro co-located operation point manipulators and understanding of the operator's intention. *Pages 821–830 of:* Troccaz, J., Grimson, E., & Mosges, R. (eds), *First joint conference computer vision, virtual realtiy and robotics in medicine and medical robotics and computer-assisted surgery.* Grenoble, France: Springer.

[Morrow & Khosla, 1997] Morrow, J. D., & Khosla, P. K. 1997. Manipulation Task Primitives for Composing Robot Skills. *Pages 3354–3359 of: IEEE International Conference on Robotics and Automation*, vol. 4.

[Muller et al., 1996] Muller, L., Hecht, M. H., Miller, L. M., Rockstad, H. K., & Lyke, J. C. 1996. Packaging and qualification of MEMS-based space systems. *Pages 503–508 of: Proceedings of Workshop on MEMS.*

105

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

[Paul et al., 1992] Paul, H., Mittelstadt, B., Bargar, W., Musits, B., Taylor, R. H., Kazandides, P., Zuhars, J., Williamson, B., & Hanson, W. 1992. A Surgical Robot for Total Hip Replacement Surgery. *In: IEEE International Conference on Robotics and Automation.* Nice, France: IEEE Press.

[Pook, 1995] Pook, P. K. 1995. *Teleassistance: Using Deictic Gestures to Control Robot Motion.* Ph.D. Thesis, University of Rochester.

[Ramadge & Wonham, 1989] Ramadge, P.J., & Wonham, W.M. 1989. The Control of Descrete Event Systems. *Proceedings of the IEEE,* **79**(1), 81–98.

[Roy & Whitcomb, 2001] Roy, J., & Whitcomb, L.L. 2001. Adaptive Force Control of Position/Velocity Controlled Robot Arms: Theory and Experiments. *IEEE transactions on Robotics and Automation.*

[Salcudean et al., 1997] Salcudean, S. E., Ku, S., & Bell, G. 1997. Performance measurement in scaled teleoperation for microsurgery. *Pages 789–798 of:* Troccaz, J., Grimson, E., & Mosges, R. (eds), *First joint conference computer vision, virtual realtiy and robotics in medicine and medical robotics and computer-assisted surgery.* Grenoble, France: Springer.

[Salisbury, 1980] Salisbury, J. K. 1980. Active Stiffness Control of a Manipulator in Cartesian Coordinates. *Pages 95–100 of: 19th IEEE Conference on Decision and Control.*

[Sanderson & Perry, 1983] Sanderson, A C, & Perry, G. 1983. Sensor Based Robotic Assembly Systems: Research And Applications in Electronic Manufacturing. *Proceedings of the IEEE,* **71**(7), 856–871.

[Sanderson et al., 1990] Sanderson, A.C., de Mello, L. S. H., & Zhang, H. 1990. Assembly sequence planning. *AI Magazine,* **11**(1), 62–81.

[Schenker et al., 1995] Schenker, P.S., Das, H.O., & Timothy, R. 1995. Development of a new high-dexterity manipulator for robot-assisted microsurgery. *Pages 191–*

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000365

*198 of: Proceedings of SPIE - The International Society for Optical Engineering: Telemanipulator and Telepresence Technologies*, vol. 2351.

[Sheridan, 1988] Sheridan, T.B. 1988. Task Allocation and Supervisory Control. *Pages 159–173 of:* Helander, M. (ed), *Handbook of Human Computer Interaction.* Elsevier Science Publishers B.V.

[Sheridan, 1998] Sheridan, T.B. 1998. Human Factors in Tele-inspection and Tele-surgery:Cooperative manipulation under Asynchronous Video and Control Feedback. *Pages 368–376 of:* Wells, W, Colchester, A, & Delp, S (eds), *Medical Image Computing and Computer Assisted Surgery (MICCAI), Cambridge, MA, USA.* Lecture notes in computer science, vol. 1496. Springer-Verlag.

[Stoianovici et al., 1998] Stoianovici, D., Whitcomb, L. L., Anderson, J. H., Taylor, R. H., & Kavoussi, L. R. 1998. A Modular Surgical Robotic System for Image Guided Percutaneous Procedures. *Pages 404–410 of:* Wells, W, Colchester, A, & Delp, S (eds), *Medical Image Computing and Computer Assisted Surgery (MICCAI), Cambridge, MA, USA.* Lecture notes in computer science, vol. 1496. Cambridge, USA: Springer-Verlag.

[Taylor, 1976] Taylor, R. H. 1976. *The Synthesis of Manipulator Control Programs from Task Level Specifications.* Ph.D. thesis, Stanford University.

[Taylor, 1999] Taylor, R. H. 1999. Medical Robotics. *Pages 1213–1230 of:* Nof, Shimon Y. (ed), *Handbook of Industrial Robotics, Second Edition.* New York: Wiley.

[Taylor et al., 1985] Taylor, R. H., Korein, J., Maier, G., & Durfee, L. 1985. A General Purpose Architecture for Programmable Automation Research. *In: Third Int. Symposium on Robotics Research.* Chantilly: MIT Press.

[Taylor et al., 1994] Taylor, R. H., Paul, H. A., Kazandzides, P., Mittelstadt, B. D., Hanson, W., Zuhars, J. F., Williamson, B., Musits, B. L., Glassman, E., & Bargar, W. L. 1994. An Image-directed Robotic System for Precise Orthopaedic Surgery. *IEEE Transactions on Robotics and Automation,* 10(3), 261–275.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000366

[Taylor et al., 1996] Taylor, R. H., Funda, J., Eldridge, B., Gruben, K., LaRose, D., Gomory, S., & Talamini, M. 1996. A Telerobotic Assistant for Laparoscopic Surgery. *Pages 581–592 of:* Taylor, R., Lavallee, S., Burdea, G., & Moesges, R. (eds), *Computer-Integrated Surgery.* MIT Press.

[Taylor et al., 1999a] Taylor, R. H., Jensen, P., Whitcomb, L. L., Barnes, A., Kumar, R., Stoianovici, D., Gupta, P., Wang, Z., deJuan, E., & Kavoussi, L. 1999a. A Steady-Hand Robotic System for Microsurgical Augmentation. *Pages 1031–1040 of:* Taylor, C, & Colchester, A (eds), *Medical Image Computing and Computer Assisted Surgery (MICCAI), Cambridge, UK.* Lecture notes in computer science, vol. 1679. Springer Verlag.

[Taylor et al., 1999b] Taylor, R. H., Jensen, P., Whitcomb, L. L., Barnes, A., Kumar, R., Stoianovici, D., Gupta, P., Wang, Z., deJuan, E., & Kavoussi, L. 1999b. A Steady-Hand Robotic System for Microsurgical Augmentation. *International Journal of Robotics Research,* 18(12), 1201–1210.

[Taylor et al., 1982] Taylor, R.H., Summers, P., & Meyer, J. 1982. AML : A manufacturing Language. *International Journal of Robotics Research,* 1(3), 19–41.

[Troccaz & Delnondedieu, 1996] Troccaz, J., & Delnondedieu, Y. 1996. Semi-active guiding systems in surgery. A two dof prototype of the passive arm with dynamic constraints(PADyC). *Mechatronics,* 6(4), 399–421.

[Whitney, 1977] Whitney, D. E. 1977. Force Feedback Control of Manipulator Fine Motions. *ASME Journal of Dynamic Systems: Measurement and Control,* 91–97.

[Woo et al., 1998] Woo, K. Y., Jin, B. D., & Kwon, D-S. 1998. A 6DOF Force-Reflecting Hand Controller Using Fivebar parallel Mechanism. *Pages 1597–1602 of: IEEE International Conference on Robotics and Automation.*

108

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000367

# Vita

Rajesh Kumar was born August 8, 1973 in Haryana, India. He attended Delhi Institute of Technology, University of Delhi, India graduating with the Bachelor of Engineering degree in Computer Engineering in 1994. After spending a year and half at the Center of Development of Telematics (C-DOT), a government of India telecommunications research center, he began graduate studies at The Johns Hopkins Univeristy in 1996. At Hopkins, Kumar pursued his research in application of computing and robotics to surgery, particularly in development of new systems for computer integrated surgery, designing and implementing modular software architectures for the same, investigating novel robot assisted procedures, and evaluating human performance using these systems, primarily under the guidance of Dr. Russell H. Taylor.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

RK-IEEE000368

**EXHIBIT B**

# Rajesh Kumar

E-mail: rajesh@jhu.edu

Web: http://www.cs.jhu.edu/~rajesh

408-242-4420/410-516-4410(FAX)

Associate Research Professor

Department of Computer Science

The Johns Hopkins University

Baltimore, Maryland 21218

## Personal Information

US citizen.

## Research and Teaching Interests

Medical and surgical robotics, computer assisted surgery, cooperative control, teleoperation and robot control, human-machine interfaces; computer vision, computer aided diagnosis, medical imaging, statistical classification, image registration, image guided surgery.

## Education

Ph.D. in Computer Science, The Johns Hopkins University                                              2001
Dissertation: *An Augmented Steady Hand System for Precise Micromanipulation*
Advisor: Dr. Russell H. Taylor

M.S.E in Computer Science, The Johns Hopkins University                                              1999
B.E.(*Honors*) in Computer Engineering, Delhi Institute of Technology, University Of Delhi          1994

## Experience

| | |
|---|---|
| 2011–present | Associate Research Professor, Johns Hopkins University |
| 2008–present | Director, VISR Laboratory, Johns Hopkins University |
| 2007–2010 | Assistant Research Professor, Johns Hopkins University |
| 2004–2006 | Senior Systems Analyst, Intuitive Surgical, Inc. |
| 2001–2004 | Senior Engineer, Foster-Miller, Inc. |
| 2000 | Visiting Researcher, IBM India Research Laboratory, Delhi, INDIA |
| 1996–2001 | Research Assistant, Computer Science, Johns Hopkins University |
| 1994–1996 | Research Engineer, Center for Development of Telematics (C-DOT), INDIA |

## Selected Professional Awards and Activities

- Senior Member, IEEE

- Member, IEEE Robotics & Automation Society, IEEE Computer Society, and MICCAI society

- Co-organizer of MICCAI International workshop on Systems and Architectures for Computer Assisted Interventions (SACAI) 2009–present

- Professional service as panelist and reviewer to several organizations including:

- National Science Foundation (multiple panels),
- National Institutes of Health (no current standing NIH study section),
- Department of Defense,
- American Society for Engineering Education, and
- Canada Foundation for Innovation.
- External faculty tenure application reviewer for University of North Texas.

- Selected Journal and Conference reviewing activities:

  - IEEE Transactions on Biomedical Engineering,
  - Advanced Robotics,
  - Gastroenterology,
  - IEEE International conference on Robotics and Automation (ICRA),
  - IEEE International conference on Intelligent Robots and Systems (IROS),
  - Medical Image Computing and Computer Assisted Intervention (MICCAI).
  - IEEE Workshop Robot and Human Interactive Communication (RO-MAN),
  - IEEE International conference on Human System Interaction (HSI).

## Selected Recent Scholarly Addresses and Presentations

[1] R Kumar. Plenary talk - robotic surgery training. In *Panel - Exploring Gaps between Doctors and Engineers, Medicine Meets Virtual Reality (schedule)*, Feb 10 2012.

[2] R Kumar. Computer assisted navigation in surgery. In *Advancing Beyond Optical Imaging Session: We Can Do Better Than Relying on Our Eyes, Society of American Gastrointestinal and Endoscopic Surgeons (SAGES)*, March 2011.

[3] R Kumar. Augmented methods for robotic surgery training. In *Urology Grand Rounds, University of Pennsylvania*, December 14 2011.

[4] R Kumar. Opportunities for computing in surgical training and assessment. In *Grand Rounds, Memorial Sloan Kettering, New York*, June 7 2011.

[5] R Kumar. Surgical workstations - interfaces, design and applications. In *Surgical Robotics Seminar / CS571, Stanford University*, November 2010.

[6] R Kumar. Data collection and skill assessment for da vinci surgical systems. In *Invited Research Talk, Intuitive Surgical, Inc.*, March 2010.

[7] R Kumar. Robotic surgery training. In *Invited Presentation, Intuitive Surgical, Inc*, November 2009.

[8] R Kumar. Learning disease severity from capsule endoscopy images. In *IEEE International Symposium on Biomedical Imaging*, June 2009.

[9] R Kumar. Computing and vision in robotic surgery. In *Invited Presentation, Indian Institute of Technology, Delhi*, September 2007.

[10] R Kumar. Applications of computing and vision in surgery and biomanipulation. In *Laboratory of Computational Sensing and Robotics Seminar, Johns Hopkins University*, December 12 2007.

## Selected Workshops and Tutorials Organized/Co-Organized

[1] R Kumar. Jhu/intuitive surgical/darpa mini symposium. In *Johns Hopkins University*, April 25-28 2011.

[2] R Kumar and et al. Fourth international workshop on systems and architectures for computer assisted interventions (sacai). In *Medical Image Computing and Computer Assisted Intervention (MICCAI), Toronto, CA*, September 18 2011.

[3] R Kumar and et al. Role of technology in robotic surgery training and assessment. In *World Robotic Symposium. Miami Beach, Florida*, June 28 2011.

[4] R Kumar and et al. Third international workshop on systems and architectures for computer assisted interventions (sacai). In *Medical Image Computing and Computer Assisted Intervention (MICCAI), Beijing,CN*, 2010.

[5] R Kumar and et al. Second international workshop on systems and architectures for computer assisted interventions (sacai). In *Medical Image Computing and Computer Assisted Intervention (MICCAI), London, UK*, 2009.

## Advising

Recent (2007) faculty at JHU: 8 graduate students advised (3 co-advised).

**Current graduate students::** Amod Jog (CS, PhD, MSE 2011), Yixin Gao (CS, PhD, MSE 2011), Anand Malpani (CS, PhD), Adam Clayton (CS, MSE), Mehmet Gulson (CS, MSE).

**Graduated/Co-advised students:** : Sharmishtaa Seshamani (CS PhD 2011, now post-doc at U. Washington, co-advised with Hager), Kelleher Guerin (CS PhD, co advised with Hager), Gorkem Sevinc (MSE, 2010, Research staff at Johns Hopkins, co-advised with Taylor), Thiusisus Savarimuthu (PhD, 2011, now post-doc at University of Southern Denmark, visiting student, 2010). Qian Zhao (visiting CS PhD student, co-advised with Max Meng @ CUHK). Tabish Mustafa (JHU MSE, Intern at Intuitive Surgical, 2005-6, now manager at Intuitive Surgical, Inc.).

Several other undergraduates, masters students, and students from other departments and institutions co-advised with other faculty members.

## Publications

My peer–reviewed articles have been published in enginerring and clinical journals of high impact, (e.g. *IJRR, MIA, IEEE TMI, IEEE TBME, JTCVS*). Since its establishment in 2008, my group

has participated in nearly all the high impact conferences in robotics and medical robotics every year (e.g. *MICCAI, ICRA, IROS, EMBC*) including a dozen MICCAI articles over the last decade, and often multiple articles (e.g. 2 at ICRA 2011) at the same venue. Using mostly publications only from the past decade, my Google Scholar (Figure 1) Citations bibliography currently counts over 700 citations , a *h-index* of 13, and an *i10-index* of 16 (profile: http://scholar.google.com/citations?user=6SkxgFYAAAAJ), and an average citation count of over 30. My publications web page (http://www.cs.jhu.edu/∼rajesh/Publications) also includes publisher links for most of the publications below.



Figure 1: Citations to my work over the past decade (from Google Scholar).

We also frequently publish in clinical journals (e.g. The Journal of Thoracic and Cardiovascular Surgery) and clinical meetings (e.g. Digestive Disease Week) to both disseminate our work and to support our clinical collaborators. Our work is highly interdisciplinary, as well as multi-institution with active collaborations and co-authored work during the past three years with collaborators at Johns Hopkins Hospital, Yale Univerity, Stanford University, Harvard Medical School (Children's Hospital, Boston), and Washington University Medical Center, as well as industry including BlueTorch Medical, MIMIC Technologies, and Intuitive Surgical, Inc. Related Intellectual property has been licensed to multiple companies including Auris, and Intuitive Surgical over the past three years.

## In preparation

### Books and Chapters:

[1] R Kumar and M Marohn. *Surgery for Engineers*. Wiley, 2012 (in preparation).

[2] R Kumar (Associate Editor). *The Handbook of Digital Imaging, Volume III*. Wiley, 2012 (in preparation).

[3] R Kumar. Visual imaging in medicine. In *The Handbook of Medical Imaging - Volume III*. Wiley, 2012 (in preparation).

### Articles:

[1] T Savarimuthu, B Minnillo, H Nguyen, R Taylor, and R Kumar. Multi-modal registration for visualization of subsurface information in robotic surgery. *Medical Image Analysis (In preparation)*, 2012.

[2] R Kumar, S Seshamani, G Mullin, G Hager, and T Dassopoulos. Computer vision enabled analysis for crohns disease severity assessment in capsule endoscopy. *GI Endoscopy (in preparation)*, 2012.

[3] Q Zhao, M QH Meng, GE Mullin, T Dassopoulos, and R Kumar. Image sequence classification for capsule endoscopy. *IEEE Transactions on Biomedical Engineering (in preparation)*, 2012.

## Published or In Review

### Book Chapters:

[1] R Kumar. Robotic surgery. In W Levine, editor, *The Control Handbook*, pages 20.1–20.20. CRC Press, 2011.

### Journal Articles:

[1] M Curry, A Malpani, R Li, T Tantillo, A Jog, R Blanco, P Ha, J Califano, R Kumar, and J Richmon. Objective assessment in residency based training for transoral robotic surgery. *Laryngoscope (in review)*, 2011.

[2] M Curry, A Malpani, T Tantillo, A Jog, R Blanco, P Ha, J Califano, J Richmon, and R Kumar. Objective assessment in residency based training for transoral robotic surgery. *Laryngoscope (in review)*, 2011.

[3] EJ Hanly, BE Miller, R Kumar, CJ Hasser, E Coste-Maniere, MA Talamini, AA Aurora, NS Schenkman, and MR Marohn. Mentoring console improves collaboration and teaching in surgical robotics. *Journal of Laparoendoscopic and Advanced Surgical Techniques*, 16(5):445–451, PMID:1700486 2006.

[4] P.K. Jha, N. Agnihotri, and R. Kumar. Long cycles and long paths in the kronecker product of a cycle and a tree. *Discrete Applied Mathematics*, 74(2):101–122, 1997.

[5] PK Jha, N. Agnihotri, and R. Kumar. Edge exchanges in hamiltonian decompositions of kronecker-product graphs. *Computers and Mathematics with Applications*, 31(2):11–19, 1996.

[6] A Jog, B Itkowitz, M Liu, S DiMaio, M Curet, and R Kumar. Skills assessment for dexterous tasks in simulation based robotic surgery training. *IEEE Transactions on Robotics(in review)*, 2011.

[7] R Kumar. The control handbook. In W Levine, editor, *The Control Handbook*, chapter Robotic Surgery, pages 20.1–20.20. CRC Press, 2011.

[8] R Kumar. An augmented steady hand system for precise micromanipulation. *Doctoral Dissertation, The Johns Hopkins University, ISBN:0-493-15583-X*, 2001.

[9] R Kumar, A Jog, A Malpani, B Vagvolgyi, D Yuh, H Nguyen, G Hager, and CCG Chen. Assessing system operation skills in robotic surgery trainees. *The International Journal of Medical Robotics and Computer Assisted Surgery*, page accepted, 2011.

[10] R Kumar, A Jog, B Vagvolgyi, H Nguyen, G Hager, CCG Chen, and D Yuh. Objective measures for longitudinal assessment of robotic surgery training. *The Journal of Thoracic and Cardiovascular Surgery*, page (accepted), 2011.

[11] R Kumar, Q Zhao, S Seshamani, GE Mullin, G Hager, and T Dassopoulos. Assessment of crohns disease lesions in wireless capsule endoscopy images. *IEEE Transactions on Biomedical Engineering*, page accepted, PMID:22020661 2011.

[12] S Seshamani, R Kumar, P Rajan, G Mullin, T Dassopoulos, and G Hager. A meta method for image matching. *IEEE Transactions on Medical Imaging*, 30(8):1468–79, PMID: 21349789 2011.

[13] R. Taylor, P. Jensen, L. Whitcomb, A. Barnes, R. Kumar, D. Stoianovici, P. Gupta, Z. Wang, E. Dejuan, and L. Kavoussi. A steady-hand robotic system for microsurgical augmentation. *The International Journal of Robotics Research*, 18(12):1201–1210, 1999. Citation Count:261.

[14] R.H. Taylor, L. Joskowicz, B. Williamson, A. Gueziec, A. Kalvin, P. Kazanzides, R. Van Vorhis, J. Yao, R. Kumar, A. Bzostek, et al. Computer-integrated revision total hip replacement surgery: concept and preliminary results. *Medical Image Analysis*, 3(3):301–319, 1999.

[15] J. Yao, R.H. Taylor, R.P. Goldberg, R. Kumar, A. Bzostek, R. Van Vorhis, P. Kazanzides, and A. Gueziec. A c-arm fluoroscopy-guided progressive cut refinement strategy using a surgical robot. *Computer Aided Surgery*, 5(6):373–390, 2000.

**Medical Image Computing and Computer Assisted Intervention (MICCAI) Articles:**

[1] A. Bzostek, A. Barnes, R. Kumar, J. Anderson, and R. Taylor. A testbed system for robotically assisted percutaneous pattern therapy. In *Medical Image Computing and Computer-Assisted Intervention–MICCAI99, Lecture Notes in Computer Science (LNCS)*, volume 1679, pages 1098–1107. Springer, 1999.

[2] A. Bzostek, R. Kumar, N. Hata, O. Schorr, R. Kikinis, and R. Taylor. Distributed modular computer-integrated surgical robotic systems: implementation using modular software and networked systems. In *Medical Image Computing and Computer-Assisted Intervention–MICCAI2000, Lecture Notes In Computer Science (LNCS)*, volume 1935, pages 969–978. Springer, 2000.

[3] A Deguet, R Kumar, R H Taylor, and P Kazanzides. The cisst libraries for computer assisted intervention systems. In *IJ - 2008 MICCAI Workshop - Systems and Architectures for Computer Assisted Interventions, Midas Journal, http://hdl.handle.net/10380/1465*, 2008.

[4] Y Gao, R Taylor, and R. Kumar. A modular architecture for biomanipulation. In *2010 MICCAI workshop on Systems and Architectures for Computed Assisted Intervention, MIDAS Journal (available online http://hdl.handle.net/10380/3195)*, Sept. 22 - Sept. 26 2010.

[5] K Guerin, B Vagvolgyi, GCC Chen, D Yuh, and R Kumar. Reachin: A modular vision based interface for teleoperation. In *IJ - 2010 MICCAI Workshop - Systems and Architectures for Computer Assisted Interventions, Midas Journal,*, 2010.

[6] MY Jung, T Xia, A Deguet, R Kumar, R Taylor, and P Kazanzides. A surgical assistant workstation (saw) application for a teleoperatedsurgical robot system. In *IJ - 2009 MICCAI Workshop - Systems and Architectures for ComputerAssisted Interventions, Midas Journal*, 2009.

[7] A. Kapoor, R. Kumar, and R. Taylor. Simple biomanipulation tasks with steady hand cooperative manipulator. In *Medical Image Computing and Computer-Assisted Intervention-MICCAI 2003,Lecture Notes In Computer Science (LNCS)*, volume 2878, pages 141–148. Springer, 2003.

[8] P Kazanzides, S DiMaio, A Deguet, B Vagvolgyi, M Balicki, C Schneider, R Kumar, A Jog, B Itkowitz, C Hasser, and RH Taylor. The surgical assistant workstation (saw) in minimally-invasive surgery and microsurgery. In *IJ - 2010 MICCAI Workshop - Systems and Architectures for Computer Assisted Interventions, Midas Journal,*, 2010.

[9] R. Kumar, A.C. Barnes, G.D. Hager, P.S. Jensen, and R.H. Taylor. Applications of task-level augmentation for cooperative fine manipulation tasks in surgery. In *Medical Image Computing and Computer-Assisted Intervention–MICCAI 2001,Lecture Notes In Computer Science (LNCS)*, volume 2208, pages 1417–1418. Springer, 2001.

[10] R. Kumar, T. Goradia, A. Barnes, P. Jensen, L. Whitcomb, D. Stoianovici, L. Auer, and R. Taylor. Performance of robotic augmentation in microsurgery-scale motions. In *Medical Image Computing and Computer-Assisted Intervention–MICCAI99, Lecture Notes in Computer Science (LNCS)*, volume 1679, pages 1108–1115. Springer, 1999.

[11] R. Kumar, G. Hager, A. Barnes, P. Jensen, and R. Taylor. An augmentation system for fine manipulation. In *Medical Image Computing and Computer-Assisted Intervention–MICCAI 2000,Lecture Notes In Computer Science (LNCS)*, volume 1935, pages 956–965. Springer, 2000.

[12] J. Leven, D. Burschka, R. Kumar, G. Zhang, S. Blumenkranz, X. Dai, M. Awad, G.D. Hager, M. Marohn, M. Choti, et al. da vinci canvas: A telerobotic surgical system with integrated, robot-assisted, laparoscopic ultrasound capability. In *Medical Image Computing and Computer-Assisted Intervention–MICCAI 2005,Lecture Notes In Computer Science (LNCS)*, volume 4190, pages 811–818, PMID:16685921 2005.

[13] A Malpani, B Vagvolgyi, and R Kumar. Kinematics based safety mechanism for robotic surgery extending the saw framework. In *IJ - 2011 MICCAI Workshop - Systems and Architectures for Computer Assisted Interventions, Midas Journal, http://hdl.handle.net/10380/1465*, 2011.

[14] O. Schorr, N. Hata, A. Bzostek, R. Kumar, C. Burghart, R. Taylor, and R. Kikinis. Distributed modular computer-integrated surgical robotic systems: architecture for intelligent object distribution. In *Medical Image Computing and Computer-Assisted Intervention–MICCAI 2000*, volume 1935, pages 980–988. Springer, 2000.

[15] S. Seshamani, R. Kumar, T. Dassopoulos, G. Mullin, and G. Hager. Augmenting capsule endoscopy diagnosis: a similarity learning approach. In *Medical Image Computing and Computer-Assisted Intervention–MICCAI 2010, LNCS*, volume 6362, pages 454–462. Springer, PMID:20879347 2010.

[16] S Seshamani, P Rajan, R Kumar, H Girgis, T Dassopoulos, G Mullin, and G Hager. A meta registration framework for lesion matching. In *Medical Image Computing and Computer-Assisted Intervention – MICCAI 2009*, volume 5761 of *Lecture Notes in Computer Science*, pages 582–589. Springer, PMID:20426035 2009.

[17] R. Taylor, P. Jensen, L. Whitcomb, A. Barnes, R. Kumar, D. Stoianovici, P. Gupta, Z.X. Wang, E. Dejuan, and L. Kavoussi. A steady-hand robotic system for microsurgical augmentation. In *Medical Image Computing and Computer-Assisted Intervention–MICCAI99*, pages 1031–1041. Springer, 1999.

[18] B Vagvolyi, S DiMiao, A Deguet, P Kazanzides, R Kumar, C Hasser, and R Taylor. The surgical assistant workstation. In *IJ - 2008 MICCAI Workshop - Systems and Architectures for Computer Assisted Interventions, Midas Journal, http://hdl.handle.net/10380/1466*, 2008.

[19] J. Yao, R. Taylor, R. Goldberg, R. Kumar, A. Bzostek, R. Vorhis, P. Kazanzides, A. Gueziec, and J. Funda. A progressive cut refinement scheme for revision total hip replacement surgery using c-arm fluoroscopy. In *Medical Image Computing and Computer-Assisted Intervention–MICCAI99,Lecture Notes in Computer Science (LNCS)*, volume 1679, pages 1010–1019. Springer, 1999.

## Other Peer-reviewed Conferences :

[1] S. Bejakovic, R. Kumar, T. Dassopoulos, G. Mullin, and G. Hager. Analysis of crohn's disease lesions in capsule endoscopy images. In *IEEE International Conference on Robotics and Automation (ICRA)*, pages 2793–2798, May 2009.

[2] Y Gao, M Sedef, A Jog, P Peng, M Choti, G Hager, J Berkley, and R Kumar. Towards validation of robotic surgery training assessment across training platforms. In *IEEE Intelligent Robots and Systems (IROS)*, pages 2339–44,(Selected for interactive presentation, IROS travel award to student), 2011.

[3] K Guerin, P Peng, A Jog, A Malpani, T Tantillo, A Deguet, B Vagvolgyi, M Choti, and R Kumar. A vision based interface for teleoperation. In *IEEE International conference on robotics and automation (ICRA), (in review)*, 2012.

[4] A Jog, B Itkowitz, M Liu, S DiMaio, G Hager, M Curet, and R Kumar. Towards integrating task information in skills assessment for dexterous tasks in surgery and simulation. In *IEEE International Conference on Robotics and Automation (ICRA)*, pages 5273–5278, 2011.

[5] R. Kumar, P. Berkelman, P. Gupta, A. Barnes, P.S. Jensen, L.L. Whitcomb, and R.H. Taylor. Preliminary experiments in cooperative human/robot force control for robot assisted microsurgical manipulation. In *IEEE International Conference on Robotics and Automation(ICRA)*, volume 1, pages 610–617, 2000.

[6] R. Kumar, P. Jensen, and RH Taylor. Experiments with a steady hand robot in constrained compliantmotion and path following. In *8th IEEE International Workshop on Robot and Human Interaction, 1999. RO-MAN'99*, pages 92–97, 1999.

[7] R. Kumar, A. Kapoor, and RH Taylor. Preliminary experiments in robot/human cooperative microinjection. In *IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 2003)*, volume 3, pages 3186–3191, 2003.

[8] R. Kumar, P. Rajan, S. Bejakovic, S. Seshamani, G. Mullin, T. Dassopoulos, and G. Hager. Learning disease severity for capsule endoscopy images. In *IEEE International Symposium on Biomedical Imaging: From Nano to Macro (ISBI 2009)*, pages 1314–1317, 2009.

[9] T Savarimuthu, B Minnillo, RH Taylor, H Nguyen, and R Kumar. Visualization of anatomical information in near-infrared imaging for robotic urological surgery. In *IEEE International Conference on Robotics and Automation (ICRA)*, pages 2412–2417, 2011.

[10] S Seshamani, R Kumar, T Dassopoulos, G Mullin, and G Hager. Augmenting capsule endoscopy diagnosis: A similarity learning approach. In *Medical Image Computing and Computer Assisted Intervention, Lecture Notes in Computer Science*, volume 6362, pages 454–462, 2010.

[11] S. Seshamani, R. Kumar, P. Rajan, S. Bejakovic, G. Mullin, T. Dassopoulos, and G. Hager. Detecting registration failure. In *IEEE International Symposium on Biomedical Imaging: From Nano to Macro (ISBI 2009)*, pages 726–729, 2009.

[12] Q Zhao, T Dassopoulos, G Mullin, G Hager, M QH Meng, and R Kumar. Towards integrating temporal information in capsule endoscopy image analysis. In *33rd Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC 2011)*, 2011.

[13] Q Zhao, T Dassopoulos, GE Mullin, M Q-H Meng, and R Kumar. Towards fusing multiple observations in computer aided diagnosis. In *IEEE International conference on robotics and automation (ICRA),(in review)*, 2012.

[14] Q Zhao, T Dassopoulos, GE Mullin, M QH Meng, and R Kumar. A decision fusion strategy for polyp detection in capsule endoscopy. In *Medicine Meets Virtual Reality 2012, (accepted)*, 2012.

**Clinical Meetings and Other Abstracts:**

[1] A Bzostek, R Kumar, L Diaz, M Srivastava, and RH Anderson, JHand Taylor. Force vs. deformation in soft tissue puncture. In *Medicine Meets Virtual Reality 8*, 2000.

[2] M Curry, A Malpani, R Blanco, P Ha, J Califano, R Kumar, and J Richmon. Towards evaluation of the role of ex-vivo models in transoral robotic surgery(tors) training for otolaryngology. In *The 8th International Conference of American Head & Neck Society (AHNS)*, 2012(in review).

[3] T. Dassopoulos, R. Kumar, S. Bejakovic, P. Rajan, G. Seshamani, S.and Mullin, and G. Hager. Automated detection and assessment of crohns disease lesions inimages from wireless capsule endoscopy. In *Digestive Disease Week, Gastroenterology*, volume 136, pages A649–A649, poster of distinction 2009.

[4] H Girgis, T Dassopoulos, G. Mullin, R. Kumar, and G. Hager. Computer automated severity assessment of crohns disease (cd) lesionsin wireless capsule endoscopy (ce) images. In *Digestive Disease Week, Gastroenterology*, volume 138, pages S667–S667, 2010.

[5] EJ Hanly, B Miller, R Kumar, CJ Hasser, E Coste-Maniere, M Talamini, A Aurora, N Schenkman, J Fuentes, and M Marohn. Mentoring console improves collaboration and teaching in surgical robotics. In *47th Annual Meeting of the Society for Surgery of the Alimentary Tract (SSAT), Los Angeles, California*, page abstract, 2006.

[6] R Kumar, TM Auer, LM Goradia, and RH Taylor. Robot-assisted microneurosurgical procedures: Comparative dexterity experiments. In *Medicine Meets Virtual Reality 6*, 1998.

[7] R Kumar, TM Auer, LM Goradia, and RH Taylor. Robot-assisted microneurosurgical procedures: comparative dexterity experiments. In *The 9th Annual Meeting Society for Minimally Invasive Therapy (SMIT), Abstract book, vol. 6, supplement 1,Tokyo, Japan*, 1997.

[8] R Kumar, A Jog, B Vagvolgyi, T Tantillo, CCG Chen, H Nguyen, G Hager, and D Yuh. Operational skill assessment for robotic surgery training. In *11th Society of American Gastrointestinal and Endoscopic Surgeons (SAGES), poster, San Antonio, TX*, 2011.

[9] R Kumar, S Seshamani, G Mullin, G Hager, and T Dassopoulos. Computer vision enabled analysis for crohns disease severity assessment in capsule endoscopy. In *Digestive Disease Week,Gastroenterology*, volume 140, page S423, 2011.

[10] A Malpani, M Curry, T Tantillo, A Jog, R Blanco, P Ha, J Califano, J Richmon, and R Kumar. Multi-module robotic surgery training for otolaryngology with integrated objective assessment. In *Society of American Gastrointestinal and Endoscopic Surgeons (SAGES),(accepted)*, 2012.

[11] A Malpani, B Vagvolgyi, DD Yuh, CCG Chen, H Nguyen, and R Kumar. Assessment of safety of manipulation in robotic surgery training. In *Society of American Gastrointestinal and Endoscopic Surgeons (SAGES) (accepted)*, 2012.

[12] DD Yuh, A Jog, and R Kumar. Automated skill assessment for robotic surgical training. In *47th Annual meeting of the society of thoracic surgeons (STS), San Diego, CA*, 2011.

[13] Q Zhao, GE Mullin, T Dassopoulos, and R Kumar. Towards using multiple images simultaneously for automated assessment in capsule endoscopy. In *Digestive Disease Week*, 2012 (in review).

[14] Q Zhao, GE Mullin, M QH Meng, T Dassopoulos, and R Kumar. Detecting abnormalities in endoscopic examinations by combining information from multiple images. In *Society of American Gastrointestinal and Endoscopic Surgeons (SAGES), (accepted)*, 2012.

## Patents and Applications:

[1] M Ballicki, R Kumar, P Gelbach, J Handa, G Hager, and RH Taylor. Visual tracking and annotation of clinically important anatomicallandmarks for surgical interventions. In *US Application 61/256,531, International Application PCT/US2010/054988*, 2010.

[2] G Hager, R Kumar, S Khudanpur, B Varadarajan, H. Lin, and C Reiley. Method and system for quantifying technical skill. In *US Application, International Application PCT/US10/28025*, 2010.

[3] GD Hager, B Varadarajan, S Khudanpur, R Kumar, C Reiley, and HC Lin. A method for automatically evaluating skill for motion training. In *US and International Applications*, 2009.

[4] B Hoffman, R Kumar, D Larkin, G Prisco, N Swarup, and G Zhang. Auxiliary image display and manipulation on a computer display in a medical robotics system. In *US Application 20080033240, International Application PCT/US2006/040754*, 2008.

[5] B Hoffman, D Larkin, G Prisco, G Zhang, and R Kumar. Methods and system for performing 3-d tool tracking by fusion of sensor and/or camera derived data during minimally invasive robotic surgery. In *US Application 20060258938, International Application PCT/US2006/017832*, 2006.

[6] J Kang, M Balicki, R Kumar, and RH Taylor. Autofocusing endoscope and system. In *U.S. Application No. 61/370,044, International application PCT/US2011/04642*, 2011.

[7] R Kumar, B Hoffman, G Prisco, D Larkin, W Nowlin, F Moll, S Blumenkranz, G Neimeyer, JK Salisbury, Y Wang, M Ghodoussi, D Uecker, J Wright, A Mangaser, and R Mukherjee. Multi-user medical robotic system for collaboration or training in minimally invasive surgical procedures. In *US Patent Applications. 20,060/178,559, 0060178559, 11/319,012*, 2006.

[8] R Kumar, A Jog, Yuh D, and Hager G. Metrics for comparative longitudinal analysis and methods for feedback to trainee surgeons. In *US application, International applications PCT/US2010/28025*, 2011.

[9] R Kumar, S Seshamani, P Rajan, H Girgis, G Mullin, T Dassopoulos, and GD Hager. System and method for automated disease assessment in capsule endoscopy. In *US application US2010/041220, International Application PCT/US2010/041220*, 2010.

[10] R Kumar, RH Taylor, T Savarimuthu, B Minnillo, and H Nguyen. Visualization of registered subsurface anatomy. In *US and International application PCT/US2010/054988*, 2010.

[11] D Larkin, S Blumenkranz, and R Kumar. Modular force sensor. In *US Patent 7752920, International Application PCT/US2006/062000*, 2006.

## Theses and Selected Technical Reports:

[1] J Berkely(PI), G Hager, and R Kumar (JHU-PI). Automated support for the da vinci surgical system: Army sbir phase i final report. Technical report, 2011.

[2] R Kumar. The crew activity analyzer: Nasa sbir phase i final report. Nasa small business innovative research phase i final report/, Foster-Miller,Inc., 2003.

[3] R Kumar. *An Augmented Steady Hand System For Precise Micromanipulation*. Phd thesis, The Johns Hopkins University., 2001.

[4] R Kumar. Practical approaches to image mosaicing. Summer research report, IBM India Research Laboratory, 2000.

[5] R Kumar and G Gertler. The crew performance analyzer: Nasa sbir phase ii final report. Nasa small business innovative research phase ii final report., Foster-Miller, Inc., 2003.

[6] R Kumar, B Miller, G Zhang, and C Hasser. A new concept for minimally invasive surgical training using robotics and tele-collaboration: Nist atp final report. Nist advanced technology program (atp) final report, Intuitive Surgical, Inc., 2005.

[7] R Kumar and RH Taylor. The augmented micromanipulation system: Nsf sbir phase i final report. Nsf small business innovative research phase i final report, Foster-Miiller,Inc., 2003.

## Teaching

I have designed and taught the following classes during the past three years. This includes courses for pre-college and freshmen(600.245), and undergraduate and graduate students.

- **EN.600.245: Foundations of Computer Integrated Surgery:** This course provides an introduction to computer-integrated surgery (CIS). An overview of each major component of a CIS system, and basic concepts applicable to these components are presented. CIS components are reviewed through applications and clinical systems currently in use or under development. Aimed primarily at pre-college and freshmen, this class presents the technologies that may be used in any CIS application and the role they play in that application using only the material presented, and laboratories performed in this class. However, this is a foundations class and does not aim to present material in details sufficient for stand-alone implementation/usage of methods/technologies presented.

- **EN.600.478: Visual Imaging and Medicine and Surgery:** This graduate survey course in visual imaging registration and fusion methods and its applications in surgery and medicine. Such applications are common in medical imaging including integration of CT, MRI, ultrasound, and similar sensing. However, compared to these technologies visual imaging requires more efficient computation and stronger emphasis on contextual and temporal information. Examples of such methods include multi-resolution and multi-temporal registration and super-resolution. A large body of work and practical applications using visual imaging exist in remote sensing, surveillance, and robot vision, but methods for surgical visualization are relatively sparse and new. This course aims to provide background on devices, methods, and applications for visual imaging in medicine and surgery including recent work in the field. Students also design and implement registration methods based on data sets provided as part of a semester long team project.

- **EN.500.410: Surgery for Engineers:** This is a semester long lecture and laboratory course that teaches the fundamental skills and operative procedures for general surgery. The hands-on course is designed for engineers tasked with development of computer integrated surgical systems and associated technologies. Students are exposed to both traditional and innovative operating room (OR) environments and are also taught basic techniques used during surgery. In 2011, the class was compressed into fewer but longer sessions over the Summer.

## Selected Current and Pending Support

[1] J Berkely(PI), G Hager, and R Kumar (JHU-PI). Automated support for the da vinci surgical system. the goal of this project is develop methods for automated decision support in simulation and robotic surgery training. In *Army Small Business Technology Transfer (STTR) Phase I award, 11/1/2010-04/30-2011, $100,000*, 2011.

[2] J Gertler(PI) and R Kumar. The crew performance analyzer. the goal of this project was to determine crew poster and ergonomics metrics from video recorded on the international space station. In *NASA Small Business Innovative Research Phase II Award (Foster-Miller,Inc),$680,000*, 2001.

[3] GD Hager(PI), R Kumar(co-PI), R Vidal, and S Khudanpur. Language models for human dexterity. this cyber-enabled discovery and innovation project aims to develop new techniques for modeling and analyzing human skilled manipulation from motion and video data. In *National Science Foundation CDI Type-II, 07/01/09 - 06/30/13, $1,685,877 (2009-13)*, 2009.

[4] GD Hager(PI), R Kumar(co-PI), R Vidal, and S Khudanpur. Hybrid systems for modeling and teaching the language of surgery. this project aims to develop new principles for modeling and comparing time-series data from skilled human activities, and to apply these concepts to systems for training or assistance of humans in those activities. In *National Science Foundation Cyber-Physical Systems, 07/01/09 - 06/30/12, $1,499,828 (2009-12)*, 2009.

[5] R Kumar (PI). Nri:small:cooperative methods for robotic micromanipulation. this nri proposal aims to extend the current art to develop new principlesfor cooperative micromanipulation, and to apply these concepts to widely used systems for micromanipulation and microinjection. In *National Robotics Initiative (small) 2012-2016, $1,086,657 total, (in review)*, 2012.

[6] R Kumar (PI). Efficient review and automated assessment of wireless capsule endoscopy (ce) studies. this project aims to perform a comparative evaluation of some of jhu endoscopic assessment methods with given methods. in negotiation. In *GIVEN Imaging Inc. sponsored research award.*, 2012.

[7] R Kumar (PI) and H Nguyen. Nri small:visualization of subsurface anatomical information in robotic surgery. this project aims to develop real-time registration methods for near infrared imaging suitable for use in robotic surgery. In *National Robotics Initiative (small), 2012-2016. $1,182,922 total, (in review)*, 2012.

[8] R Kumar (PI) and Y Radams. Detection of patient specific health trends using electronic records. this project aims to analyze deidentified electronic patient records, especially information submitted for reimbursement, to identify health trends and other information relevant for identifing short term and long-term adverse events. In *NIH STTR Phase I proposal, 2012-2013, $49,101 JHU total, (in review)*, 2012.

[9] R Kumar(PI). Navigation and visualization aids for flexible robots. the goal of this project was to develop methods for video registration for small field of view endoscopic cameras. In *1/1/2009-12/31/2009, Intuitive Surgical, Inc. sponsored research award,$88,047*, 2009.

[10] R Kumar(PI). The crew activity analyzer.the goal of this project was to develop methods for computation of crew performance metrics from time-lapse video recorded from simulated planetary missions. In *NASA Small Business Innovative Research Phase I Award (Foster-Miller, Inc), $70,000*, 2003.

[11] R Kumar(PI) and J Berkley. Integrating warm-up and other skill retention methods in roboticgynecological surgery. this project aims to assess the role of ongoing practice in improving the performance of robotic surgery procedures. In *NIH STTR Phase I proposal, 2012-2013, $58,393 JHU total (in review)*, 2012.

[12] R Kumar(PI) and G Hager. The crew activity analyzer-ii. the goal of this project was to develop methods for crew performance assessment during simulated space andplanetary missions. In *NASA Small Business Innovative Research Phase II Award (Foster-Miller, Inc), $600,000*, 2003.

[13] R Kumar(PI), G Hager, and D Yuh. Automated assessment of the effects of system limitations based upon data collected from multiple training centers. this is the firstever multi-center study for robotic surgery training and assessment. the goal of this project is to collect and analyze robotic surgery training procedure data for assessing performance and creating assessment metrics. In *NIH/NIBIB R21, 07/1/2009-06/30/2012 $439,116*, 2009.

[14] R Kumar(PI) and RH Taylor. The augmented micromanipulation system.the goal of this project was to develop a robotic micromanipulation system for single cell manipulation. In *NSF Small Business Innovative Research Phase I Award (Foster-Miller,Inc), $100,000*, 2002.

[15] P Zawadzki and R Kumar(JHU-PI). Robot assisted surgery computer integrated diagnostics and prognostics. the goal of this project was to extend the jhu surgical assistant workstation to perform surgical workflow assessments. In *Maryland Technology Transfer Fund grant (BlueTorch sub-award), 1/1/2010-12/31/2010 $10,000 (JHU total)*, 2010.

## Selected Completed Support

[1] J Berkely(PI), G Hager, and R Kumar (JHU-PI). Automated support for the da vinci surgical system. the goal of this project is develop methods for automated decision support in simulation and robotic surgery training. In *Army Small Business Technology Transfer (STTR) Phase I award, 11/1/2010-04/30-2011, $100,000*, 2011.

[2] J Gertler(PI) and R Kumar. The crew performance analyzer. the goal of this project was to determine crew poster and ergonomics metrics from video recorded on the international space station. In *NASA Small Business Innovative Research Phase II Award (Foster-Miller,Inc),$680,000*, 2001.

[3] GD Hager(PI), R Kumar(co-PI), R Vidal, and S Khudanpur. Language models for human dexterity. this cyber-enabled discovery and innovation project aims to develop new techniques for modeling and analyzing human skilled manipulation from motion and video data. In *National Science Foundation CDI Type-II, 07/01/09 - 06/30/13, $1,685,877 (2009-13)*, 2009.

[4] GD Hager(PI), R Kumar(co-PI), R Vidal, and S Khudanpur. Hybrid systems for modeling and teaching the language of surgery. this project aims to develop new principles for modeling and comparing time-series data from skilled human activities, and to apply these concepts to systems for training or assistance of humans in those activities. In *National Science Foundation Cyber-Physical Systems, 07/01/09 - 06/30/12, $1,499,828 (2009-12)*, 2009.

[5] R Kumar (PI). Nri:small:cooperative methods for robotic micromanipulation. this nri proposal aims to extend the current art to develop new principlesfor cooperative micromanipulation, and to apply these concepts to widely used systems for micromanipulation and microinjection. In *National Robotics Initiative (small) 2012-2016, $1,086,657 total, (in review)*, 2012.

[6] R Kumar (PI). Efficient review and automated assessment of wireless capsule endoscopy (ce) studies. this project aims to perform a comparative evaluation of some of jhu endoscopic assessment methods with given methods. in negotiation. In *GIVEN Imaging Inc. sponsored research award.*, 2012.

[7] R Kumar (PI) and H Nguyen. Nri small:visualization of subsurface anatomical information in robotic surgery. this project aims to develop real-time registration methods for near infrared imaging suitable for use in robotic surgery. In *National Robotics Initiative (small), 2012-2016. $1,182,922 total, (in review)*, 2012.

[8] R Kumar (PI) and Y Radams. Detection of patient specific health trends using electronic records. this project aims to analyze deidentified electronic patient records, especially information submitted for reimbursement, to identify health trends and other information relevant for identifing short term and long-term adverse events. In *NIH STTR Phase I proposal, 2012-2013, $49,101 JHU total, (in review)*, 2012.

[9] R Kumar(PI). Navigation and visualization aids for flexible robots. the goal of this project was to develop methods for video registration for small field of view endoscopic cameras. In *1/1/2009-12/31/2009, Intuitive Surgical, Inc. sponsored research award,$88,047*, 2009.

[10] R Kumar(PI). The crew activity analyzer.the goal of this project was to develop methods for computation of crew performance metrics from time-lapse video recorded from simulated planetary missions. In *NASA Small Business Innovative Research Phase I Award (Foster-Miller, Inc), $70,000*, 2003.

[11] R Kumar(PI) and J Berkley. Integrating warm-up and other skill retention methods in roboticgynecological surgery. this project aims to assess the role of ongoing practice in improving the performance of robotic surgery procedures. In *NIH STTR Phase I proposal, 2012-2013, $58,393 JHU total (in review)*, 2012.

[12] R Kumar(PI) and G Hager. The crew activity analyzer-ii. the goal of this project was to develop methods for crew performance assessment during simulated space andplanetary missions. In *NASA Small Business Innovative Research Phase II Award (Foster-Miller, Inc), $600,000*, 2003.

[13] R Kumar(PI), G Hager, and D Yuh. Automated assessment of the effects of system limitations based upon data collected from multiple training centers. this is the firstever

multi-center study for robotic surgery training and assessment. the goal of this project is to collect and analyze robotic surgery training procedure data for assessing performance and creating assessment metrics. In *NIH/NIBIB R21, 07/1/2009-06/30/2012 $439,116*, 2009.

[14] R Kumar(PI) and RH Taylor. The augmented micromanipulation system.the goal of this project was to develop a robotic micromanipulation system for single cell manipulation. In *NSF Small Business Innovative Research Phase I Award (Foster-Miller,Inc), $100,000*, 2002.

[15] P Zawadzki and R Kumar(JHU-PI). Robot assisted surgery computer integrated diagnostics and prognostics. the goal of this project was to extend the jhu surgical assistant workstation to perform surgical workflow assessments. In *Maryland Technology Transfer Fund grant (BlueTorch sub-award), 1/1/2010-12/31/2010 $10,000 (JHU total)*, 2010.

**EXHIBIT C**



Rajesh Kumar <rajesh5797@gmail.com>

# TBME-00054-2013 - Reviewer Invitation

2 messages

**gabor@cs.queensu.ca** <gabor@cs.queensu.ca>

Thu, Jan 17, 2013 at 10:54 PM

To: rajesh@jhu.edu

MS No: TBME-00054-2013
Title: Towards Reducing WCE Video Analysis Time by Video Summarization
Authors: Zhao, Qian; Meng, Max

Dear Dr. Kumar:

Because of your expertise, I would like to invite you to review the above-mentioned manuscript for publication in IEEE Transactions on Biomedical Engineering (TBME). The manuscript abstract is below.

TBME has received increasing numbers of high quality submissions over the last several years. Our current acceptance rate is about 20%. Your professional assessment in terms of engineering novelty and impact to biomedical research will be particularly appreciated. A manuscript which is only technically sound would not be sufficient for publication at TBME. We rely on you to control the quality of TBME, in our effort to make TBME a top tier scientific journal.

Please respond within 48 hours to indicate your acceptance or decline of this invitation, by clicking one of the following links:

Agreed: http://mc.manuscriptcentral.com/tbme-embs?URL_MASK= fXGND8m8Ps9N3sxPdwGX

Declined: http://mc.manuscriptcentral.com/tbme-embs?URL_MASK= 5yfXkDY3JJskqPkfPKsy

If you agree to review it, we ask that you return your review within three (3) weeks from today. Timely review is essential for our profession and for all of us. Thank you.

If you are unable to perform the review, it would be very helpful if, at that  time, you would suggest colleagues who are competent to review the manuscript.

My primary objective is to obtain a high-quality, fair review of  the manuscript in a timely manner. We also hope that you review any revisions of this paper in the case that a

RK-IEEE001268

major or minor revision is requested from the authors.

Thanks in advance for your assistance.

Kind regards,

Dr. Gabor Fichtinger
Associate Editor
IEEE Transactions on Biomedical Engineering

======================

Abstract: Wireless capsule endoscopy (WCE) is a state-of-the-art technique which is capable of imaging the entire small intestine non-invasively. The main problem is that it produces more than 50,000 images per examination. It is a highly time-consuming and labor tedious task for clinicians to inspect such large amount of images. Therefore, we develop a strategy to reduce the number of frames, thus the investigation time for clinicians. In this paper we propose a scheme to summarize the WCE video clips based on abnormality automatically. Color and texture features are extracted and fused by locally linear embedding (LLE) technique. We segment the video clips using a non-parametric key-point detection method and finally some representative frames are extracted and displayed in a large canvas with the temporal distribution bar. The experimental results on our current data set show that the proposed strategy achieves promising performances. It has great potential for computer aided diagnosis (CAD) for WCE assessment.

---

**Rajesh Kumar** <rajesh@jhu.edu>                    Thu, Jan 17, 2013 at 11:12 PM
To: Gabor Fichtinger <gabor@cs.queensu.ca>

Hi Gabor:

Qian is a recent graduate from my lab, and Max is a on-again/off-again collaborator. I have a clear conflict here.

PS - I probably shouldn't review and WON'T publish until the IEEE lawsuit is settled.

thanks,

rajesh
[Quoted text hidden]

RK-IEEE001269

**EXHIBIT D**

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM CORDS

For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 5-380-827**

EFFECTIVE DATE OF REGISTRATION

September 25, 2001

| | |
|---|---|
| Application received: | 25Sep01 |
| Fee received: | 25Sep01 |
| Deposit received: | 25Sep01 |

**TITLE OF WORK:**
An augmented steady hand system for precise micromanipulation

| | |
|---|---|
| Name of Author: | Rajesh Kumar |
| "Work made for hire"? | No |
| Citizen of: | |
| Domiciled in: | |
| Nature of authorship: | entire text |

**YEAR OF CREATION:**
2001

**PUBLICATION:**
| | |
|---|---|
| Date: | July 6, 2001 |
| Nation: | USA |

**COPYRIGHT CLAIMANT(S):**
Claimant #1:
Rajesh Kumar
3501 St Paul St Apt 331
Baltimore, MD 21218

**DEPOSIT ACCOUNT:** The fee for this registration has been charged to the following account:
| | |
|---|---|
| Name: | UMI Company |
| Account Number: | 072699 |

**CORRESPONDENCE:** Correspondence about this application may be addressed to:
UMI Company / Attn: Diana G. Zajic
300 North Zeeb Road
Ann Arbor, MI 48106

| | |
|---|---|
| Daytime phone number: | 800.521.0600 x7020 |
| Evening phone number: | 800.521.0600 x7020 |
| FAX number: | 734.997.4133 |
| Email address: | disscords@umi.com |

Page 1 of 2

Copyright Office Annotations:

Examined by:    jb
Correspondence:  No

PERSON TO CONTACT FOR RIGHTS AND PERMISSIONS:
    UMI Company / Attn. Diana G. Zajic
    300 North Zeeb Road
    Ann Arbor, MI 48106

| | |
|---|---|
| Daytime phone number: | 800.521.0600 x7020 |
| FAX number: | 734.997.4113 |
| Email address: | disspub@umi.com |

I, the undersigned, hereby certify that I have the authority to submit this application and that the statements made herein are correct to the best of my knowledge.
    /C=US/ST=MI/O=Bell and Howell/OU=UMI/CN=Delphine S. Lewis/
        The digital signature of the applicant is on file.

*End of Copyright Registration Data*

*This space is intentionally left blank.*

MAIL CERTIFICATE TO:
    Kumar, Rajesh
    3501 St Paul St Apt 331
    Baltimore, MD 21218

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Page 2 of 2

RK-IEEE000370

**EXHIBIT E**

# The International Journal of Robotics Research

http://ijr.sagepub.com/

**Human-Machine Collaborative Systems for Microsurgical Applications**
D. Kragic, P. Marayong, M. Li, A. M. Okamura and G. D. Hager
*The International Journal of Robotics Research* 2005 24: 731
DOI: 10.1177/0278364905057059

The online version of this article can be found at:
http://ijr.sagepub.com/content/24/9/731

Published by:
⑤SAGE

http://www.sagepublications.com

On behalf of:



Multimedia Archives

Additional services and information for *The International Journal of Robotics Research* can be found at:

**Email Alerts:** http://ijr.sagepub.com/cgi/alerts

**Subscriptions:** http://ijr.sagepub.com/subscriptions

**Reprints:** http://www.sagepub.com/journalsReprints.nav

**Permissions:** http://www.sagepub.com/journalsPermissions.nav

**Citations:** http://ijr.sagepub.com/content/24/9/731.refs.html

>> Version of Record - Sep 6, 2005

What is This?

Downloaded from ijr.sagepub.com at JOHNS HOPKINS UNIVERSITY on October 4, 2013



DEPOSITION
EXHIBIT
4  10|16|13
Hager

**Publisher's Statement:** Human-Machine Collaborative Systems for Microsurgical Applications by D. Kragic, P. Marayong, M. Li, A.M. Okamura, and G.D. Hager

**Abstract**

The International Journal of Robotics Research, 24: 9, (September 2005), p. 731. doi:10.1177/0278364905057059

**Publisher's Statement**

The Publisher wishes to include a reference to Dr. Rajesh Kumar's Ph.D. thesis, entitled "An Augmented Steady Hand System for Precise Micromanipulation," Johns Hopkins University, Baltimore MD (April 2001), which describes a framework for task level control on the Steady Hand Robot at JHU and which reports demonstrations of several representative tasks, including retinal cannulation, on dry lab and ex-vivo phantoms.  The Publisher also refers to Figure 5 of the Article and wishes to reference the depiction of retinal cannulation in Dr. Kumar's thesis, which reflects a task sequence that was performed for Dr. Kumar's thesis and is depicted in the thesis as Figure 5.13.

**D. Kragic**

Centre for Autonomous Systems
Stockholm, Sweden
danik@nada.kth.se

**P. Marayong**
**M. Li**
**A. M. Okamura**
**G. D. Hager**

Engineering Research Center for Computer Integrated
Surgical Systems and Technology
The Johns Hopkins University
Baltimore, MD 21218, USA

# Human–Machine Collaborative Systems for Microsurgical Applications

## Abstract

*Human–machine collaborative systems (HMCSs) are systems that amplify or assist human capabilities during the performance of tasks that require both human judgment and robotic precision. We examine the design and performance of HMCSs in the context of microsurgical procedures such as vitreo-retinal eye surgery. Three specific problems considered are: (1) development of systems tools for describing and implementing HMCSs, (2) segmentation of complex tasks into logical components given sensor traces of human task execution, and (3) measurement and evaluation of HMCS performance. These components can be integrated into a complete workstation with the ability to automatically "parse" traces of user activities into task models, which are loaded into an execution environment to provide the user with assistance using on-line recognition of task states. The major contributions of this work include an XML task graph modeling framework and execution engine, an algorithm for real-time segmentation of user actions using continuous hidden Markov models, and validation techniques for analyzing the performance of HMCSs.*

KEY WORDS—human–machine cooperation, hidden Markov models, virtual fixtures, microsurgical procedures, XSD/XML

## 1. Introduction

The goal of the human–machine collaborative system (HMCS) project is to investigate human–machine cooperative execution of small-scale, tool-based manipulation activ-

ities. The motivation for collaborative systems is based on evidence suggesting that humans operating in collaboration with robotic mechanisms can take advantage of robotic speed and precision, but avoid the difficulties of full autonomy by retaining the human "in the loop" for essential decision making and/or physical guidance (Kumar et al. 1999; Taylor et al. 1999). Our work on HMCSs is specifically aimed at microsurgery (Kumar et al. 1999; Rothbaum et al. 2002), but the basic principles apply to many other fine-scale tasks such as opto-electronic assembly, assembling for microelectromechanical systems (MEMS; Feddema and Christenson 1999), and cell manipulation (Kapoor, Kumar, and Taylor 2003; Kumar, Kapoor, and Taylor 2003).

Our approach to HMCSs focuses on three inter-related problems. (1) **Synthesis**: developing systems tools necessary for describing and implementing HMCSs. (2) **Modeling**: given sensor traces of a human performing a task, segmenting those traces into logical task components and/or measuring the compatibility of a given HMCS structure to that sequence of components. (3) **Validation**: measuring and evaluating HMCS performance.

Figure 1 depicts the high-level structure of our HMCS framework, which includes three main components: the human, the augmentation system, and an observer. We assume that the user primarily manipulates the environment using the augmentation system, although unaided manipulation may also take place in some settings (shown by the dashed line). The user is able to visually observe the tool and surrounding environment, and directs an augmentation device using intuitive force and position commands. The system may also have access to endpoint force data, targeted visual data and other application-dependent sensors, e.g. intra-operative imaging. The role of the observer is to assess available sensor data

The International Journal of Robotics Research
Vol. 24, No. 9, September 2005, pp. 731-741,
DOI: 10.1177/0278364905057059
©2005 Sage Publications



Fig. 1. Structure of a HMCS.



Fig. 3. Cannulation of a central retinal vein. The retinal vasculature is readily apparent; the cannula is a pulled glass pipette visible in the upper portion of the image.



Fig. 2. HMCS experimental setup using the Johns Hopkins University Steady Hand Robot.

(including forces applied by the user) and initiate, modify, or terminate various forms of assistance. Optional direct interaction between the observer and the user may also be used to convey information or otherwise synchronize their behavior.

The basic notion of HMCSs is clearly related to traditional teleoperation, although the goal of HMCSs is not to "remotize" the operator (Hirzinger et al. 1991) but rather to provide appropriate levels of operator assistance depending on context. At one extreme, shared control (Guo, Tarn, and Bejczy 1995) can be viewed as an HMCS for manipulation tasks in which some degrees of freedom are controlled by machine and others by the human. At the other extreme, supervisory control (Sheridan 1986) gives a more discrete, high-level notion of human–machine interaction. Our notion of HMCSs essentially incorporates both views, combining them with broader questions of modeling manipulation activities consisting of multiple steps and varying level of assistance, and validating those models against human performance data.

## 2. Synthesis

Our current system development efforts are motivated by the domain of retinal microsurgery, where tasks are performed near the limit of the manipulation capabilities of the human hand–eye system. A particularly challenging procedure is retinal vein cannulation: the introduction of a micro-pipette into a vessel of approximately 100 $\mu$m in diameter (Weiss 2001; Figure 3). We augment the surgeon's physical abilities using the Johns Hopkins University Steady Hand Robot (JHU SHR; Figure 2). Briefly, the JHU SHR is an admittance-controlled seven-degree-of-freedom (7-DOF) robot equipped with a force/torque sensor at the end-effector. Tools are mounted at the end-effector and "manipulated" by an operator holding a handle attached to the force sensor. The robot moves in proportion to the applied force, implementing a means of direct control for the operator. The robot is ergonomically appropriate for minimally invasive microsurgical tasks and provides micrometer-scale accuracy (Taylor et al. 1999). Two general forms of motion assistance have been investigated with the JHU SHR: force scaling (Roy and Whitcomb 2002) and motion guidance using virtual fixtures (Marayong and Okamura 2004). In this paper, we report on the latter.

### 2.1. Describing Spatial Motion Constraints

"Virtual fixtures" in our implementation provide cooperative control of the manipulator by "stiffening" a hand-held guidance mechanism against certain directions of motion or forbidden regions of the workspace. Studies on virtual fixtures for teleoperation have indicated that user performance can increase as much as 70% with fixture-based guidance (Rosenberg 1994). Here, we describe our framework for implementing virtual fixtures on the JHU SHR. In what follows, we

model the robot as a purely kinematic Cartesian device with tool tip position $x \in SE(3)$ and a control input that is endpoint velocity $v \in \mathcal{R}^6$, all expressed in the robot base frame. A human operator guides the robot by applying forces and torques $f \in \mathcal{R}^6$ on the manipulator handle, likewise expressed in robot base coordinates.

We define SHR guidance geometrically by identifying a space of "preferred" directions of motion. Let us assume that we are given a $6 \times n$ time-varying matrix $D = D(t)$, $0 < n < 6$, representing the instantaneous preferred directions of motion. For example, if $n$ is 1, the preferred direction is along a curve in SE(3); if $n$ is 2, the preferred directions span a surface, and so forth.

We define two projection operators, the span and the kernel of the column space, as

$$\text{Span}(D) \equiv [D] = D(D'D)^+ D' \quad (1)$$

$$\text{Ker}(D) \equiv \langle D \rangle = I - [D] \quad (2)$$

where $'$ denotes matrix transpose and $+$ denotes pseudo-inverse for the case where $D$ is (column) rank deficient. By decomposing the input force vector, $f$, into two components, $f_D \equiv [D]f$ and $f_\tau \equiv f - f_D = \langle D \rangle f$, and introducing a new admittance ratio $k_\tau \in [0, 1]$ that attenuates the non-preferred component of the force input, we arrive at an admittance control

$$v = k(f_D + k_\tau f_\tau) = k([D] + k_\tau \langle D \rangle)f. \quad (3)$$

Thus, the final control law is in the general form of an admittance control with a time-varying gain matrix determined by $D(t)$. By choosing $k$, we control the overall admittance of the system. Choosing $k_\tau$ low imposes the additional constraint that the robot is stiffer in the non-preferred directions of motion. We refer to the case of $k_\tau = 0$ as a hard virtual fixture, since it is not possible to move in any direction other than the preferred direction. All other cases will be referred to as soft virtual fixtures. In the case $k_\tau = 1$, we have an isotropic admittance.

Two distinct types of guidance are possible with this basic framework.

1. Motion in a subspace: suppose we are supplied with a time-varying, continuous function $D = D(t)$. Applying eq. (3) yields a motion constraint within that subspace.

2. Motion to a target pose $x_t \in SE(3)$: suppose that we have a vector $u = f(x, x_t)$ that indicates the specific direction to the target. Then by choosing $D = u$ and applying eq. (3), we create a virtual fixture that guides the user to the given target pose.

Although they use the same underlying formulation, the results of these two methods are quite different. In particular, note that when applying eq. (3) in the first case, there is no notion of a fixed reference as there is in the second case. For example, suppose the goal is to move the tip in a specific plane in space. If $D$ contains the two vectors that span the planar surface, the position of the tool tip prefers to move parallel to that surface, but will not return to it if moved away from the surface.

In order to define motions in specific surfaces, we need to include a notion of feedback. Consider $D$ as our preferred directions and let $u = f(x, S)$ now denote a signed distance of the tool tip to the reference surface $S$. We define a new preferred direction as

$$D_c(x) = (1 - k_d)[D]f/\|f\| + k_d \langle D \rangle u \quad 0 < k_d < 1, \quad (4)$$

combining the vectors that encode motion in the preferred directions and the vector correcting the tool tip back to $S$. The constant $k_d$ governs how quickly the tool is moved toward the reference surface. We note that the division by $\|f\|$ is undefined when no user force is present. As projection is invariant to scale, we write eq. (4) as

$$D_c(x) = (1 - k_d)[D]f + k_d \|f\| \langle D \rangle u \quad 0 < k_d < 1 \quad (5)$$

and apply eq. (3) with $D = D_c$.

One potential problem with this control law is that when the user applies no force, there is no virtual fixture because there is no defined preferred direction. Thus, there is a discontinuity at the origin. However, in practice the resolution of any force sensing device is usually well below the numerical resolution of the underlying computational hardware computing the pseudo-inverse, so the user will never experience this discontinuity.

To illustrate the difference between open-loop and closed-loop virtual fixtures, we applied both using the remote center of motion (RCM) module of the JHU SHR, which rotates the end-effector of the robot about a fixed point in the workspace. The task is to rotate the tool tip about the robot $z$-axis at a fixed angle. This creates a cone-shaped motion with the tip located at the RCM point. In both the open-loop and closed-loop cases a hard virtual fixture is used. It is evident from the plots in Figure 4 that, without any feedback, the position of the tool tip gradually spirals out from the reference path. At the same time, adding a small amount of feedback (in this case based on robot kinematic information) eliminates this error, just as it would in a traditional feedback control system.

For our microsurgical applications, virtual fixtures are based on both purely kinematic information and on external information provided by vision. We have implemented both two-dimensional (planar) and three-dimensional versions of the system at both macroscopic and microscopic scales. The remainder of this paper focuses on results obtained using the two-dimensional implementation shown in Figure 2. A CCD camera is attached to the robot and views a curve on a task plane. The images are processed using the XVision tracking system (Hager and Toyama 1998) to determine the tangent



(a)



(b)

Fig. 4. Position of robot tool tip with open-loop virtual fixtures (a) and closed-loop virtual fixtures (b).

to the reference path at a point closest to the center of the image in real time. The center is marked with a cross, and a user attempts to move the robot to follow the curve (similar to tracking a blood vessel in preparation for retinal cannulation). In this case, if $t_x$ and $t_y$ are the components of the tangent to the curve in the image plane, and $n_x$ and $n_y$ are the vectors from the center to the closest point on the curve, then we have $u = (n_x, n_y, 0, 0, 0, 0)'$ and $D = (t_x, t_y, 0, 0, 0, 0)'$. We note that this approach has been explored previously in the visual servoing context by other authors (Maniere, Couvignou, and Khosla 1993). Extensions of this system can be found in Bettini et al. (2002, 2004) and Marayong et al. (2003). Experimental results with human users are presented in Section 4.

## 2.2. High-level Task Specification

Most microsurgical tasks consist of discrete, serial, quasi-static steps, each with a clearly defined outcome. Hence, models for such procedures can be defined by relatively simple graphs. For example, retinal vein cannulation involves positioning and orienting a needle to the vicinity of the vein, and inserting it when appropriate until contact is made. Upon contact, puncturing is performed, after which the needle can be safely withdrawn, as shown in Figure 5.

In order to provide appropriate assistance, it is necessary to create models of procedures and attach appropriate types or levels of assistance to each step in the task. The current system is composed of the three levels shown in Figure 7.

(i) Task graph modeling and generation allows the user to design and generate a graph for the task he/she wants to perform. For this purpose, a graphical user interface (Figure 6) has been designed. The user can easily generate the control task without any need for writing the code.

(ii) Task graph execution: given the task graph, the system automatically initiates all the basic processes required to execute the task.

(iii) A set of basic primitives is implemented and used during the execution of the first two levels. These primitives are those commonly required for surgical robot tasks. An example of a set of basic primitives is shown in Figure 5 where a vein cannulation task is considered. Our previous work provides a detailed presentation of all the primitives currently available in the system (Kragic and Hager 2003).

The instructions to the low-level motion controller of the robot are passed from the basic primitives. The primitives have a common interface with functions such as Start(), Run(), and Stop(). We assume that the task can be modeled by a set of events, basis vectors, and a procedure with a sequence of states. Events represent links or triggers between the states and are either sensory based (e.g. contact detected) or induced by the user (e.g. button pressed or predefined pose). Basis vectors span the task space of the robot. Using different types of operators on the basis vectors, we can easily define subspaces for preferred robot motion. States are represented by a set of transitions and constraints. Transitions are pairs (event, newState); for each event there is a newState defined.

A set of basic primitives representing individual states can be combined to design complex tasks. Here, an important feature of the system is the ability to impose some basic requirements on the design of a task. For this reason, we have chosen to use an XML (Extensible Markup Language, http://www.xml.org) Schema Definition Language (XSD) representation for a general class of tasks as follows.

Case 2:12-cv-06870-KSH-CLW   Document 76-3   Filed 02/20/15   Page 152 of 182 PageID: 2108



Fig. 5. A graph example for vein cannulation.

Fig. 6. Graphical user interface for generating task graphs.



Fig. 7. The HMCS architecture has three levels: modeling/generation, execution, and basic primitives.

```
<xs:element name="procedures">
   <xs:complexType><xs:sequence>
      <xs:element ref="event" minOccurs="1"
                  maxOccurs="unbounded"/>
      <xs:element ref="basisVector" minOccurs="0"
                  maxOccurs="6"/>
      <xs:element ref="procedure" minOccurs="1"
                  maxOccurs="unbounded"/>
```

```
<xs:element name="procedure">
   <xs:complexType> <xs:sequence>
      <xs:element name="description"
                  type="xs:string"
         minOccurs="0" maxOccurs="1"/>
      <xs:element ref="state" minOccurs="1"
                  maxOccurs="unbounded"/>
      <xs:attribute name="name" type="xs:string"
                  use="required"/>
```

```
<xs:element name="state">
   <xs:complexType><xs:sequence>
      <xs:element name="description"
                  type="xs:string"
         minOccurs="0" maxOccurs="1"/>
      <xs:element ref="transition"
                  minOccurs="1"
                  maxOccurs="unbounded"/>
      <xs:element ref="constraint"
                  minOccurs="0"
                  maxOccurs="unbounded"/>
      <xs:attribute name="name"
                  type="xs:string"
                  use="required"/>
```

```
<xs:element name="event">
   <xs:complexType><xs:sequence>
      <xs:element name="description"
                  type="xs:string"
         minOccurs="0" maxOccurs="1"/>
      <xs:attribute name="type"   type="xs:ID"
                  use="required"/>
```

```
<xs:element name="constraint">
   <xs:complexType> <xs:sequence>
      <xs:element name="description"
                  type="xs:string"
         minOccurs="0" maxOccurs="1"/>
      <xs:attribute name="constr" type="xs:IDREF"
   use="required"/>
      <xs:attribute name="weight"
                  type="xs:double"
   use="required"/>
```

There may be a number of constraints defined for each state. These constraints are directly connected with the behavior of the system through a control algorithm. Constraints may include the level of programmed compliance/stiffness of the robot, the geometric definition of a virtual fixture, etc. According to this specification schema, XML (http://www.xml.org) can now be used for task graph generation.

A task graph modeling system allows a user to interactively design a graph for the task to be performed and save the graph as an XML file. A task graph execution engine reads the XML description and coordinates the execution of the graph. The graph itself references a library of basic primitives for providing user assistance at each step in the task, and a set of transition conditions. Thus, at each state, the graph executor initiates the appropriate assistance mode and monitors for transition events to subsequent states. Currently, there are three ways of generating a task graph: (1) using the graphical interface, (2) directly writing an XML file, and (3) automating off-line task modeling. We now discuss the last of these methods in detail.

## 3. Modeling and Sensing Human Intent

One problem that arises in HMCSs is that of providing appropriate assistance to a user based on the intent or context of his or her actions. In order to do so, the system must have a model of the task being performed, and a means for relating the actions of the user to that model. We have investigated continuous hidden Markov models (HMMs) as a means of modeling tasks from sensor traces of user task execution. A good overview of HMM theory and application is provided in Rabiner (1989). We have also developed a new algorithm for HMM recognition that allows for real-time segmentation of user actions. This recognition method allows an HMCS to automatically transition between primitives based on natural user behavior, rather than button clicks or other "artificial" inputs.

### 3.1. Off-line Task Modeling

The basic hypothesis of off-line task modeling is that, for restricted domains such as microsurgery, it is possible to model tasks using a small vocabulary of primitive "gestemes" with an associated assistance mode. We have tested our hypothesis using data acquired from task execution with the JHU SHR and modeled tasks using the HMM Toolkit (HTK; Hundtofte, Hager, and Okamura 2002; see http://htk.eng.cam.ac.uk).

The input data acquired from the robot consisted of seven variables: Cartesian forces and torques expressed in the robot's end-effector coordinates, and the magnitude of translation between the previous and current position readings. We assign a five-state linearly sequential left-to-right (SLR) structure to the HMMs of several gestemes. Two tasks were investigated: (1) a peg-in-hole task and (2) a paint task, which are analogous to retinal vessel cannulation and retinal membrane peeling, respectively. For the peg-in-hole task, five gestemes were used: *place, position, insert, withdraw* and *remove*. For the paint task, the four gestemes were: *place, position, paint,* and *remove*. Five users participated in the experiment and each user performed ten runs. Each gesteme was trained independently on a training set, then gestemes were run in parallel to segment a test set (Figure 8). In this application, training of individual models is done without any knowledge of the global structure of the network.

The obtained segmentation accuracy of the system over all users was around 84% for the peg-in-hole task and 90% for the paint task. In addition, we found that we could use gestemes trained for the paint task in the peg-in-hole task, and the resulting decrease in recognition performance was only 1.08%. These results, although preliminary, suggest that for suitably constrained situations, it is plausible that complex tasks can be modeled using a small set of manipulation primitives.

### 3.2. On-line Recognition and Assistance

Given a task model, we now ask whether it is possible to determine the appropriate task state on-line. To do this, we



Fig. 8. Network for real-time, continuous HMM recognition. One model describes the user motion at any given time.

have developed an on-line continuous HMM recognition algorithm (Li and Okamura 2003). As before, the structure of each HMM is five-state SLR and each model operates in parallel. In our implementation, the input to the algorithm is an observation vector of user-applied forces, and the output is the highest likelihood HMM: Suppose we have $M$ potential models and each model has $N$ states. For a given model $\lambda$, let $\phi_{j,\lambda}(t)$ be the likelihood of observing vector $o_1$ to $o_t$ and being in state $j$ at time $t$. The partial likelihood of each model can be computed as

$$\phi_{j,\lambda}(t) = \left[ \sum_{i=1}^{N} \phi_{i,\lambda}(t-1) a_{ij} \right] b_j(o_t) \qquad (6)$$

with

$$\phi_{1,\lambda}(1) = 1 \text{ and } \phi_{j,\lambda}(1) = 0, \ \forall \ 1 < j \leq N \qquad (7)$$

where $a_{ij}$ is the probability of the transition from state $i$ to state $j$, and $b_j(o_t)$ is the probability of the observation vector $o_t$ in state $j$.

The likelihood of state 1 of a model $\lambda$ in time $t > 1$ can be defined as

$$\dot{\phi}_{1,\lambda}(t) = \frac{1}{M} \sum_{m=1}^{M} \phi_{N,m}(t-1) \quad \text{for} \quad 1 < \lambda \leq M. \qquad (8)$$

For each model, we define the sum of the likelihood of all

Case 2:12-cv-06870-KSH-CLW   Document 76-3   Filed 02/20/15   Page 155 of 182 PageID: 2111

states as the total likelihood at time $t$ as

$$L(o_1, o_2, ..., o_t | \lambda) = \sum_{j=1}^{N} \phi_{j,\lambda}(t), \qquad (9)$$

where the model with the highest total likelihood represents the current hypothesis.

We tested the on-line recognition algorithm with the JHU SHR in a planar environment, where the goal of the human operator was to follow a sinusoidal path, but avoid a portion of the path covered by a circle. Virtual fixture assistance for path following was provided or removed based on the results of HMM recognition, which was computed every 33 ms. In our experiment, we included three models/gestemes (HMMs) of user actions: (1) *silence* (user is doing nothing), (2) *follow curve* (user is following the curve), and (3) *avoid curve* (user is not following the curve). The force applied by the user, $f$, was decomposed into the directions parallel to reference curve $\delta$ and the normal direction $\tau$. $\|f_\tau\|$, $\|f_\tau\|$ and $\|f \cdot \delta\|$ were the elements of the observation vector used to train the HMMs.

The accuracy of recognition and the sensitivity of our algorithm to training in differing environments were examined by an experiment where (1) the same sine curve was used for both training and recognition, and (2) different sine curves were used for training and recognition. The average accuracy of real-time continuous recognition among all subjects was larger than 90% in both cases.

## 4. Validation

During task execution, speed and accuracy are generally used as metrics to evaluate performance. There is typically a trade-off between these two metrics, as described by Fitts law (Fitts 1954). In this section, we demonstrate that the addition of virtual fixture guidance improves speed and accuracy in comparison to unaided SHR manipulation. The experimental setup makes use of the curve-following virtual fixture described in Section 2.1.

### 4.1. Virtual Fixtures

We present two experiments that examine the effects of virtual fixture guidance with admittance ratios ranging from complete guidance ($\tau = 0$) to no guidance ($\tau = 1$). Experiment I determines the relationship between level of virtual fixture guidance and performance of a path following task. Experiment II studies the effect of virtual fixture guidance on manipulation tasks in which the user must move away from the path defined by the virtual fixture. In both experiments, the reference path for virtual fixture guidance was a 0.39 mm thick sine curve with a 35 mm amplitude and 70 mm wavelength. For Experiment II, we added a circle of radius 10 mm with its center located at the midpoint of the sine curve. The subjects were



Fig. 9. Task descriptions for HMCS performance experiments: (a) path following, (b) off-path targeting, and (c) avoidance. The black line denotes the virtual fixture reference path, and the path to be followed by the user is dark gray.

provided with instructions as shown in Figure 9, and told to move along the path as quickly as possible without sacrificing accuracy, considering accuracy and speed with equal emphasis. Experiment I included five subjects performing the path following task (Figure 9(a)) three times with 11 admittance ratios from 0 to 1 (0, 0.1, ... ). Experiment II included eight subjects performing each of the three tasks shown in Figure 9 three times with four discrete admittance ratios corresponding to four guidance levels (0 = complete, 0.3 = medium, 0.6 = soft, and 1 = none). At the run time, time and error data were recorded during travel from Point A to Point B in Figure 9. The error represents the sum of deviation from the reference path. For the off-path targeting task (Figure 9(b)), we recorded the time it took each subject needed to return to the curve after leaving it. The error recorded in this task is the amount of overshoot/undershoot from the target. For the avoidance task (Figure 9(c)), we recorded the time needed to avoid the circle, and no error was measured. For the data obtained in Experiment II, we performed ANOVA and multiple pair-wise comparisons using Tukey's method to determine significant differences. Data are shown in Table 1.

For Experiment I, the data indicate that task error and execution time have linear relationships with admittance ratio, as shown in Figure 10. This is to be expected, since the output velocity of the SHR is linearly proportional to admittance ratio. For Experiment II, the average execution time and error were used to determine the improvement in performance with different guidance levels. For the path following task, a decrease

**Table 1. Experiment II. Experimental Results for Eight Subjects: Rows 1–4 for Path Following, Rows 5–7 for Off-Path Targeting, and Rows 8–10 for Avoidance**

| | Admittance Ratio ($k_r$) | Guidance | Time (s) | | Error (mm) | |
|---|---|---|---|---|---|---|
| | | | Average | Standard Deviation | Average | Standard Deviation |
| 1 | 0 | Complete | 18.710 | 1.357 | 0.061 | 0.013 |
| 2 | 0.3 | Medium | 19.647 | 1.879 | 0.078 | 0.020 |
| 3 | 0.6 | Soft | 20.425 | 2.042 | 0.121 | 0.030 |
| 4 | 1 | None | 24.745 | 5.405 | 0.229 | 0.087 |
| 5 | 0.3 | Medium | 9.754 | 3.664 | 1.256 | 0.456 |
| 6 | 0.6 | Soft | 7.148 | 3.178 | 0.910 | 0.180 |
| 7 | 1 | None | 6.256 | 2.353 | 0.702 | 0.437 |
| 8 | 0.3 | Medium | 14.681 | 5.629 | – | – |
| 9 | 0.6 | Soft | 11.871 | 4.959 | – | – |
| 10 | 1 | None | 9.317 | 2.954 | – | – |



Fig. 10. Average normalized time and error versus admittance ratio for the path following task.

in admittance ratio significantly reduces error, except between medium and complete guidance. However, a decrease in admittance ratio does not improve execution time significantly. We note that none of the subjects performed worse in both time and error when admittance ratio decreased. Complete guidance resulted in the best performance, but any guidance at all resulted in shorter time and/or higher accuracy compared to no guidance. For the targeting task, stronger guidance slowed task execution. However, the execution times for no guidance and soft guidance do not differ significantly. The analysis also shows no significant difference in error for all guidance levels. In general, reducing guidance reduces the time and error during target acquisition. For the avoidance task, only the execution time was considered. The results indicate that less guidance reduces the execution time.

The results show that the selection of virtual fixture guidance level is a task-dependent process. For surgical applications, error reduction is typically more important than the amount of time required to perform the task. For tasks that require significant independent movement from the user, such as object avoidance and off-path targeting, strong guidance will reduce accuracy and increase execution time. Therefore, a lower amount of guidance is recommended. Based on the linear relationship between admittance and performance found in Experiment I, we developed admittance ratio selection parameters that can be used to determine an appropriate guidance level (Marayong and Okamura 2004). Using equal weighting for error versus time, and path following versus path avoidance, we found that an admittance ratio of approximately 0.6 is optimal. However, on-line admittance tuning




Fig. 11. Mean and standard deviation of average error (left) and time (right) for the *follow curve* section of the task, *avoid curve* section of the task, and *total* task. *HMM+VF* indicates that the virtual fixture was switched off by the HMM when it was detected that the user intended to move away from the curve. *VF* indicates a constant virtual fixture with admittance ratio $k_\tau = 0.3$, and *NG* indicates no guidance ($k_\tau = 1$).

based on user preference or automatic intent recognition is recommended to achieve the full benefit of virtual fixture guidance, as described in the following section.

### 4.2. On-line Assistance

In this experiment, eight subjects were asked to follow the sine curve (model *follow curve*) and the edge of the circle (model *avoid curve*) in three different modes: (1) *HMM+VF* where real-time recognition was used to determine when to apply or remove the virtual fixture, (2) *VF* where a virtual fixture with constant admittance ratio $k_\tau = 0.3$ was applied, and (3) *NG* where the virtual fixture was removed (no guidance, $k_\tau = 1$). The error (deviation from the curve) and time were again used to validate the performance. To create a "gold standard" for the correct segmentation, the subjects were asked to press a space bar when they intended to transition from one model to another. The results presented in Figure 11 show the improvements in performance when the combined algorithm (*HMM+VF*) is used. This is expected, as the *HMM+VF* algorithm provides the user with assistance when he/she wants to follow the curve, and removes the assistance otherwise.

## 5. Conclusions and Future Work

We have presented the structure, analytical models and experimental results of a HMCS. This includes a method for implementing guidance virtual fixtures with an admittance controlled robot, as well as techniques for automatic recognition of user activities. These components are integrated through a task graph and execution engine specifically designed for serial procedures such as those encountered in microsurgery.

These components are being assembled into a complete microsurgical workstation for vitreo-retinal eye surgery (see



Fig. 12. The eye microsurgery testbed. The system includes the JHU SHR for tool manipulation, a stereo video microscope, and a stereoscopic display system. The methods described in this paper are being tested in simulated surgical environments using this system.

Figure 12). For various microsurgical procedures, the system will automatically "parse" traces of user execution into a task model, load the task model into the execution environment, and provide the user with assistance using on-line recognition of task state. The system will be tested using *ex vivo* and *in vivo* experiments involving evaluation of system performance during operation by surgeons.

## Acknowledgments

The authors thank Russell Taylor and Blake Hannaford for their insight related to this research. This material is based upon work supported by the National Science Foundation,

under Grants No. EEC-9731478, IIS-0099770, ITR-0205318, and the Swedish Foundation for Strategic Research through the Centre for Autonomous Systems.

## References

Bettini, A., Lang, S., Okamura, A., and Hager, G. 2002. Vision assisted control for manipulation using virtual fixtures: experiments at macro and micro scales. *Proceedings of the IEEE International Conference on Robotics and Automation*, Washington, DC, May 11–15, pp. 3354–3361.

Bettini, A., Marayong, P., Lang, S., Okamura, A. M., and Hager, G. D. 2004. Vision assisted control for manipulation using virtual fixtures. *IEEE International Transactions on Robotics and Automation* 20(6):953–966.

Feddema, J. T. and Christenson, T. R. 1999. Parallel assembly of high aspect ratio microstructures. *SPIE Microrobotics and Microassembly* 3834:153–164.

Fitts, P. M. 1954. The information capacity of the human motor system in controlling the amplitude of movement. *Journal of Experimental Psychology* 47:381–391.

Guo, C., Tarn, T. J., and Bejczy, A. 1995. Fusion of human and machine intelligence for telerobotic systems. *Proceedings of the International Conference on Robotics and Automation*, Nagoya, Japan, pp. 3110–3115.

Hager, G. D. and Toyama, K. 1998. The XVision system: a general purpose substrate for real-time vision applications. *Computer Vision and Image Understanding* 69(1):21–27.

Hirzinger, G., Grunwald, G., Brunner, B., and Heindl, H. 1991. A sensor-based telerobotic system for the space robot experiment. *Proceedings of the 2nd International Symposium on Experimental Robotics*, Toulouse, France, June 25–27, pp. 222–238.

Hundtofte, C. S., Hager, G. D., and Okamura, A. M. 2002. Building a task language for segmentation and recognition of user input to cooperative manipulation systems. *Proceedings of the 10th International Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems*, Orlando, FL, March, pp. 225–230.

Kapoor, A., Kumar, R., and Taylor, R. 2003. Simple biomanipulation tasks with a "steady hand" cooperative manipulator. *Proceedings of the 6th International Conference on Medical Image Computing and Computer Assisted Intervention (MICCAI 2003)*, Vol. I, Montreal, Canada, *Lecture Notes in Computer Science*, Vol. 2878, Springer-Verlag, Berlin, pp. 141–148.

Kragic, D. and Hager, G. D. 2003. Task modeling and specification for modular sensory based human-machine cooperative systems. *Proceedings of the IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS03)*, Las Vegas, NV, October 27–31, pp. 3192–3197.

Kumar, R., Goradia, T. M., Barnes, A., Jensen, P., Whitcomb, L. L., Stoianovici, D., Auer, L. M., and Taylor, R. H. 1999. Performance of robotic augmentation in common dextrous surgical motions. *Medical Image Computing and Computer-Assisted Interventions (MICCAI 1999)*, Cambridge, UK, pp. 1108–1115.

Kumar, R., Kapoor, A., and Taylor, R. H. 2003. Preliminary experiments in robot/human microinjections. *Proceedings of the IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 2003)*, Las Vegas, NV, October 27–31, Vol. 4. pp. 3186–3191.

Li, M. and Okamura, A. M. 2003. Recognition of operator motions for real-time assistance using virtual fixtures. *Proceedings of the 11th International Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems, IEEE Virtual Reality*, Los Angeles, CA, March, pp. 125–131.

Maniere, E. C., Couvignou, P., and Khosla, P. 1993. Robotic contour following based on visual servoing. *Proceedings of the 1993 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 1993)*, Yokohama, Japan, July 26–30, pp. 716–722.

Marayong, P. and Okamura, A. M. 2004. Speed–accuracy characteristics of human–machine cooperative manipulation using virtual fixtures with variable admittance. *Human Factors* 46(3):518–532.

Marayong, P., Li, M., Okamura, A. M., and Hager, G. D. 2003. Spatial motion constraints: theory and demonstrations for robot guidance using virtual fixtures. *Proceedings of the IEEE International Conference on Robotics and Automation*, Taipei, Taiwan, September 14–19, pp. 1954–1959.

Rabiner, L. 1989. A tutorial on hidden Markov models and selected applications in speech recognition. *Proceedings of the IEEE* 77(2):257–286.

Rosenberg, L. 1994. Virtual Fixtures. Ph.D. Thesis, Department of Mechanical Engineering, Stanford University.

Rothbaum, D., Roy, J., Stoianovics, D., Berkelman, P., Hager, G., Taylor, R., Whitcomb, L., Francis, H., and Niparko, J. 2002. Robot-assisted stapedotomy: micropick fenestration of the stapes footplate. *Otolaryngology—Head and Neck Surgery* 127(5):417–426.

Roy, J. and Whitcomb, L. L. 2002. Adaptive force control of position/velocity controlled robots: theory and experiment. *IEEE Transactions on Robotics and Automation* 18(2):121–137.

Sheridan, T. B. 1986. Human supervisory control of robot systems. *Proceedings of the International Conference on Robotics and Automation*, San Francisco, CA, pp. 808–812.

Taylor, R. H., Jensen, P. S., Whitcomb, L. L., Barnes, A. C., Kumar, R., Stoianovici, D., Gupta, P., Wang, Z., deJuan, E., and Kavoussi, L. 1999. A steady-hand robotic system for microsurgical augmentation. *International Journal of Robotics Research* 18:1201–1210.

Weiss, J. N. 2001. Injection of tissue plasminogen activator into a branch retinal vein in eyes with central retinal vein occlusion. *Opthalmology* 108(12):2249–2257.

**EXHIBIT F**

# Erratum: Human-Machine Collaborative Systems for Microsurgical Applications

Danica Kragic[1], Panadda Marayong[2], Ming Li[2], Allison M. Okamura[2], and Gregory D. Hager[2]

[1] Centre for Autonomous Systems, Stockhom, Sweden,
[2] Engineering Research Center for Computer Integrated Surgical Systems and Technology
   The Johns Hopkins University, Baltimore, MD 21218 USA

P. Dario and R. Chatila (Eds.): Robotics Research, STAR 15, pp. 162–171, 2005.
© Springer-Verlag Berlin Heidelberg 2005

DOI 10.1007/978-3-540-31508-7_62

"The Publisher wishes to include a reference to Dr. Rajesh Kumar's Ph.D. thesis, entitled."An Augmented Steady Hand System for Precise Micromanipulation," Johns Hopkins University, Baltimore MD (April 2001), which describes a framework for task level control on the Steady Hand Robot at JHU and which reports demonstrations of several representative tasks, including retinal cannulation, on dry lab and ex-vivo phantoms. The Publisher also refers to Figure 2 of the Article and wishes to reference the depiction of retinal cannulation in Dr. Kumar's thesis, which reflects a task sequence that was performed for Dr. Kumar's thesis and is depicted in the thesis as Figure 5.13."

The original version for this chapter can be found at
http://dx.doi.org/10.1007/978-3-540-31508-7_18



**EXHIBIT G**

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

*Rajesh Kumar, RNA*
Plaintiff(s)

v

CASE # *24-C-12-006247*

*Johns Hopkins University*
Defendant(s)

## JUDGMENT

This matter having been decided by:

☐   A judge;

☑   A jury verdict,

with Judge *Handy* presiding,  it is this *23rd* day

of *April*, 20 *14*

### ORDERED AND ADJUDGED that:

☐   the complaint is dismissed without leave to amend.

☑   judgment is granted in favor of _*Plaintiff*_____

_____
(Party/Parties for Whom Judgment Granted)

And against _*Defendant*_____

_____
(Party/Parties Against Whom Judgment Granted)

☑   in the sum of $ *46,220.4¢*

☐   all relief is denied.

☑   Costs are assessed against _*Defendant*_____

*/s/ Frank Wm Conaway /aa*
**Clerk of Court**

AOC-CC-302
REV. (7/08)

| | | |
|---|---|---|
| RAJESH KUMAR, PhD. | * | IN THE |
| | * | |
| | * | CIRCUIT COURT |
| Plaintiff, | * | |
| | * | FOR BALTIMORE CITY |
| v. | * | |
| | * | Case No.:  24-C-12-006249 |
| JOHNS HOPKINS UNIVERSITY, | * | |
| | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **VERDICT SHEET**

### **CONVERSION CLAIM**

1. Did Defendant convert Plaintiff's personal property on the website?

    YES  _____                    NO  __✓__

    If NO, go next to the <u>Trespass to Chattel Claim</u>, below.

    If YES, what amount of damages do you award to Plaintiff as compensation for the conversion of his personal property on the website?    $_____ .  Next, please skip the <u>Trespass to Chattel Claim</u>, immediately below and go next to claim – the <u>Breach of Employment Contract - 10% FTE Salary Claim</u>, at the top of page 2.

### **TRESPASS TO CHATTEL CLAIM**

1. Did Defendant wrongfully interfere with Plaintiff's personal property on the website?

    YES __✓__                            NO_____

    If "NO", proceed to the next page, please skip to **Breach of Employment Contract - 10% FTE Salary Claim**

    If "YES", What amount of damages do you award to Plaintiff as compensation for the wrongful interference with his personal property on the website?

    $ _5,000_____ .

1

## BREACH OF EMPLOYMENT CONTRACT - 10% FTE SALARY CLAIM

1. Did Defendant breach Plaintiff's employment contract with respect to payment of his 10% FTE salary?

   YES ___✓___                                     NO _____

   If NO, go next to the <u>Breach of Contract – Salary Stabilization Claim</u>, below.

   If "YES", what amount of damages do you award to Plaintiff for the breach
   $ 20,106.67.

## BREACH OF CONTRACT - SALARY STABILIZATION CLAIM

1. Did Defendant breach Plaintiff's contract with respect to payment of salary stabilization?

   YES ___✓___                                     NO _____

   If NO, please go the next section,  <u>Maryland Wage Payment & Collection Law</u>
   <u>("MWPCL") Claim – Salary Stabilization</u>

   If YES, the parties have agreed as to the correct amount of salary stabilization owed to
   the Plaintiff as $11,053.77 so you need not answer any question about the amount of
   damages owed.

## MARYLAND WAGE PAYMENT & COLLECTION LAW ("MWPCL") CLAIM – SALARY STABILIZATION

1. Do you find that salary stabilization is a "wage" under the MWPCL?

   YES _____                          NO ___✓___

   If YES, please proceed to question 2 immediately below, if NO please go to the next
   claim  -<u>MWPCL for 10% FTE salary</u>

2. Do you find there was a good faith dispute that the salary stabilization was owing?

   YES _____                          NO_____

   If YES, proceed to the next claim - <u>MWPCL for 10% FTE salary</u>

   If NO, please go next to Question 3, immediately below

3. You have the discretion to award up to three times the actual amount of wages owed.  The parties have
   stipulated that if there was an amount owing, that amount is $11,053.77, what is the additional amount
   of damages you want to award the Plaintiff, up to the maximum of $33 161.31:
   $_____

2

**MARYLAND WAGE PAYMENT & COLLECTION LAW ("MWPCL") CLAIM – 10% FTE SALARY**

Answer Question 1 immediately below if you determine that Defendant owed Plaintiff 10% of his FTE salary on the claim on the top of page 2, called "Breach of Employment Contract - 10% FTE Salary Claim" and answered YES.

If you answered NO to that question, please go to the next and last claim, <u>Breach of Contract: Research Misconduct Procedures – Retaliation Claim.</u>

1. Do you find that there was a good faith dispute that that 10% FTE salary was owing?

   YES  ✓                                    NO _____

   If YES, proceed to the next and last claim below.

   If NO, go to Question 2, immediately below.

2. You have the discretion to award up to three times the actual amount of wages owed. What amount of damages do you award Plaintiff under the MWPCL claim for 10% FTE salary claim?

   _____

**BREACH OF CONTRACT: RESEARCH MISCONDUCT PROCEDURES – RETALIATION CLAIM**

1. Do you determine that Defendant breached the Research Misconduct Procedures by retaliating against Plaintiff for filing a research misconduct complaint?

   YES  ✓                                    NO _____

   If YES, answer Question 2, immediately below.

   If "NO, skip Question 2 below and sign and date the Verdict Sheet.

2. The parties have agreed that the amount of damages for this claim, if any are owed, are the claimed damages for salary stabilization and 10% of Plaintiff's FTE salary. What is amount of damages do you award to Plaintiff for the breach of this breach of contract claim $ 10,000 _____

Please sign and date immediately below.

Dated: 4-23-14 _____

_Laurana Simmons_
Signed by Jury Forewoman

3

**EXHIBIT H**

# Vision Assisted Control for Manipulation Using Virtual Fixtures: Experiments at Macro and Micro Scales

A. Bettini, S. Lang, A. Okamura and G. Hager

Engineering Research Center for Computer
Integrated Surgical Systems and Technology
Department of Computer Science
The Johns Hopkins University

## Abstract

*We present the design and implementation of a vision-based system for micron-scale, cooperative manipulation of a surgical tool. The system is based on a control algorithm that implements a broad class of guidance modes called virtual fixtures. A virtual fixture, like a real fixture, limits the motion of a tool to a prescribed class or range. The implemented system uses vision as a sensor for providing a reference trajectory, and the control algorithm then provides haptic feedback involving direct, shared manipulation of a surgical tool. We have tested this system on the JHU Steady Hand robot and provide experimental results for path following and positioning on structures at both macroscopic and microscopic scales.*

## 1   Introduction

Our recent work in robotically assisted microsurgery has led us to consider methods that would allow humans and machines to *collaborate* on a complex, physical manipulation task. We refer to such systems as Human-Machine Collaborative Systems (HMCS). Broadly speaking, the goal of HMCS is to assist human operators in the execution of manipulation tasks at the fringe of human ability, while maintaining a variable degree of operator control. In contrast to traditional teleoperation systems, the focus of HMCS is not to "remotize" human control, but rather to offer varying levels of operator assistance or performance enhancement depending on contextual factors.

Virtual fixtures [6, 7, 8] have been recently developed as a means of providing direct, physical assistance. This paper details the development and testing of a compliant, vision-based virtual fixture that we have employed at both macroscopic and microscopic scales. In an immediate predecessor to this paper [1], we describe control algorithms that can be used to create "hard" and "soft" virtual fixtures for an admittance control cooperative system, the JHU Steady Hand Robot [4, 5, 9]. We demonstrated that the use of vision-based virtual fixtures significantly reduced positioning error and execution time in a macro-scale task.

In this paper, we extend [1] in two directions. First, we generalize our control algorithms to a broader class of multi-step tasks. Second, we provide quantitative experimental data and system analysis for manipulation at scales an order of magnitude below the results previously reported.

## 2   Virtual Fixtures

In our previous paper [1], we described a basic control scheme for aiding a user while following a path or attempting to reach a point. We considered two types of virtual fixtures: hard constraints, which only permit a user to move along the reference path; and soft constraints, which allow the user to deviate from the path. As shown below, both classes of fixtures can be realized as a parametric variation on a single class of controllers. We further note that moving to a specific point can be cast as moving along a path defined by the current position of tool and the desired goal location. Thus, by designing a general *reference direction fixture*, we are able to accomplish all of our objectives. In this work, we take further advantage of the generality of reference direction fixtures by extending our approach to tasks with both path following and positioning components.

### 2.1   Basic Definitions

When the goal is to follow a path, we consider a reference curve described by a parametric expression:

$$\mathbf{p} : [0, 1] \to \Re^3 \qquad (1)$$

In what follows, we assume that $\mathbf{p} \in C(1)$. The vector tangent to the curve in the direction of increasing parameter values is:

$$\mathbf{t}(s) = \frac{d\mathbf{p}(s)}{ds} \qquad (2)$$

Given a point $\mathbf{x}_a$ not on $\mathbf{p}$, we define the closest point on the curve as $\hat{s}(\mathbf{x}_a)$ where

$$\|\mathbf{p}(\hat{s}(\mathbf{x}_a)) - \mathbf{x}_a\| = \min_{s \in [0,1]} \|\mathbf{p}(s) - \mathbf{x}_a\| \qquad (3)$$

In the cases where $\hat{s}$ is not uniquely defined, a further continuity condition on $t(\hat{s})$ guarantees a correct mapping from Cartesian space to parameter space during the motion. A preferred *reference direction*, $\boldsymbol{\delta}$, can be defined for each point $\mathbf{x}_a \in \Re^3$ as

$$\boldsymbol{\delta}(\mathbf{x}_a) = \frac{\mathbf{t}(\hat{s}(\mathbf{x}_a))}{\|\mathbf{t}(\hat{s}(\mathbf{x}_a))\|}. \tag{4}$$

When the goal is to move to a specific target point, $\mathbf{x}_t \in \Re^3$, we assume that the desired path is a straight line from the current position $\mathbf{x}_a$ to $\mathbf{x}_t$. It immediately follows that

$$\boldsymbol{\delta}(\mathbf{x}_a) = \begin{cases} (\mathbf{x}_t - \mathbf{x}_a)/\|\mathbf{x}_t - \mathbf{x}_a\| & \mathbf{x}_a \neq \mathbf{x}_t \\ 0 & otherwise. \end{cases} \tag{5}$$

In practice, the singularity at the target point requires special handling. In the experimental section we evaluate four different solutions to this problem.

## 2.2   Control Law

Let us now consider $\mathbf{x}_a$ as the operational point of a robot that is directed by a user. Direction is supplied by the sensed forces applied to a tool handle. Let $\mathbf{f} \equiv (f_x f_y f_z)^T$ represent these commanded forces in the robot base frame of reference. Likewise, we consider $\mathbf{x}_a$, $\mathbf{x}_t$, $\mathbf{p}$ and $\boldsymbol{\delta}(\mathbf{x}_a)$ to be expressed in the robot base frame.

For a robot position $\mathbf{x}_a$, reference direction $\boldsymbol{\delta}(\mathbf{x}_a)$ and measured $\mathbf{f}$, we model our problem as that of creating a *virtual contact* between the tool tip and the surrounding environment, which has anisotropic stiffness properties according to the reference direction. In order to define this stiffness, we decompose the commanded forces into two orthogonal components,

$$\begin{aligned} \mathbf{f}_\delta &= (\mathbf{f}^T \boldsymbol{\delta})\boldsymbol{\delta} \\ \mathbf{f}_\tau &= \mathbf{f} - (\mathbf{f}^T \boldsymbol{\delta})\boldsymbol{\delta}. \end{aligned} \tag{6}$$

The stiffness is then given by two coefficients: a low stiffness ($k_\delta$) is defined along $\boldsymbol{\delta}$ while a high stiffness ($k_\tau$) is defined in all directions orthogonal to it.

With this decomposition, we can write a velocity law for end-effector motion as

$$\begin{aligned} \mathbf{v}_\delta &= \frac{1}{k_\delta}\mathbf{f}_\delta \\ \mathbf{v}_\tau &= \frac{1}{k_\tau}\mathbf{f}_\tau, \end{aligned} \tag{7}$$

where $\mathbf{v}_\delta$ and $\mathbf{v}_\tau$ are velocity components along the directions $\boldsymbol{\delta}$ and $\boldsymbol{\tau}$, respectively. Note that it is the *ratio* of $k_\delta$ to $k_\tau$ that defines the anisotropy of the control law. Thus, by defining the matrix $D = \boldsymbol{\delta}\boldsymbol{\delta}^T$, we can derive a velocity command law as

$$\mathbf{v} = k_S \left( D + c_\tau(I - D) \right) \mathbf{f}, \tag{8}$$

$I$ is the $3 \times 3$ identity matrix, $c_\tau = 1/k_\tau$ is the orthogonal compliance value, we have fixed $k_\delta = 1$, and we

have introduced a global scaling coefficient $k_S$. Now, we can separately tune the responsiveness of the system using $k_S$, and set the "hardness" of the virtual fixture by manipulating $c_\tau$ as follows: $c_\tau = 0$ for hard virtual fixturing, $c_\tau \in (0, 1)$ for soft virtual fixturing and $c_\tau = 1$ for no virtual fixturing (free motion).

Using Equation 8, a force exerted by the user on the handle is transformed into a tool tip velocity according to its magnitude and direction, as if the force were acting on the unconstrained tool tip in contact with the virtual environment. The anisotropic characteristics of the environment are changed according to a simple rule: increasing (or reducing) $c_\tau$ in $[0, 1]$ increases (or reduces) the ability of the tool to move in directions orthogonal to the reference direction.

The loop gain $k_S$ used in Equation 8 can be decomposed into two terms: $k_S = k_L k_f$. $k_f$ governs the overall scaling between applied force and robot velocity, while $k_L$ imposes a maximum norm, $v_{max}$, for the velocity vector $\mathbf{v}$ according to

$$m = k_f \|D + c_\tau(I - D)\| \|\mathbf{f}\| \tag{9}$$

$$k_L = \begin{cases} 1 & v_{max} \geq m \\ \frac{v_{max}}{m} & v_{max} < m. \end{cases} \tag{10}$$

For positioning problems, the velocity should become zero when the target point is acquired. This can be achieved by choosing

$$v_{max} = f(\|\mathbf{x}_a - \mathbf{x}_t\|), \tag{11}$$

where $f$ is a $\bar{C}(0)$, monotonically non-decreasing function such that $f(0) = 0$. A similar approach can be used in path following problems as well, to reduce the maximum velocity in regions of the path.

Although the proposed controller is effective in helping the user move in a specified direction, the definition of $\boldsymbol{\delta}$ (Equation 4) only produces motion parallel to the reference curve. In order to move the user back to the curve, we modify the definition of $\boldsymbol{\delta}$ for the path following case as follows:

$$\boldsymbol{\delta}_c(\mathbf{x}_a) = signum(\mathbf{f} \cdot \boldsymbol{\delta}(\mathbf{x}_a))\boldsymbol{\delta}(\mathbf{x}_a) + k_d \mathbf{e}(\mathbf{x}_a), \tag{12}$$

where $\mathbf{e}$ is the Cartesian error

$$\mathbf{e}(\mathbf{x}_a) = \mathbf{p}(\hat{s}(\mathbf{x}_a)) - \mathbf{x}_a, \tag{13}$$

$k_d > 0$ is a scalar gain (that weights the attractive effect), and the *signum* function allows the choice of the right direction for $\boldsymbol{\delta}$. With this change we must also add the condition that when $\mathbf{f} \cdot \boldsymbol{\delta}_c < 0$, we set $\mathbf{f}_\delta = \mathbf{0}$. This ensures that the robot does "push" the user when it is away from the reference trajectory.

## 2.3   A More General Path Definition

The structural invariance of the controller with respect to path following or positioning suggests a generalization of the task definition. The idea is to consider a combined task that first involves following a given

path, and then requires positioning at a given target point. Such a reference path can be formalized as follows:

- A path equation $\mathbf{p}(s)$ (Equation 1).

- A target point $\mathbf{x}_t$, lying along the path ( $\mathbf{x}_t = \mathbf{p}(\bar{s}), \bar{s} \in [0, 1]$).

- A spherical neighborhood $S_2(\mu)$ of radius $\mu$ about $\mathbf{x}_t$.

The sphere $S_2(\mu)$ is a controller switching surface: outside $S_2(\mu)$, the task is a path following problem, while inside $S_2(\mu)$, it is a positioning problem. Considering the same value of $c_\tau$ for both parts, the switch only involves a discontinuity in the *reference direction fixture*. If the instantaneous rotation applied to the direction is too high, it is possible to smooth it in more than one sample instant. In this way, tolerating a small error, smooth motion is guaranteed.

A further generalization is still possible by substituting the condition $\mathbf{p} \in C(1)$ with a looser one $\mathbf{p} \in \bar{C}(1)$. This corresponds to considering tasks composed of a set of linked path following problems. The reference direction virtual fixture (Equation 4) is still well-defined, with exception of the non-differentiable path connection points. At these points, the curve tangent (Equation 2) can be evaluated as the direction that is orthogonal to the minimum distance segment (oriented in the reference direction), and lies in the local osculating plane. This choice guarantees a correct evaluation of the reference direction everywhere in the path.

## 3   Experiments

We have implemented the algorithms described above, and performed experiments demonstrating the system's performance using reference direction virtual fixtures at the macro and micro scales. The same expert user performed all the experiments.

### 3.1   Experimental System

The algorithms described above were implemented on the JHU Steady Hand Robot system (SHR) [5]. The robot was equipped with a vision sensor and a force-sensing handle on the end effector. We chose to execute two-dimensional tasks (defining a task plane), so only the first two translational joints of the robot base were used. We performed experiments using a CCD camera at the macro scale and a grin lens endoscope at the micro scale. The vision sensor always viewed the task plane, allowing reading of the motion references and real time display of task execution (Figure 1). On-screen display of the task execution is useful for operators at the macro scale, and essential at the micro scale, as it would be impossible to complete the task using the naked eye.



Figure 1: The experimental setup of the JHU Steady Hand Robot when using virtual fixtures to assist in path following and positioning tasks: left, macro scale; right, micro scale.

The center of the image was graphically marked, and users were instructed to perform path following and positioning tasks relative to this mark. The sensor on the handle was used to record user commands. The force sensor resolution is $12.5mN$ and force values are expressed as multiples of this base unit.

For the *positioning* case, the task was specified by defining a position in absolute robot coordinates. In order to define the task for the user, a visual cue (a black mark on a sheet of paper) was created at the appropriate location. For the *path following* case, at macro scale, the path is furnished to both the system and the user by printing a sine curve (35mm amplitude, 70mm wavelength, and 0.54mm width) on the task plane (in black on white paper). At micro scale, it was not possible to print a sufficiently smooth curve, so we instead embedded a wavy human hair (about 80 $\mu m$ diameter) in glue on a yellow sheet of paper. In the macro case, the camera was positioned 200mm from the paper, yielding a pixel footprint of 0.066mm on the working surface. In the micro case, the endoscope was about 150 $\mu m$ above the working surface, yielding a pixel footprint of about 1 $\mu m$ (Figure 2).

For the *positioning* case, the control law used a positioning error measured from the robot encoders while, for the *path following* case, visual tracking (using the XVision system [3]) was used to sense (in real time)



Figure 2: An endoscope image of the 80 $\mu m$-diameter human hair used as the path in micro scale experiments.

the local position and tangent direction of the path. Subpixel interpolation is used to increase the precision of these measurements. The vision and control subsystems executed on two different PCs, and the data exchange was realized over a local network. The control system operated at 100 Hz, using the most recent available data from the vision system and handle force sensor. The vision system recorded the direction and error estimates at each sample time: the macro scale used $640 \times 480$ pixel images at 30Hz, while the micro scale used $320 \times 240$ pixel images at 60Hz.

The motion was scaled choosing

$$k_f = \begin{cases} 0.001 : \|\mathbf{v}\| \leq 2 \\ 0.001(1 + 0.003(\|\mathbf{v}\| - 2)) : \|\mathbf{v}\| > 2 \end{cases} \quad (14)$$

where $\|\mathbf{v}\|$ is the norm of the Cartesian velocity in mm/s. With this gain definition, pushing lightly on the handle moves it slowly (up to $2mm/s$) whereas pushing hard on the handle quickly increases velocity. At the macro scale the velocity was saturated at $10mm/s$ while, at micro scale, at $2mm/s$ (users never saw the acceleration effect).

For the *path following* case, the gain of the compensation loop (Equation 12) was $k_d = 0.08$ at macro scale, and $k_d = 0.03$ at micro scale. For the *positioning* case, a circle of radius 10 mm is defined, so that inside that the circle, the maximum velocity is reduced linearly to 0.1 mm/s, the final value that is obtained at the target point. Also, this case switches to a fine positioning scheme when the distance from the target is less than 1 mm.

## 3.2   Results for the Path Following Case

At the macro scale, the goal was to follow a reference path using four different compliance values: $c_\tau = 0$ (hard virtual fixturing), $c_\tau = 0.3, 0.6$ (soft virtual fixturing), and $c_\tau = 1$ (no virtual fixturing, free motion). In order to examine the effect of different $c_\tau$ values on a user's ability to generate motions not dictated by the virtual fixture, an "avoidance region," a $10mm$ radius circle, was added near the center of the path. The circle was not part of the virtual fixture, so the user had to deviate from the reference path in order to steer clear of it. The user was told to follow the path as closely as possible, and leave it only to avoid the area inside the circle (this is only possible when $c_\tau \neq 0$). In addition, the free motion experiment was executed twice: once while asking the user to follow the path as fast as when virtual fixtures were present, and the other while trying to do the task as precisely as possible. Figure 3 reports the error and velocity profiles obtained for the compliance cases described above. Table 1 summarizes the results.

As expected, the case $c_\tau = 0$ is the fastest and most precise, although part of the time reduction (about $1.1s$) is simply due to a shorter trajectory involved (the tool does not avoid the circle but crosses it). The case $c_\tau = 0.3$ is still quite accurate, while the execution

| $c_\tau$ | average error (pixels) | execution time (sec) | obstacle avoidance time (sec) |
|---|---|---|---|
| 0 | 0.59 | 16.38 | N/A |
| 0.3 | 0.84 | 21.16 | 8.71 |
| 0.6 | 2.08 | 17.49 | 4.36 |
| 1 (fast) | 7.06 | 19.55 | 4.58 |
| 1 (precise) | 2.25 | 39.29 | 7.85 |

Table 1: Error (excluding obstacle avoidance), execution time, and obstacle avoidance time for an expert user under various compliance conditions at the macro scale.

| $c_\tau$ | average error (pixel) | execution time (sec) |
|---|---|---|
| 0 | 3.20 | 26.86 |
| 0.3 | 4.97 | 34.85 |
| 0.6 | 7.64 | 45.66 |
| 1 | 8.15 | 55.75 |

Table 2: Error and execution time for an expert user under various compliance conditions at the micro scale.

time increases significantly due to the effort involved in shifting from the path to avoid the circle. The case $c_\tau = 0.6$ yielded a larger average error, but the lower stiffness dropped the average execution time and object avoidance time. Finally, the performance in the case $c_\tau = 1$ (free motion) depended entirely on the user's intention. What is perhaps most interesting is that even a small degree of help ($c_\tau = 0.6$) produces large reductions in error and time compared with the unassisted cases, while still leaving the user in complete control. Furthermore, even the error for $c_\tau = 0.6$ is less than unassisted precise motion (which requires a twice the time).

A similar approach is taken to demonstrate the system performance at a micro scale, using human hair for the path (Figure 4). The same four compliance conditions were used: $c_\tau = 0, 0.3, 0.6,$ and 1. In this case, no avoidance regions were considered; the only requirement was to follow the path as quickly and accurately as possible. Table 2 summarizes the results, and Figure 5 shows the error and velocity profiles.

¿From Figures 4 and 5, it can be seen that much of the tracking error occurs in regions where the robot motors switch direction. The low scale of operation (peak amplitude is about $20\mu m$) suffers from the effects of the low-level PID servo-controllers that control the motors. Simply put, the abstraction of the robot as a kinematic device devoid of dynamics is breaking down. Another problem we experienced was that the robot no longer appears stiff at this scale — even a light touch on the force handle introduces perturbations into the system. Still, apart from the peaks due to switching, the average error is 1.44 pixels, which



Figure 3: Error and velocity profiles for the *path following* case at the macro scale with different orthogonal compliance values. The off-scale errors correspond to times when the user is purposely avoiding a region of the path.

corresponds to less then $2\mu m$. This demonstrates how the virtual fixturing scheme is effective in following a path, even when external disturbances introduce unexpected errors. In comparison to the macro scale case, the execution time at the micro scale varies far more significantly with orthogonal compliance. This is because the user is only provided with a narrow view of the hair from the endoscope (Figure 2). When the user attempts to increase the velocity, he or she does not have a wide enough view to plan future velocities/position trajectories and tends then to leave the curve. It is possible that adding an additional control term related to the curvature of the line would improve this.

### 3.3   Results for the Positioning Case

The *positioning* case suffers from singularity problems in the neighborhood of the target point. We inves-



Figure 4: Cartesian positions of user motion for compliance $c_\tau = 0$, where a human hair is used as the path.

| Scheme | free motion | hard virtual fixture | Vel | Acc |
|---|---|---|---|---|
| T (sec) | 22.54 | 0.72 | 1.04 | 3.03 |

Table 3: Execution times for four different fine positioning schemes at the macro scale.

tigated four schemes to use in this singularity neighborhood ($S_1$). The first two vary the $c_\tau$ value in $S_1$, creating free motion ($c_\tau = 0$) and a hard virtual fixture ($c_\tau = 1$). The last two are velocity and acceleration controllers that autonomously move to the target position, regardless of force applied by the user.

To compare these schemes, we executed the task of moving the robot from $(0,0)$ to $(-35mm,0)$, with $c_\tau = 1$ (for all cases), $S_1$ of radius 1 mm, and a positioning error tolerance of $5\mu m$. Velocity reduction is disabled inside $S_1$ when using the two autonomous schemes. Details of these controllers can be found in [2]. Table 3 summarizes the times involved to reach the target after the controller switch. Figures 6 and 7 show the Cartesian positions and the velocity profiles for the four approaches.

The free motion scheme requires a much longer time to acquire the target point. Due to the elasticity of the robot arm and the backlash of the gears, the same encoder positions correspond to different end-effector positions when the user varies the magnitude and direction of the applied force. When the control loop is closed using encoder measurements from the robot, the user is not able to determine the exact (encoder-based) robot position relative to the target on the screen resulting in some random movement at the end. In contrast, the hard virtual fixturing scheme is fast and effective, as it can exploit the maximum possible velocity. The hard constraints keep the user in



Figure 5: Error and velocity profiles for the *path following* case at the micro scale for various orthogonal compliance values.



Figure 6: Detail of target acquisition using the four proposed fine positioning schemes at the macro scale. The circle indicates the switching surface.

| $c_\tau$ | 0 | 0.1 | 0.4 | 1 |
|---|---|---|---|---|
| T (sec) | 8.93 | 9.51 | 9.98 | 11.02 |

Table 4: Execution times for a positioning task at the macro scale using four different compliance values.

the right direction of motion, although what appears on the screen is slightly different from the encoder-based position. Furthermore, the velocity profile for this scheme does not change discontinuously at the instant of switching.

The autonomous schemes are also effective, although they are somewhat slower than the hard virtual fixturing scheme because the velocity is forced to zero as the target is approached. In the velocity controller there is a discontinuity in the velocity profile, but it is too small to be felt by the user. The acceleration scheme avoids any discontinuity in the velocity profile, however it is slower than both hard virtual fixturing and autonomous velocity control. It is notable that the assistive, rather than the autonomous, schemes perform the best.

It has been shown that we can acquire the exact target position using fine positioning, so we now observe the performance for the *positioning* case in environments characterized by different compliance properties: $c_\tau = 0$ (hard virtual fixturing), $c_\tau = 0.1, 0.4$

(soft virtual fixturing), and $c_\tau = 1$ (no virtual fixturing or free motion). We chose a constant loop gain of $k_f = 0.006$ and the velocity scheme to obtain the target position. The velocity slow down effect, the switching sphere, the positioning error in the target, are all the same as in the previous set of experiments. The starting position is $(35, 0)$, the stopping position is $(-35, 0)$ (both in mm), and a $5mm$ radius circle is at $(0, 0)$. The user was told to move as straight as possible toward the target, avoiding the circle (if $c_\tau \neq 0$) and returning back on the old line of motion. Figures 8 and 9 show the Cartesian positions and the velocity profiles for the four compliance cases, and Table 4 summarizes the execution times.

The execution time of this task increased slightly with the orthogonal compliance value (also in this case the trajectory is shorter for $c_\tau = 0$, reducing the time by about 0.55s). As expected, the difficulty in moving straight toward the target increases with the orthogonal compliance value, although the difficulty in going around obstacles decreases. The extreme case of hard virtual fixturing, which moves the robot rigidly along a straight line, does not allow any obstacle avoidance.

### 3.4   Results for an Extended Task

To show the system behavior when executing a more general task composed of a path following part plus final positioning at a target point, we conducted the



Figure 7: Velocity profiles for the four proposed fine positioning schemes. The left and right dashed vertical lines mark the switching and motion termination events, respectively.



Figure 8: Cartesian positions for the *positioning* case with different orthogonal compliance values. The circle surrounds the area that the user is required to avoid in the soft virtual fixturing cases.

following experiment. We instructed the user to follow half of the sinusoidal path and position the robot in Cartesian position (0,0) (approximately the center of the path). The system was set to switch from the *path following* controller to the *positioning* controller as soon as the robot was within $10mm$ of the target. For the positioning part of the task, the settings were identical to those described in the previous section. For both parts, a constant orthogonal compliance value ($c_\tau = 0.6$) was used.

In Figures 10 and 11, the Cartesian positions and the velocity profile are shown. It is important to note that, in actuality, no velocity discontinuities are present during the controller switch. The jump in the error diagram is due only to a change in error definition: the path-following error (vision error, in pixels) is replaced by positioning error (robot encoder error, in mm).

## 4   Conclusion

From our initial results, it appears that virtual fixtures for path following and positioning tasks are superior to free motion in an admittance-control cooperative manipulation environment. Varying levels of environment compliance can provide the user with assistance that improves path following and positioning accuracy, yet the freedom to avoid obstacles in the path. Likewise, limitations in absolute robot accuracy and robot dynamic performance make soft virtual fixtures an ideal means for guidance. On the one hand, they provide good high-level guidance, but at the same time allow a user to "override" the system in situations where appropriate.

One key result of this work is that identical control laws can be used for at both the macro and micro scales, and for a wide variety of guidance tasks. This is true even in situations where our model of the manipulator as an ideal, rigid, velocity-controlled device is no longer completely valid. From our studies, it appears that the user's reaction to difference compliance values at both scales is similar, but the level of improvement over freehand motion is more pronounced at microscopic scales for tasks that are more challenging for an unaided human user.

We are currently considering how to apply these virtual fixturing algorithms in the context of vitreo-retinal eye surgery. Compound tasks, such as the path following/positioning example presented in Section 3.4, will be critical for practical applications. In related work, human compound task execution is being examined using Hidden Markov Models, so that contextually appropriate virtual fixtures can be applied. Comprehensive user studies are ongoing in both the macro and micro domains to quantify performance enhancement (including execution time and error rate) and learning effects.

**Acknowledgments**
The authors gratefully acknowledge Rajesh Kumar for his assistance in this work. We would also like to acknowledge the help of Hong Zhang. Finally, we recognize the support of the National Science Foundation under grants #EEC9731478 and #IIS-0099770.

## References

[1] A. Bettini, S. Lang, A. Okamura and G. Hager. Vision Assisted Control for Manipulation Using Virtual Fixtures. *Proc. of the Intl. Conf. on Intelligent Robots and Systems*, pp. 1171-1176, Maui (HI) Oct. 2001.



Figure 9: Velocity profiles for the *positioning* case with different orthogonal compliance values.



Figure 10: Detail of the Cartesian positions in the switch between controllers for the combined task of path following and positioning in the target.

[2] A. Bettini. Task and Joint Control of Human-Robot Collaborative Systems. *PhD Thesis, Dipartimento di Informatica e Sistemistica, Universit di Roma "La Sapienza".*, December 2001.

[3] G. D. Hager and K. Toyama. The "XVision" system: A general purpose substrate for real-time vision applications. *Comp. Vision, Image Understanding.*, 69(1):23-27, January 1998.

[4] R. Kumar, T. Goradia, A. Barnes, P. Jensen, L. Whitcomb, D. Stoianovici, L. Auer, and R. Taylor. Performance of robotic augmentation in common dextrous surgical motions. *Proc. Medical Image Computing and Computer-Assisted Intervention*, pp. 1108-1115. Springer-Verlag, 1999.

[5] R. Kumar, G. Hager, P. Jensen, and R.H.Taylor. An augmentation system for fine manipulation. In *Proc. Medical Image Computing and Computer Assisted Intervention*, pp. 956-965. Springer-Verlag, 2000.

[6] F. L. R.D. Howe. Virtual fixtures for robotic endoscopic surgery. Biorobotics Laboratory report, Harvard Univ., 2000.

[7] L. Rosenberg. *Virtual Fixtures.* PhD thesis, Dept. of Mech. Eng., Stanford Univ., 1994.

[8] Z. Stanisic, S. Payandeh, and E. Jackson. Virtual fixtures as an aid for teleoperation,. In *9th Canadian Aeronautic and Space Inst. Conf.*, 1996.

[9] R. Taylor, A. Barnes, R. Kumar, P. Gupta, Z. Wang, P. Jensen, L. Whitcomb, E. de Juan, D. Stoianovici, and L. Kavoussi. Towards a robotic microsurgical assistant. *Int. Jnl. of Robotics Research*, 18(12):1201-1210, 1999.



Figure 11: Error and velocity profile for the combined task of path following and positioning in the target. The vertical lines mark, from left to right, the control switch time, the fine positioning switch time, and the motion termination time.

# EXHIBIT I

```
#FIG 3.2
Portrait
Center
Inches
Letter
100.00
Single
-2
1200 2
5 1 0 0 -1 7 2 0 -1 0.000 0 0 1 0 4688.382 4730.735 5775 4575 5325 5625 4350 5775
          1 1 2.00 60.00 120.00
5 1 0 2 -1 7 0 0 -1 0.000 0 1 1 0 8583.553 10192.105 7875 1050 5250 1650 3750 2400
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 0 1 0 6450.000 3600.000 3150 5625 2625 4200 2625 3000
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 1 1 0 8793.750 712.500 8850 450 8550 600 8550 825
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 0 1 0 8457.312 1615.330 9000 1425 8925 1950 8325 2175
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 1 1 0 7076.786 2491.072 7200 1800 6450 2175 6375 2475
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 0 1 0 6937.500 2887.500 7575 2850 7350 3375 6900 3525
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 1 1 0 5737.500 4087.500 5775 3225 5025 3600 4875 4050
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 0 1 0 5255.769 4277.885 6150 4350 5850 4950 5250 5175
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 1 1 0 4687.500 6262.500 3975 4950 3525 5325 3375 5550
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 0 1 0 2980.147 5018.382 3975 6150 3450 6450 3000 6525
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 1 1 0 4424.405 5277.976 4800 4200 3525 4575 3300 5475
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 0 1 0 4675.000 3941.667 6750 3750 6000 5550 4350 6000
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 0 1 0 5071.500 3571.500 7575 2850 6675 5625 4350 6075
          1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 1 1 0 6356.068 6051.699 7125 1800 5250 1875 3825 2550
          1 1 2.00 120.00 240.00
5 1 0 2 0 7 100 0 -1 0.000 0 0 1 0 8006.250 2287.500 7350 1725 7650 1500 7950 1425
          2 1 3.00 60.00 120.00
5 1 0 2 0 7 100 0 -1 0.000 0 1 1 0 7687.500 2362.500 7575 2775 7950 2700 8100 2250
          2 1 3.00 60.00 120.00
6 6975 1650 8475 2400
1 1 0 3 -1 7 0 0 -1 0.000 1 0.0000 7726 2026 700 350 7726 2026 8426 2376
4 0 -1 0 0 14 12 0.0000 4 135 630 7501 2101 Orient\001
-6
6 4725 3900 6225 4650
1 1 0 3 -1 7 0 0 -1 0.000 1 0.0000 5476 4276 700 350 5476 4276 6176 4626
4 0 -1 0 0 14 12 0.0000 4 120 840 5026 4351 Puncture\001
-6
6 5475 3150 6975 3900
1 1 0 3 -1 7 0 0 -1 0.000 1 0.0000 6226 3526 700 350 6226 3526 6926 3876
4 0 -1 0 0 14 12 0.0000 4 120 735 5926 3601 Contact\001
-6
6 6150 2400 7650 3150
```

```
1 1 0 3 -1 7 0 0 -1 0.000  1 0.0000 6901 2776 700 350 6901 2776 7601 3126
4 0 -1 0 0 14 12 0.0000 4 120 630 6601 2851 Insert\001
-6
6 3000 5475 4500 6225
1 1 0 3 -1 7 0 0 -1 0.000  1 0.0000 3751 5851 700 350 3751 5851 4451 6201
4 0 -1 0 0 14 12 0.0000 4 120 735 3376 5926 Retract\001
-6
6 3900 4650 5400 5400
6 3900 4650 5400 5400
1 1 0 3 -1 7 0 0 -1 0.000  1 0.0000 4651 5026 700 350 4651 5026 5351 5376
-6
4 0 -1 0 0 14 12 0.0000 4 135 420 4501 5101 Hold\001
-6
6 2325 2100 3900 3150
6 2326 2101 3826 3076
1 1 0 3 -1 7 0 0 -1 0.000  1 0.0000 3091 2565 700 350 3091 2565 3791 2915
1 1 0 3 -1 7 0 0 -1 0.000  1 0.0000 3075 2589 740 420 3075 2589 3815 3009
-6
4 0 -1 0 0 14 12 0.0000 4 120 525 2776 2626 Error\001
-6
6 1800 6375 3375 7350
6 1801 6376 3301 7276
1 1 0 3 -1 7 0 0 -1 0.000  1 0.0000 2552 6827 740 420 2552 6827 3292 7247
1 1 0 3 -1 7 0 0 -1 0.000  1 0.0000 2552 6827 700 350 2552 6827 3252 7177
-6
4 0 -1 0 0 14 12 0.0000 4 120 420 2401 6826 Done\001
-6
6 7800 825 9300 1575
1 1 0 3 -1 7 0 0 -1 0.000  1 0.0000 8551 1201 700 350 8551 1201 9251 1551
4 0 -1 0 0 14 12 0.0000 4 120 1050 8101 1276 MoveToPort\001
-6
4 0 -1 0 0 14 12 0.0000 4 120 525 8925 525 start\001
4 0 -1 0 0 14 12 0.0000 4 90 525 7500 4875 error\001
4 0 -1 0 0 14 12 0.0000 4 90 525 2025 4500 error\001
4 0 -1 0 0 14 12 0.0000 4 90 525 3375 4275 error\001
4 0 -1 0 0 14 12 0.0000 4 90 525 4875 1425 error\001
4 0 -1 0 0 14 12 0.0000 4 90 525 4725 2250 error\001
4 0 -1 0 0 14 12 0.0000 4 90 525 6600 4875 error\001
4 0 -1 0 0 14 12 0.0000 4 135 735 9225 1950 button1\001
4 0 -1 0 0 14 12 0.0000 4 135 735 5775 2100 button1\001
4 0 -1 0 0 14 12 0.0000 4 135 735 4350 3450 button1\001
4 0 -1 0 0 14 12 0.0000 4 135 735 3600 5475 button1\001
4 0 -1 0 0 14 12 0.0000 4 135 735 6825 1425 button2\001
4 0 -1 0 0 14 12 0.0000 4 135 735 8325 2700 button2\001
4 0 -1 0 0 14 12 0.0000 4 120 735 7725 3375 contact\001
4 0 -1 0 0 14 12 0.0000 4 135 735 3600 6675 button1\001
```

**EXHIBIT J**

```
#FIG 3.2
Landscape
Center
Inches
Letter
100.00
Single
-2
'1200 2
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 4485.000 3322.500 4425 2925 4725 3000
4875 3225
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 5610.000 3922.500 5550 3525 5850 3600
6000 3825
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 6585.000 4597.500 6525 4200 6825 4275
6975 4500
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 7335.000 5347.500 7275 4950 7575 5025
7725 5250
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 8160.000 5947.500 8100 5550 8400 5625
8550 5850
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 4102.500 2602.500 4050 3450 3750 3375
3525 3225
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 5077.500 3202.500 5025 4050 4725 3975
4500 3825
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 1 1 0 7248.214 4428.102 3375 3300 3225 4725
3600 6150
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 5512.500 806.250 7425 6225 6075 6525
4950 6525
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 112.500 -5362.500 6600 5550 5775 6000
4950 6375
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 1 1 0 6668.031 4955.642 4125 3675 3825 4800
4050 6075
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 1 1 0 5787.500 5587.500 5025 4275 4350 5100
4350 6075
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 1 1 0 6562.500 6787.500 5925 4875 5175 5325
4650 6150
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 8319.643 6551.786 8925 6225 9000 6450
8700 7125
        1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 2887.500 2962.500 2700 2400 3075 2400
3375 2625
        1 1 1.00 60.00 120.00
```

EXHIBIT
γ 2
PENGAD 800-631-6989
9/6/14

```
5 1 0 1 0 7 50 0 -1 0.000 0 1 1 0 9744.643 1726.339 2025 2700 2475 4500
3450 6300
        1 1 1.00 60.00 120.00
6 4050 3225 5550 3825
1 1 0 1 0 7 50 0 -1 0.000 1 0.0000 4800 3525 750 300 4800 3525 5550 3825
4 0 0 50 0 0 16 0.0000 4 165 600 4425 3600 Orient\001
-6
6 5025 3825 6525 4425
1 1 0 1 0 7 50 0 -1 0.000 1 0.0000 5775 4125 750 300 5775 4125 6525 4425
4 0 0 50 0 0 16 0.0000 4 165 525 5400 4200 Insert\001
-6
6 5850 4500 7350 5100
1 1 0 1 0 7 50 0 -1 0.000 1 0.0000 6600 4800 750 300 6600 4800 7350 5100
4 0 0 50 0 0 16 0.0000 4 165 840 6225 4875 Puncture\001
-6
6 6600 5175 8100 5775
1 1 0 1 0 7 50 0 -1 0.000 1 0.0000 7350 5475 750 300 7350 5475 8100 5775
4 0 0 50 0 0 16 0.0000 4 165 480 6975 5550 Hold\001
-6
6 7425 5850 8925 6450
1 1 0 1 0 7 50 0 -1 0.000 1 0.0000 8175 6150 750 300 8175 6150 8925 6450
4 0 0 50 0 0 16 0.0000 4 165 675 7800 6225 Retract\001
-6
6 3375 6150 4875 6750
1 1 0 1 0 7 50 0 -1 0.000 1 0.0000 4125 6450 750 300 4125 6450 4875 6750
4 0 0 50 0 0 16 0.0000 4 165 495 3825 6525 Error\001
-6
6 7425 7050 8925 7650
1 1 0 1 0 7 50 0 -1 0.000 1 0.0000 8175 7350 750 300 8175 7350 8925 7650
4 0 0 50 0 0 16 0.0000 4 165 525 7800 7425 Done\001
-6
6 9150 6450 9750 6600
4 0 0 50 0 0 12 0.0000 4 135 540 9150 6600 button1\001
-6
1 1 0 1 0 7 50 0 -1 0.000 1 0.0000 3675 2925 750 300 3675 2925 4425 3225
1 1 0 1 0 7 50 0 -1 0.000 1 0.0000 1950 2400 750 300 1950 2400 2700 2700
4 0 0 50 0 0 12 0.0000 4 120 540 6900 4275 contact \001
4 0 0 50 0 0 12 0.0000 4 135 540 4875 3000 button1\001
4 0 0 50 0 0 12 0.0000 4 135 540 6075 3675 button1\001
4 0 0 50 0 0 12 0.0000 4 135 540 7800 5025 button1\001
4 0 0 50 0 0 12 0.0000 4 135 540 8625 5700 button1\001
4 0 0 50 0 0 12 0.0000 4 135 540 3450 3675 button2\001
4 0 0 50 0 0 12 0.0000 4 135 540 4275 4200 button2\001
4 0 0 50 0 0 12 0.0000 4 90 345 6000 6375 error\001
4 0 0 50 0 0 12 0.0000 4 90 345 5550 5775 error\001
4 0 0 50 0 0 12 4.7124 4 90 345 3300 4500 error\001
4 0 0 50 0 0 12 4.7124 4 90 345 3975 4575 error\001
4 0 0 50 0 0 12 4.7124 4 90 345 4425 5250 error\001
4 0 0 50 0 0 12 0.0000 4 90 345 5175 4950 error\001
4 0 0 50 0 0 16 0.0000 4 165 555 3300 3000 Move\001
4 0 0 50 0 0 12 4.7124 4 90 345 2550 4050 error\001
4 0 0 50 0 0 16 0.0000 4 165 435 1650 2475 Start\001
```

**EXHIBIT K**

The top of the graph-can.fig (Kumar Thesis ,left) and vc.fig file (Kragic Article, right)

```
#FIG 3.2
Portrait
Center
Inches
Letter
100.00
Single
-2
1200 2
5 1 0 0 -1 7 2 0 -1 0.000 0 0 1 0 4688.382 4730.735 5775 4575 5325 5625 4350 5775
         1 1 2.00 60.00 120.00
5 1 0 2 -1 7 0 0 -1 0.000 0 1 1 0 8583.553 10192.105 7875 1050 5250 1650 3750 2400
         1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 0 1 0 6450.000 3600.000 3150 5625 2625 4200 2625 3000
         1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 1 1 0 8793.750 712.500 8850 450 8550 600 8550 825
         1 1 2.00 120.00 240.00
5 1 0 2 -1 7 0 0 -1 0.000 0 0 1 0 8457.312 1615.330 9000 1425 8925 1950 8325 2175
         1 1 2.00 120.00 240.00
```

```
#FIG 3.2
Landscape
Center
Inches
Letter
100.00
Single
-2
1200 2
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 4485.000 3322.500 4425 2925 4725 3000
4875 3225
         1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 5610.000 3922.500 5550 3525 5850 3600
6000 3825
         1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 6585.000 4597.500 6525 4200 6825 4275
6975 4500
         1 1 1.00 60.00 120.00
5 1 0 1 0 7 50 0 -1 0.000 0 0 1 0 7335.000 5347.500 7275 4950 7575 5025
7725 5250
         1 1 1.00 60.00 120.00
```

The middle of the graph-can.fig (Kumar Thesis ,left) and vc.fig file (Kragic Article, right)

```
5 1 0 2 0 7 100 0 -1 0.000 0 1 1 0 7687.500 2362.500 7575 2775 7950 2700 8100 2250
         2 1 3.00 60.00 120.00
6 6975 1650 8475 2400
1 1 0 3 -1 7 0 0 -1 0.000 1 0.0000 7726 2026 700 350 7726 2026 8426 2376
4 0 -1 0 0 14 12 0.0000 4 135 630 7501 2101 Orient\001
-6
6 4725 3900 6225 4650
```

```
5 1 0 1 0 7 50 0 -1 0.000 0 1 1 0 9744.643 1726.339 2025 2700 2475 4500
3450 6300
         1 1 1.00 60.00 120.00
6 4050 3225 5550 3825
1 1 0 1 0 7 50 0 -1 0.000 1 0.0000 4800 3525 750 300 4800 3525 5550 3825
4 0 0 0 16 0.0000 4 165 600 4425 3600 Orient\001
-6
6 5025 3825 6525 4425
```

The bottom of the graph-can.fig (Kumar Thesis ,left) and vc.fig file (Kragic Article, right)

```
4 0 0 50 0 0 12 0.0000 4 135 540 4875 3000 button1\001
4 0 0 50 0 0 12 0.0000 4 135 540 6075 3675 button1\001
4 0 0 50 0 0 12 0.0000 4 135 540 7800 5025 button1\001
4 0 0 50 0 0 12 0.0000 4 135 540 8625 5700 button1\001
4 0 0 50 0 0 12 0.0000 4 135 540 3450 3675 button2\001
4 0 0 50 0 0 12 0.0000 4 135 540 4275 4200 button2\001
4 0 0 50 0 0 12 0.0000 4 90 345 6000 6375 error\001
4 0 0 50 0 0 12 0.0000 4 90 345 5550 5775 error\001
4 0 0 50 0 0 12 4.7124 4 90 345 3300 4500 error\001
4 0 0 50 0 0 12 4.7124 4 90 345 3975 4575 error\001
4 0 0 50 0 0 12 4.7124 4 90 345 4425 5250 error\001
4 0 0 50 0 0 12 0.0000 4 90 345 5175 4950 error\001
4 0 0 50 0 0 16 0.0000 4 165 555 3300 3000 Move\001
4 0 0 50 0 0 12 4.7124 4 90 345 2550 4050 error\001
4 0 0 50 0 0 16 0.0000 4 165 435 1650 2475 Start\001
```

```
4 0 -1 0 0 14 12 0.0000 4 120 525 8925 525 start\001
4 0 -1 0 0 14 12 0.0000 4 90 525 7500 4875 error\001
4 0 -1 0 0 14 12 0.0000 4 90 525 2025 4500 error\001
4 0 -1 0 0 14 12 0.0000 4 90 525 3375 4275 error\001
4 0 -1 0 0 14 12 0.0000 4 90 525 4875 1425 error\001
4 0 -1 0 0 14 12 0.0000 4 90 525 4725 2250 error\001
4 0 -1 0 0 14 12 0.0000 4 90 525 6600 4875 error\001
4 0 -1 0 0 14 12 0.0000 4 135 735 9225 1950 button1\001
4 0 -1 0 0 14 12 0.0000 4 135 735 5775 2100 button1\001
4 0 -1 0 0 14 12 0.0000 4 135 735 4350 3450 button1\001
4 0 -1 0 0 14 12 0.0000 4 135 735 3600 5475 button1\001
4 0 -1 0 0 14 12 0.0000 4 135 735 6825 1425 button2\001
4 0 -1 0 0 14 12 0.0000 4 135 735 8325 2700 button2\001
4 0 -1 0 0 14 12 0.0000 4 120 735 7725 3375 contact\001
4 0 -1 0 0 14 12 0.0000 4 135 735 3600 6675 button1\001
```