IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAJESH KUMAR,<br><br>Plaintiff,<br><br>v.<br><br>THE INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS,<br><br>Defendant. | Civil Action No.: 12-cv-06870-KSH-CLW<br><br>**NOTICE OF MOTION TO SEAL MATERIALS PURSUANT TO LOCAL CIVIL RULE 5.3(C)(2)** |

**PLEASE TAKE NOTICE** that on April 20, 2015, or as soon as the Court may hear, plaintiff Rajesh Kumar ("Plaintiff") shall move before the Honorable Katharine S. Hayden, U.S.D.J., United States District Court for the District of New Jersey for an Order sealing materials pursuant to Local Civil Rule 5.3(c)(2).

///

///

///

///

///

///

///

///

///

1

DWT 26577956v1 0095687-000003

PLEASE TAKE FURTHER NOTICE that in connection with this motion, Plaintiff will rely on the Memorandum of Law submitted herewith. A proposed form of the Order has also been submitted in accordance with Local Civil Rule 5.3(c).

| | |
|---|---|
| Dated: April 6, 2015 | /s/ Brent M. Davis<br>Brent M. Davis<br>Bienstock & Michael, LLC<br>411 Hackensack Avenue, 7th Floor<br>Hackensack, NJ  07601<br><br>Eric M. Stahl (*Pro Hac Vice*)<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101<br><br>Attorneys for Plaintiff |