UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** December 8, 2015
**JUDGE**  KATHARINE S. HAYDEN
**COURT REPORTER:**  Ralph Florio

**TITLE OF CASE:**  **DOCKET  # 12-6870**
Rajesh Kumar
          vs.
Institute of Electrical and Electronics

**APPEARANCES:**
Eric Stahl, Esq. for Plaintiff
Brent Davis, Esq. for Plaintiff
Bruce Ewing, Esq. for Defendant
Jonathan Montcalm, Esq. for Defendant
Jonathan Wiggins, Esq. for Defendant

**Nature of Proceedings**:

Hearing on motion (#73 ) Motion for summary judgment by The Institute of Electrical and Electronics Engineers  and (76) motion for summary judgment by Rajesh Kumar.

Court reserved decision.
Court ordered parties to order the transcript on an expedited basis.

**Time Commenced: 2:30**
**Time Adjourned:  5:00**
**Total Time:**  2:30


                                        S/RoseMarie Olivieri-Guilloty
                                        DEPUTY CLERK