UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAJESH KUMAR,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>THE INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC.,<br><br>　　　　　*Defendant*. | Civil No.: 12-6870 (KSH) (CLW)<br><br><br><br>**ORDER** |

　　　Upon consideration of the motions for summary judgment brought by plaintiff Rajesh Kumar (D.E. 76) and by defendant the Institute of Electrical and Electronics Engineers, Inc. ("IEEE") (D.E. 73), for the reasons expressed in the Court's opinion filed herewith,

　　**IT IS** on this 30th day of December, 2015, hereby

　　**ORDERED** that IEEE's motion for summary judgment is DENIED; and it is further

　　**ORDERED** that Rajesh Kumar's motion for summary judgment is DENIED.

　　　　　　　　　　　　　　　　　　　　　　s/ Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.