UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ X

RAJESH KUMAR,                                              :         Case No. 2:12-cv-06870-KSH-CW

                    Plaintiff,          :

      — v. —                                       :                                    ⸗] **ORDER**

THE INSTITUTE OF ELECTRICAL AND             :
ELECTRONICS ENGINEERS, INC.,

                Defendant.          :

------------------------------------------------------------ X

Pursuant to the Motion to Redact Portions of Trial Transcript for May 18, filed on

December 27, 2016, by defendant the Institute of Electrical and Electronics Engineers,

ECF No.189

Incorporated ("IEEE"), the Court hereby GRANTS the request for leave to redact certain

confidential and proprietary financial information contained in the trial transcript for May 18,

2016.

The requirements of L.R. 5.3(c)(2) have been met for the following reasons:

a) The nature of the information or materials at issue:  The trial transcript for May 18,

    2016 contains certain confidential and proprietary financial information relating to the

    IEEE's expenses, revenues and surpluses;

b) The legitimate private or public interests which warrant the relief sought:  IEEE has a

    legitimate interest in shielding from disclosure private financial information regarding

    its costs, revenues and surpluses;

c) The clearly defined and serious injury that would result if the relief sought is not

    granted:  IEEE would be injured if its competitors had access to confidential and

    proprietary information regarding IEEE's costs, revenues and surpluses; and

-2-

d) <u>Why a less restrictive alternative to the relief sought is not available</u>:  IEEE seeks only to redact certain confidential figures and percentages from the trial transcript, and nothing more.  Thereby, the interested public has access to all other information and only the information requiring confidentiality is concealed.  This is the least restrictive relief available.

IT IS SO ORDERED.

Dated: _____3/13/17_____

_____
HON. CATHY L. WALDOR